IS

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12CR 723-1 | **DATE** | 9/15/2012 |
| **CASE TITLE** | USA vs. Adel Daoud | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held.  Defendant appears in response to arrest on 9/14/2012.   The defendant is informed of his rights.  Enter order appointing    MiAngel Cody   as counsel for defendant.  Preliminary Examination and Detention hearing  set for   9/17/2012 at 3:00 p.m.   The defendant is ordered detained until further order of court.

Docketing to mail notices.

00:08;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|
| | | | |