UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 12 CR 723 |
| vs. ) | Judge Arlander Keys |
| ) | |
| ADEL DAOUD ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has also been designated in the above case.

                                                    Respectfully submitted,

                                                  GARY SHAPIRO
                                                  Acting United States Attorney

                      By:    /s/ Barry Jonas
                                BARRY JONAS
                                Assistant United States Attorney
                                219 South Dearborn Street
                                Chicago, Illinois 60604
                                (312) 886-8027

September 18, 2012