UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

No. 12 CR 723

v.

ADEL DAOUD                              Honorable Arlander Keys

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,
GARY S. SHAPIRO
Acting United States Attorney

By: s/*William E. Ridgway*
William E. Ridgway
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300