UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADEL DAOUD

No. 12 CR 723

Honorable Arlander Keys

**GOVERNMENT'S NOTICE OF INTENT TO USE**
**FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The United States, through its attorney, Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, hereby provides notice to defendant Adel Daoud and to the Court that, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained and derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

    Respectfully submitted,
    GARY S. SHAPIRO
    Acting United States Attorney

By: s/*William E. Ridgway*
    William E. Ridgway
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-5300

DATE: September 18, 2012