MAGISTRATE JUDGE KEYS

JUDGE COLEMAN

**FILED**

SEP 20 2012

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. 12 CR 723 |
|---|---|---|
| | ) | |
| | ) | Violations: Title 18, United States |
| v. | ) | Code, Sections 844(i) and |
| | ) | 2332a(a)(2)(D) |
| | ) | |
| ADEL DAOUD | ) | INDICTMENT |

## COUNT ONE

The SPECIAL JANUARY 2012 GRAND JURY charges:

On or about September 14, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADEL DAOUD,

defendant herein, attempted, without lawful authority, to use a weapon of mass destruction, namely, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against people and property within the United States in a manner that would have affected interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2332a(a)(2)(D).

## COUNT TWO

The SPECIAL JANUARY 2012 GRAND JURY further charges:

On or about September 14, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADEL DAOUD,

defendant herein, maliciously attempted to damage and destroy, by means of an explosive, a building used in an activity affecting interstate and foreign commerce, namely, a bar and restaurant and a liquor store;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY