**Filed with Classified Information Security Officer**

CISO

Date 3/12/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 12 CR 723 |
| | ) | |
| -v- | ) | Judge Sharon Johnson Coleman |
| | ) | |
| ADEL DAOUD | ) | FILED *EX PARTE, IN CAMERA* |
| | ) | AND <u>UNDER SEAL</u> THROUGH |
| | ) | THE CLASSIFIED INFORMATION |
| | ) | SECURITY OFFICER |

GOVERNMENT'S *EX PARTE, IN CAMERA* MOTION
FOR A PROTECTIVE ORDER PURSUANT TO
<u>CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)</u>

Filed with Classified
Information Security Officer

CISO _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Date __3/12/13__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 12 CR 723 |
| | ) | |
| -v- | ) | Judge Sharon Johnson Coleman |
| | ) | |
| ADEL DAOUD | ) | FILED *EX PARTE, IN CAMERA* |
| | ) | AND <u>UNDER SEAL</u> THROUGH |
| | ) | THE CLASSIFIED INFORMATION |
| | ) | SECURITY OFFICER |

GOVERNMENT'S ADDENDUM TO ITS *EX PARTE,*
*IN CAMERA* MOTION FOR A PROTECTIVE ORDER
PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)