# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 12 CR 723 |
| v. | ) | |
| Adel Daoud | ) | Judge: Sharon Johnson Coleman |

## ORDER

(:20) Status hearing held. Defendant's unopposed Motion for leave to file a brief in excess of 15 pages in support of the motion for disclosure of FISA-related material [53] was previously granted. Government's motion for leave to file a sur-reply to defendant's motion for notice of FISA Amendments Act evidence pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) [50] was previously granted. Government's unopposed motion for extension of time to respond to defendant's pretrial motions [62] is granted. The Government's response to defendant's motion for disclosure of FISA-related material to suppress the fruits or derivatives of electronic surveillance and any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering [51] is due 10/26/2013 and defendant's reply is due 11/25/2013. Government filed responses to defendant's motions [54, 55, 56, 57, 58, 59] on 8/26/2013. Defendant's replies in support of motions [54, 55, 56, 57, 58] are due 9/6/2013. Defendant's motion for an extension of time to file additional pretrial motions [59] is granted with no objection. This Court reserves setting a final date until the pending motions are resolved. With respect to the government's CIPA 4 Motion [39], defendant is to submit an *ex parte* position statement for the Court to consider in conjunction with the government's motion by 9/26/2013. The Court will then take the matter under advisement. Defendant's motion for notice of FISA Amendments Act (FAA) evidence pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) [42] is denied based on the representations made in the government's sur-reply [49]. The trial is tentatively reset for 2/3/2014 to 4/7/2014 however the parties are to telephone Chambers to confirm the date. Time is excluded to 4/1/2014 pursuant to 18:3161(h)(7)(B)(I).

Date: 8/27/2013         _____/s/_____
                        US District Judge Sharon Johnson Coleman