IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 12 CR 723 |
| ADEL DAOUD, | ) ) | Judge Sharon Johnson Coleman |
| Defendant. | ) ) | |

### ORDER

The Court having found that due to the extremely difficult and complex nature of the instant case and in the interest of justice, and pursuant to § 230.53.20 of the Guidelines for Administering the Criminal Justice Act,

**IT IS HEREBY ORDERED** that the appointment of additional counsel is necessary. The court appoints Thomas Anthony Durkin and Joshua G. Herman as counsel for defendant.

_____
HON. SHARON JOHNSON COLEMAN
UNITED STATES DISTRICT COURT

Dated June 25, 2014
Nunc Pro Tunc March 13, 2013