UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 12 CR 723 |
| | ) | |
| -v- | ) | Judge Sharon Johnson Coleman |
| | ) | |
| ADEL DAOUD | ) | |

**UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT §4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

Upon consideration of the two motions of the United States of America, filed <u>ex parte</u>, <u>in camera</u> and under seal, pursuant to Section 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1), on 3/12/2013 and 10/3/2014, and consideration of defendant's <u>ex parte</u>, <u>in camera</u> under seal position statements in response, it is hereby:

ORDERED that the material which is the subject of the <u>ex parte</u>, <u>in camera</u> submissions, and the information contained within, shall not be disclosed in discovery to the defense, since the material does not contain information that is exculpatory, impeaching, non-cumulative or otherwise relevant and helpful to the defense and the disclosure of this material at this time is likely to harm the national security of the United States.

**IT IS SO ORDERED.**

_____
SHARON JOHNSON COLEMAN
UNITED STATES DISTRICT JUDGE

Date: November 10, 2014