In the United States District Court

For the Northern District of Illinois

Eastern Division

**FILED**

JAN 06 2016
1-6-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America

Plaintiff

V.

Adel Daoud

Defendant

No. 12 CR 723

Judge Sharon Johnson Coleman

---

Dear Mrs. Coleman,

I have been in SHU for over 7 months. The visits are on a videoscreen and the video is bad quality. The picture and sound is horrible. It's like a horror film. I send letters to my family and they never receive them. If they do receive them it's only after several months. During these 7 months I was only given 1 letter from my family. I asked sis at MCC about my other letters; they say they don't know what I'm talking about. I asked the mail room and they said to complain to the Post Office. Please if there is anything you can do so I can correspond with my family I would be grateful for that.

My other problem is that when I got arrested I thought I was only going to be in jail for a few days. After some time they arrested my best friend Abdella Tounisi. I was so sad that day but then I thought that maybe the FBI actually felt bad and thought I was lonely in jail so they locked up my friend to keep me company; but the whole time we were seperated. Please remove the seperatee between us. I heard he plead guilty and I want to spend time with him in case he goes to prison. I told my lawyers to ask you for over a year so I hope you don't mind me asking.

I also want to ask you for the rest of my discovery. I know my computers and my ipad was confiscated along with my playstation and other belongings. I never received discs with copies of my computers. I asked my lawyers for several months but neither you or your attorneys gave my attorneys anything. Perhaps my lawyers never asked. If the stuff on my computers will not be used against me I can care less, but assuming that it will I would like that and anything else that might be used against me.

There was a mistake in the court transcript during the time

I was trying to give my speech to you and whoever was listening. It says, "The Illuminati is trying to destroy something **." I really said, "The Illuminati is trying to destroy Islam, through re-interpretation to make it no more than a religion, a dogma, something that only exists in our homes and masajid (i.e. mosques) rather than the comprehensive way of life that includes government and real world issues." I know I'm in jail because I'm Muslim. There is no way in the world you or anyone else who is accusing me of these "terrorism" charges can believe I'm guilty. There is no evidence against me! There is no explicit proof that I was plotting a terrorist attack without the super-assistance from the FBI. All of the "evidence" against me is just stuff to incriminate me. You all wanted to arrest me and then decided on doing all these investigations to gather things to incriminate me and possibly catch me in terrorist activity. Pictures of my house should be enough to prove I wasn't trying to make a bomb. The length that was taken to spy on me and to set me up demonstrates the pure hatred you all got on Muslims. It's crazy what lengths were taken against me. I had a jinni in my room for about the last year and a half before I got arrested. I've been aware of your organization's not just worship, but the dealings you make with the jinn. I realized in here that you were the ones who sent it there. I know without any doubt whatsoever that the jinni never caught me doing any illegal activity similar to what I'm accused of. All I did was pray, read books, hang out, play playstation, and surf the web. Unless the jinni was feeding you lies there's no way you can honestly think I was plotting a terrorist attack. If there is under any circumstances a chance that you really think I'm guilty then I think you should literally sit down with me and with your attorneys and clearly explain to me why and how I am guilty. If you can convince me of my guilt then I'll apologize for wasting your time and I'll plea guilty deal or no deal. I would be just as willing to explain how I'm not guilty. I think it's more simple than that though. I met a guy in jail who literally told me, "I love you Daoud. You're funny, you're cool as hell, but I just hate that you're Muslim!" Be honest like he was about me being Muslim. It hurt me but I like his honesty; he didn't go around the bush. I'm, contrary to what you may think, open minded and I want you to give me the book representing the beliefs of the Illuminati. I am human and I've been wrong about a lot of things and I very well could have misjudged the Illuminati. I accept truth no matter who it's from and I'll abandon Islam today if I find something better than it. If you want to knowingly pursue these terrorism charges to a trial

where the jury is also conspiring against me with my lawyers and yourself that's fine even though I have a right to a fair trial which you all are incapable of giving me and even if you were capable you wouldn't give it to me. No matter what happens I have nothing and I'll never have anything against you even while you're working on my conviction. I know you are part of something much bigger than you. I want you and every member of the Illuminati to know that you can't destroy Islam. I wanted to pursue my studies, to be a scholar of truth, to spread pure Islamic teaching, but even if you lock me up God doesn't need me to ~~my plant~~ spread Islam and can replace me with people better than me. You can slaughter our people and blow up all of our troops but God will reward us with Paradise and replace us with people better than us. Just like God gave our nation the castles of Rome and Persia He will give us the White House. Just how God gave us Constantinople (modern Istanbul) He will give us Washington D.C!

You have my best regards. May Peace be upon those who follow guidance

Adel Daoud

Certificate of Service

I Adel Daoud hereby certify that on 12-29-15 I placed copies of the enclosed letter in the U.S Mail by placing said letter in the hands of a B.O.P official here at the MCC building addressed to:

Thomas Durkin
2446 North Street
Chicago, I L 60614

(AUSA's)   William E. Ridgeway, Barry Jonas, Bolling W. Haxall
119 South Dearborn street
Chicago, I L 60604

Adel Daoud