UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12 CR 723 |
| | ) | |
| v. | ) | Honorable Sharon Johnson Coleman |
| | ) | |
| ADEL DAOUD | ) | |

## APPEARANCE OF COUNSEL

Please take notice that Assistant United States Attorney Richard Matthew Hiller is assigned to this case.

By:  */s/R. Matthew Hiller*
R. MATTHEW HILLER
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 697-4088

1