IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 CR 723 |
| | ) | Judge Sharon Johnson Coleman |
| ADEL DAOUD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RULING ON THE PREVIOUSLY
RAISED CHALLENGE TO THE CONSTITUTIONALITY OF
THE FOREIGN INTELLIGENCE SURVEILLANCE ACT**

Defendant, **ADEL DAOUD**, by and through his attorneys, **THOMAS ANTHONY DURKIN, ROBIN V. WATERS,** and **JOSHUA G. HERMAN**,[1] respectfully request that the Court issue its ruling on Defendant's challenge to the constitutionality of the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829, which was previously presented in a motion and memorandum of law. (*See* Dkt. ##51, 52).

In support of this motion, Defendant, through counsel, shows to the Court as follows:

1. On August 9, 2013, counsel filed a motion entitled, "Motion for Disclosure of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering." (Dkt. #51). A memorandum of law was filed in support of that motion. (Dkt. #52). The motion set forth various grounds of relief, including the following request:

> Finally, the Court should also consider the constitutionality of FISA, both facially and as applied in this case under the First and Fourth Amendments, given that purpose of the FISA surveillance here does not appear to have any connection, much less a "significant purpose" for foreign intelligence of a foreign power or

---

[1] As noted at a status hearing on today's date, attorney Andrea D. Lyon anticipates filing an appearance as additional counsel for Defendant.

> agent of a foreign power. This is particularly significant given the numerous recent disclosures regarding the vast surveillance of domestic communications involving American citizens, which, by all appearances, is precisely what occurred here. To the extent that the Court finds FISA unconstitutional, either facially or as applied, any and all fruits of FISA surveillance should be suppressed.

(Dkt. #51, ¶ 9, footnote omitted). The contemporaneously filed memorandum further addressed and expanded on that constitutional argument. (Dkt. #51, pp. 31-35).

2. In its January 29, 2014, Memorandum Opinion and Order, which ultimately led to the government's interlocutory appeal to the Seventh Circuit Court of Appeals, the Court acknowledged that Defendant had asked the Court to "consider the constitutionality of FISA both facially and as applied to defendant under the First and Fourth Amendment of the United States Constitution." (Dkt. #92, p. 3). In granting disclosure of the FISA application materials to cleared defense counsel, the Court did "not express any opinion with respect to the constitutionality of FISA or its procedures." (*Id.*, p. 5). Counsel's review of the docket indicates that this specific constitutional challenge to FISA was not addressed in any other order or ruling. As such, Defendant's previously raised constitutional challenge to FISA appears to remain unresolved.

3. This motion is made for clarity of the record, and not to impose any additional burdens upon the Court regarding pretrial motions. Indeed, counsel will stand on the pleadings as filed, unless, of course, the Court requests further briefing or argument.

WHEREFORE, Defendant, through counsel, respectfully requests the Court issue a ruling on the constitutional challenge to FISA, as set forth in Defendant's Motion for Disclosure and to Suppress, Dkt. #51, and Memorandum of Law in Support, Dkt. #52.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Robin V. Waters
**ROBIN V. WATERS,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN,**
Attorneys for Defendant Adel Daoud.

**DURKIN & ROBERTS**
2446 North Clark
Chicago, Illinois 60614
(312) 913-9300

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707

## CERTIFICATE OF SERVICE

       Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Defendant's Motion for Ruling on the Previously Raised Challenge to the Constitutionality of the Foreign Intelligence Surveillance Act was filed on September 28, 2018 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                       /s/ Joshua G. Herman
                                       **JOSHUA G. HERMAN,**
                                       Attorney at Law.

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com