UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 12 CR 723 |
|---|---|
| v. | Judge Sharon Johnson Coleman |
| ADEL DAOUD | |

**PROTECTIVE ORDER FOR THE**
**REVIEW OF CLASSIFIED INFORMATION**

This matter comes before the Court upon the government's motion for a Protective Order to prevent the unauthorized use, disclosure or dissemination of certain specific documents that contain classified national security information and that the government anticipates making available to defense counsel for review.

Pursuant to Sections 3 and 9 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 (2006), the Security Procedures established pursuant to Section 9(a) of CIPA by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA § 9) (hereinafter the "Security Procedures"); the Federal Rules of Criminal Procedure 16(d) and 57; the general supervisory authority of the Court; and, in order to protect national security, the following Protective Order Pursuant to Section 3 of CIPA ("Order") is entered.

IT IS HEREBY ORDERED:

1. This case involves information classified in the interest of the national security of the United States pursuant to Executive Order 13526, as amended. Access to this information requires an appropriate security clearance and a need-to-know determination pursuant to Executive Order 13526, as amended.

Order - 1

2. This Order applies to procedures to allow cleared defense counsel to review certain specific documents the government will make available to them. This Order does not apply to any discovery or material produced by the government to defense counsel prior to the date of its entry.

Definitions

3. As used herein, the terms "classified national security information and documents," "classified information," "classified documents," and "classified material" refer to:

A. Any document or information that has been classified by any Executive Branch agency in the interest of national security or pursuant to Executive Order 13526, as amended, or its predecessor orders, as "CONFIDENTIAL," "SECRET," or "TOP SECRET," or additionally controlled as "SENSITIVE COMPARTMENTED INFORMATION" ("SCI"), or any information contained in such documents;

B. Any information that defense counsel reviews including, but not limited to, any information obtained from an agency that is a member of the United States "Intelligence Community" (as defined in section 3(4) of the National Security Act of 1947, codified at 50 U.S.C. § 401a(4)), other than the Federal Bureau of Investigation, shall be presumed to fall within the meaning of classified information, unless and until the Classified Information Security Officer or an authorized attorney for the Government advises otherwise in writing;

C. Classified information conveyed verbally to defense counsel, the Defendant, or any employee of defense counsel;

D. Any document or information, including verbal information, which defense counsel have been notified orally or in writing contains classified information; and

E. Any information, regardless of place or origin and including "foreign government information" as that term is defined in Executive Order 13526, as amended, or its predecessor orders, that could reasonably be believed to contain classified information.

4. The words "documents," "information," and "material" shall include but are not limited to all written or printed matter of any kind, formal or informal, including originals, conforming copies and non-conforming copies (whether different from the original by reason of notation made on such copies or otherwise), and information acquired orally or verbally.

5. "Access to classified information" means having access to, reviewing, reading, learning or otherwise coming to know in any manner any classified information.

6. All classified documents or material and the information contained therein shall remain classified unless the documents or material bear a clear indication that they have been declassified by the agency or department that is the originating agency (hereinafter the "Originating Agency") of the document, material, or information contained therein.

7. Defense counsel may obtain access to classified documents or information only if such person has received the necessary security clearance at the appropriate level of classification, through or confirmed by the CISO and has received permission of the Court, either through this Order (for those named in paragraph 8 below) or by a separate Court order upon showing of a need-to-know.

8. The following attorneys for the defense (collectively referred to hereinafter as "the Defense"), may be review the classified information: Thomas A. Durkin, Joshua Herman and Robin Waters.

9. The fact that one person holds an appropriate security clearance and is approved for access to classified documents or information does not give that person the authority to disclose any classified documents or information to any other individual. By way of example, but not limitation, defense counsel are not authorized to discuss or otherwise disclose classified documents or information with the defendant absent written permission of the Government.

10. The Defense shall not, except under separate Court order, disclose the classified information to anyone, either directly, indirectly, or in any other manner which would disclose the existence of such, to pursue leads or in the defense of the defendant.

11. Unauthorized use or disclosure of classified information may constitute violations of United States criminal laws. In addition, violation of the terms of this Order shall be immediately brought to the attention of the Court, and may result in a charge of contempt of Court and possible referral for criminal prosecution. Any

breach of this Order will result in the termination of a person's access to classified information. Persons subject to this Order are advised that direct or indirect unauthorized use, disclosure, retention or negligent handling of classified information could cause serious damage to the national security of the United States, or may be used to the advantage of a foreign nation against the interests of the United States. This Order is to ensure that those authorized by the Order to review classified information will never divulge the classified information disclosed to them to anyone who is not authorized to receive it, or otherwise use the classified information, without prior written authorization from the Originating Agency and in conformity with this Order.

ENTER:

_____
HON. SHARON JOHNSON COLEMAN
District Judge
United States District Court
Northern District of Illinois

Date: __10/31/2018_____

Order - 5