UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | No. 12 CR 723<br><br>Judge Sharon Johnson Coleman |

**NOTICE OF APPEAL**

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment, which was entered on the docket on May 21, 2019.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

/s/ *Tiffany A. Ardam*
BARRY JONAS
TIFFANY A. ARDAM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-0951

Date: June 19, 2019

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

      By:    /s/ *Tiffany A. Ardam*
              BARRY JONAS
              TIFFANY A. ARDAM
              Assistant U.S. Attorney
              219 South Dearborn St., Rm. 500
              Chicago, Illinois 60604
              (312) 353-0951

Date: June 19, 2019