UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 12 CR 723 |
| v. | |
| ADEL DAOUD | Judge Sharon Johnson Coleman |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment, which was entered on the docket on May 21, 2019.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

/s/ *Tiffany A. Ardam*
BARRY JONAS
TIFFANY A. ARDAM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-0951

Date: June 19, 2019

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

By:    /s/ *Tiffany A. Ardam*
            BARRY JONAS
            TIFFANY A. ARDAM
            Assistant U.S. Attorney
            219 South Dearborn St., Rm. 500
            Chicago, Illinois 60604
            (312) 353-0951

Date: June 19, 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADEL DAOUD

No. 12 CR 723

Judge Sharon Johnson Coleman

## DOCKETING STATEMENT

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Defendant Adel Daoud was charged by indictment in three cases. First, in Case No. 12 CR 723 (N.D. Ill.), defendant was charged with attempting to use a weapon of mass destruction, in violation of 18 U.S.C. § 2332a(a)(2)(D), and attempting to destroy a building used in interstate commerce with an explosive, in violation of 18 U.S.C. § 844(i). Second, in Case No. 13 CR 703 (N.D. Il.), defendant was charged by indictment with soliciting a crime of violence, in violation of 18 U.S.C. § 373(a), murder-for-hire, in violation of 18 U.S.C. § 1958(a), and obstruction of justice, in violation of 18 U.S.C. § 1512(a)(1)(A). Third, in Case No. 15 CR 487 (N.D. Ill.), defendant was charged with assault with the intent to commit murder, in violation of 18 U.S.C. § 113(a)(1), assault with a dangerous weapon with the intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3), assault resulting in serious bodily injury, in violation of 18 U.S.C. § 113(a)(6), possession of a weapon by an inmate, in violation of 18 U.S.C. § 1791(a)(2) and (b)(3), and simple assault, in violation of 18 U.S.C. § 113(a)(4). Case Nos. 13 CR 703 and 15 CR 487 were transferred to this Court for joint resolution with Case No. 12 CR 723.

On May 6, 2019, this Court sentenced defendant in all three cases, and it entered final judgment in all three cases on May 21, 2019. The United States has timely filed its Notice of Appeal within 30 days after entry of the judgment.

The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals has jurisdiction under 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

There was a prior appellate proceeding related to this case (Appeal No. 14-1284).

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

/s/ *Tiffany A. Ardam*
BARRY JONAS
TIFFANY A. ARDAM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-0951

Date: June 19, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Docketing Statement was served, pursuant to the district court's ECF system, to opposing counsel of record.

By:    /s/ *Tiffany A. Ardam*
            BARRY JONAS
            TIFFANY A. ARDAM
            Assistant U.S. Attorney
            219 South Dearborn St., Rm. 500
            Chicago, Illinois 60604
            (312) 353-0951

Date: June 19, 2019



# UNITED STATES DISTRICT COURT

Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>ADEL DAOUD | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    1:12-CR-00723(1)

USM Number:    43222-424

Thomas Anthony Durkin and Joshua G. Herman
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) 1 (one) and 2 (two) of the Indictment.

☐ pleaded nolo contendere to count(s)        which was accepted by the court.

☐ was found guilty on count(s)        after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:2332Aa.F Use Of Certain Weapons Of Mass Destruction | 09/14/2012 | 1 |
| 18:844I.F Penalties - If Death Results | 09/14/2012 | 2 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)        dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 6, 2019
Date of Imposition of Judgment

_____
Signature of Judge

Sharon Johnson Coleman, United States District Judge
Name and Title of Judge

5-20-2019
_____
Date

ILND 245B (Rev. 04/19/2019) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 8

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
192 months as to count 1 and 192 months as to count 2 of the Indictment. Terms to run concurrent to each other and concurrent to the terms imposed in case 13 CR 703-1 and 15 CR 487-1.

☒ The court makes the following recommendations to the Bureau of Prisons: Defendant to serve his term of imprisonment at the Butner FCC facility or at the Pekin FCI facility.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at          on

  ☐ as notified by the United States Marshal.

  ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 pm on

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

Judgment – Page 3 of 8

DEFENDANT:  ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
forty-five (45) years as to count 1 and 2 of the Indictment. Terms to run concurrent to each other and concurrent to the terms of supervised release imposed in cases 13 CR 703-1 and 15 CR 487-1

You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. You shall report to sentencing Judge or one sitting in her stead, on status to review conditions after review of medical/mental health record and conditions of MSR pursuant to 18 U.S.C. 3553(a). The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**
- ☒ (1) you shall not commit another Federal, State, or local crime.
- ☒ (2) you shall not unlawfully possess a controlled substance.
- ☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence.  [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]
- ☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act **(42 U.S.C. § 16913)**.
- ☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.
- ☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release.  [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D)**; such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D)**; and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**
- ☐ (1) you shall provide financial support to any dependents if you are financially able to do so.
- ☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).
- ☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows: ▓
- ☒ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.
- ☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) ▓.
- ☒ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
  - ☐ visit the following type of places: ▓.
  - ☒ knowingly meet or communicate with the following persons: Any persons who are, or claim to be, associated with a foreign terrorist organization (as defined in 8 U. S. C. 1189) , or who are, or claim to be, involved with violent acts, or advocating for acts of violence; and, communicating with any persons who are located outside of the United States with the exception to family members and persons who are located outside of the United States with the exception to family members and persons previously identified and approved by the Probation Office.
- ☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐      ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.
- ☒ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

☒ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

      ☒ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider

      ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify: ▓▓▓▓.)

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling ▓▓▓▓ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in §3563(b)(10) shall be imposed only for a violation of a condition of supervised release in accordance with § 3583(e)(2) and only when facilities are available) for the following period ▓▓▓▓.

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of ▓▓▓▓ months.

☐ (12) you shall work in community service for ▓▓▓▓ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: ▓▓▓▓, or refrain from residing in a specified place or area: ▓▓▓▓.

☒ (14) you shall refrain from knowingly leaving the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15) you shall report to a probation officer as directed by the court or a probation officer.

☒ (16) ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: ,

      ☒ at home    ☒ at work    ☒ at school    ☒ at a community service location

      ☒ other reasonable location specified by a probation officer (excluding inside place of worship).

    ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17) you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18) you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19) (home confinement)

    ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.

    ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.

    ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.

    ☐ from the times directed by the probation officer; or ☐ from __ to __.

    ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.

    ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22) you shall satisfy such other special conditions as ordered below.

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

Judgment – Page 5 of 8

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

☒ (23) You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

☐ (24) Other:

**SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)**
The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐ (1) if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☒ (2) you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☐ (3) you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least ▨▨▨ hours of community service per week at the direction of the probation office until gainfully employed. The total amount of community service required over your term of service shall not exceed ▨▨▨ hours.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☐ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6) you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☐ (7) within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☐ (8) you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐ (9) you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

    ☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

    ☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

    ☐ You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

    ☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

    ☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 -- Supervised Release

Judgment – Page 6 of 8

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

    ☐    You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

    ☐    This condition does not apply to your family members: ▮▮▮ [Names]

    ☐    Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer. Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity. You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

    ☐    You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

    ☐    You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☐    (10)    you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

☒    (11)    you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☐    (12)    you shall pay to the Clerk of the Court $▮▮▮ as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to ▮▮▮ (list both Agency and Address.)

☐    (13)    You shall observe one Reentry Court session, as instructed by your probation officer.

☒    (14)    Other: ▮▮▮ You shall attend violent extremism counseling from providers as directed by the Probation Office, and agreed to by the Probation Office, the United States Attorney's Office for the Northern District of Illinois, and the defendant, or upon order of the Court. The defendant shall also authorize the release of any mental health and/or violent extremism counseling records to the probation officer.

    You shall not possess or use at any location (including your place of employment), any external storage device without the prior approval of a probation officer.

    You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall identify all computers to which you have access. You shall consent to the installation of computer monitoring software on all computers to which you have access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

You shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

    You shall be required to submit to periodic polygraph testing at the direction of the probation office as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

ILND 245B (Rev. 04/19/2019) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 7 of 8

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $200.00 | $.00 | Waived | $.00 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for the   .

     ☐   the interest requirement for the   is modified as follows:

☐   The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 04/19/2019) Judgment in a Criminal Case
Sheet 7 - Denial of Federal Benefits
Judgment – Page 8 of 8

DEFENDANT: ADEL DAOUD
CASE NUMBER: 1:12-CR-00723(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $200.00 due immediately.

    ☐ balance due not later than     , or

    ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within    *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case: 1:12-cr-00723 Document #: 346 Filed: 06/20/19 Page 14 of 56 PageID #:3628

APPEAL,KEYS,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:12-cr-00723-1
### Internal Use Only

Case title: USA v. Daoud                         Date Filed: 09/20/2012

                                               Date Terminated: 05/20/2019

Assigned to: Honorable Sharon Johnson
Coleman
Referred to: Honorable Arlander Keys

Appeals court case number: 14-1284
Seventh Circuit

**Defendant (1)**

**Adel Daoud**                             represented by   **MiAngel C. Cody**
*TERMINATED: 05/20/2019*                                    The Decarceration Collective
                                                     1325 S. Wabash
                                                     Suite 305
                                                     Chicago, IL 60605
                                                     312-858-8330
                                                     Email:
                                                     miangelcody@decarcerationcollective.org
                                                     *TERMINATED: 09/17/2012*
                                                     *LEAD ATTORNEY*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

                                                     **Thomas Anthony Durkin**
                                                     Durkin & Roberts
                                                     2446 North Clark Street
                                                     Chicago, IL 60614
                                                     312-913-9300
                                                     Email: tdurkin@durkinroberts.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: CJA Appointment*

                                                     **Andrea D. Lyon**
                                                     Durkin & Roberts
                                                     2446 N. Clark Street
                                                     Chicago, IL 60614

(312) 362-8402
Email: andrea.lyon@valpo.edu
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Janis D. Roberts**
Durkin & Roberts
2446 N. Clark Street
Chicago, IL 60614
(312)914-8980
Email: jdroberts@durkinroberts.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joshua G. Herman**
Law Office of Joshua G. Herman
53 West Jackson Blvd.
Suite 457
Chicago, IL 60604
312-909-0434
Email: jherman@joshhermanlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robin Valentina Waters**
Durkin & Roberts
2446 N. Clark Street
Chicago, IL 60614
312-913-9300
Email: rwaters@durkinroberts.com
*TERMINATED: 01/29/2019*
*Designation: Retained*

**Ronald Cecil Jones , II**
Durkin & Roberts
2446 N Clark
Chicago, IL 60614
(312) 913-9300
Email: rjones@durkinroberts.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

USE OF CERTAIN WEAPONS OF
MASS DESTRUCTION
(1)

**Disposition**

The Defendant pleaded guilty to count(s) 1
(one) and 2 (two) of the Indictment. The
Defendant is hereby committed to the

PENALTIES - IF DEATH RESULTS (2)

custody of the United States Bureau of Prisons to be imprisoned for a total term of 192 months as to count 1 and 192 months as to count 2 of the Indictment. Terms to run concurrent to each other and concurrent to the terms imposed in case 13cr703-1 and 15cr487-1. Criminal Monetary Penalties. Schedule of Payments.

The Defendant pleaded guilty to count(s) 1 (one) and 2 (two) of the Indictment. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 192 months as to count 1 and 192 months as to count 2 of the Indictment. Terms to run concurrent to each other and concurrent to the terms imposed in case 13cr703-1 and 15cr487-1. Criminal Monetary Penalties. Schedule of Payments.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**              **Disposition**

18:2332AA.F Use of Certain Weapons of Mass Destruction and 18:844(i)

---

**Plaintiff**

USA              represented by   **AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.

(312) 435-5793

Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**

.

408-5197

Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Barry Jonas**

United States Attorneys Office
219 S. Dearborn
Chicago, IL 60604
312 886 8027
Email: barry.jonas@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Bolling W Haxall**

United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: bolling.haxall@usdoj.gov
*TERMINATED: 03/25/2019*
*Designation: Assistant US Attorney*

**Richard Matthew Hiller**

United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 697-4088
Email: matt.hiller@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Tiffany Ardam**

United States Attorney"s Office
219 South Dearborn St
Room 500

Chicago, IL 60604
(312) 353-0951
Email: tiffany.ardam@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**William Ridgway**
United States Attorney's Office
Northern District of Illinoi
219 S. Dearborn St.
Chicago, IL 60604
312-469-6233
Email: william.ridgway@usdoj.gov
*TERMINATED: 01/31/2017*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2012 | | ARREST of defendant Adel Daoud. (td, ) (Entered: 09/18/2012) |
| 09/15/2012 | 1 | COMPLAINT signed by Honorable Arlander Keys as to defendant Adel Daoud. (td, ) (Entered: 09/18/2012) |
| 09/15/2012 | 2 | MINUTE entry before the Honorable Arlander Keys as to Adel Daoud: Initial appearance proceedings held. Defendant appears in response to arrest on 9/14/2012. The defendant is informed of his rights. Enter order appointing MiAngel Cody as counsel for defendant. Preliminary Examination and Detention hearing set for 9/17/2012 at 3:00 p.m. The defendant is ordered detained until further order of court. Mailed notice (td, ) (Entered: 09/18/2012) |
| 09/15/2012 | 3 | ORDER Appointing Counsel Signed by the Honorable Arlander Keys on 9/15/2012. (td, ) (Entered: 09/18/2012) |
| 09/15/2012 | 4 | ATTORNEY Appearance for defendant Adel Daoud by MiAngel C. Cody. (td, ) (Entered: 09/18/2012) |
| 09/15/2012 | 5 | FINANCIAL Affidavit filed by Adel Daoud (SEALED). (td, ) (Entered: 09/18/2012) |
| 09/17/2012 | 15 | MINUTE entry before the Honorable Arlander Keys as to Adel Daoud: Case called for Preliminary Examination and Detention hearing. MiAngel Cody is granted leave to withdraw her appearance as counsel for defendant and Thomas Durkin, Joshua G. Herman and Janis D. Roberts are granted leave to file their appearance as counsel for defendant. Pursuant to the request of defendant's counsel, Preliminary Examination and Detention hearing reset to 9/19/2012 at 3:00 p.m. The defendant is ordered detained until further order of court. Mailed notice (td, ) (Entered: 09/21/2012) |
| 09/18/2012 | 6 | ATTORNEY Designation for USA of Bolling W Haxall (Haxall, Bolling) (Entered: 09/18/2012) |

| 09/18/2012 | 7 | ATTORNEY Appearance for USA byBarry Jonas (Jonas, Barry) (Entered: 09/18/2012) |
|---|---|---|
| 09/18/2012 | 8 | ATTORNEY Appearance for USA byWilliam Ridgway (Ridgway, William) (Entered: 09/18/2012) |
| 09/18/2012 | 9 | NOTICE of Intent To Use FISA Information by USA as to Adel Daoud (Ridgway, William) (Entered: 09/18/2012) |
| 09/18/2012 | 10 | PRETRIAL Bail Report as to Adel Daoud (SEALED) (ct, ) (Entered: 09/18/2012) |
| 09/20/2012 | | Judge update in case as to Adel Daoud. Judge Honorable Arlander Keys no longer assigned to case. (cft, ) (Entered: 09/20/2012) |
| 09/20/2012 | 11 | ATTORNEY Appearance for defendant Adel Daoud by Thomas Anthony Durkin (Durkin, Thomas) (Entered: 09/20/2012) |
| 09/20/2012 | 12 | ATTORNEY Appearance for defendant Adel Daoud by Joshua G. Herman (Herman, Joshua) (Entered: 09/20/2012) |
| 09/20/2012 | 13 | ATTORNEY Appearance for defendant Adel Daoud by Janis D. Roberts (Roberts, Janis) (Entered: 09/20/2012) |
| 09/20/2012 | 14 | EXECUTIVE COMMITTEE ORDER: Case as to Adel Daoud referred to Magistrate Judge Honorable Arlander Keys for bail/detention hearing(s). Mailed notice (td, ) (Entered: 09/20/2012) |
| 09/20/2012 | | Judge update in case as to Adel Daoud case assigned to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Arlander Keys. (td, ) (Entered: 09/24/2012) |
| 09/20/2012 | 16 | INDICTMENT as to Adel Daoud (1) count(s) 1, 2. (td, ) (Entered: 09/24/2012) |
| 09/20/2012 | 🔒 17 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Adel Daoud. (td, ) (Entered: 09/24/2012) |
| 09/20/2012 | 18 | DESIGNATION Sheet: FELONY (Category 3). (td, ) (Entered: 09/24/2012) |
| 09/20/2012 | 19 | MINUTE entry before the Honorable Maria Valdez as to Adel Daoud: No bond set. Detained by Magistrate Judge. (td, ) (Entered: 09/24/2012) |
| 09/20/2012 | 20 | MINUTE entry before the Honorable Arlander Keys as to Adel Daoud: Detention hearing held. The defendant is ordered detained for the reasons stated on the record. Mailed notice (td, ) (Entered: 09/24/2012) |
| 09/24/2012 | 🔒 21 | NOTICE of Arraignment as to Adel Daoud before Honorable Sharon Johnson Coleman on 10/24/2012 at 10:30 AM in courtroom 1425. (td, ) (Entered: 09/24/2012) |
| 09/24/2012 | 🔒 | (Court only) Terminate Deadlines and Hearings as to Adel Daoud:, Set/Reset Hearings as to Adel Daoud: Arraignment set for 10/24/2012 at 10:30 AM. (td, ) (Entered: 09/24/2012) |

| 09/25/2012 | 22 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Arraignment set for 10/24/2012 is reset by the court to 10/11/2012 at 01:30 PM. Mailed notice (rth, ) (Entered: 09/25/2012) |
|---|---|---|
| 10/10/2012 | 23 | MOTION by USAGovernment's Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act and Memorandum of Law in Support Thereof as to Adel Daoud (Ridgway, William) (Entered: 10/10/2012) |
| 10/10/2012 | 24 | MOTION by USAGovernment's Motion to Designate the Case Complex and Exclude Time Under the Speedy Trial Act as to Adel Daoud (Ridgway, William) (Entered: 10/10/2012) |
| 10/10/2012 | 25 | RESPONSE by Adel Daoud regarding MOTION by USAGovernment's Motion to Designate the Case Complex and Exclude Time Under the Speedy Trial Act as to Adel Daoud 24 (Herman, Joshua) (Entered: 10/10/2012) |
| 10/11/2012 | 26 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud, Arraignment held. Defendant waives formal reading and enters plea of not guilty to counts 1 and 2 of the indictment. Government's motion for pretrial conference pursuant to CIPA 23 is granted. CIPA hearing set to 10/17/2012 at 10:30 a.m. Government's motion to designate the case complex and exclude time under the Speedy Trial Act 24 is granted. Time excluded to 10/17/2012 pursuant to 18:3161 (h)(7)(B)(ii). Mailed notice (emd, ) (Entered: 10/15/2012) |
| 10/17/2012 | 27 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud, CIPA hearing held. Status hearing held and continued to 12/5/2012 at 10:00 a.m. Time excluded to 12/5/2012 pursuant to 18:3161 (h)(7)(B)(ii). Mailed notice (emd, ) (Entered: 10/19/2012) |
| 10/19/2012 | 28 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud; Enter Protective Order. Mailed notice (rth, ) (Entered: 10/24/2012) |
| 10/19/2012 | 29 | PROTECTIVE Order as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 10/19/2012.Mailed notice (rth, ) (Entered: 10/24/2012) |
| 11/16/2012 | 30 | MOTION by USA to amend/correct as to Adel Daoud *AGREED MOTION TO AMEND THE PROTECTIVE ORDER* (Ridgway, William) (Entered: 11/16/2012) |
| 12/04/2012 | 31 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 12/5/2012 is stricken and reset to 12/11/2012 at 09:45 AM. Time excluded to 12/11/2012 pursuant to 18:3161 (h)(7)(B)(i). Mailed notice (rth, ) (Entered: 12/04/2012) |
| 12/06/2012 | 32 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Government's agreed motion to amend protective order 30 is granted. Enter Agreed Amended Order. Mailed notice (rth, ) (Entered: 12/06/2012) |
| 12/06/2012 | 33 | AGREED AMENDED ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 12/6/2012.Mailed notice (rth, ) (Entered: 12/06/2012) |

| 12/11/2012 | 34 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 12/11/2012. Status hearing set for 1/15/2013 at 09:45 AM. Time excluded to 1/15/2013 pursuant to 18:3161 (h)(7) (B)(i). Mailed notice (rth, ) (Entered: 12/16/2012) |
| --- | --- | --- |
| 01/15/2013 | 35 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 1/15/2013. Status hearing set for 2/15/2013 at 09:45 AM. Time excluded to 2/15/2013 pursuant to 18:3161 (h)(7) (B)(i). Mailed notice (rth, ) (Entered: 01/16/2013) |
| 02/15/2013 | 36 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 2/15/2013. Status hearing set for 3/13/2013 at 09:45 AM. Time excluded to 3/13/2013 pursuant to 18:3161 (h)(7) (B)(i). Mailed notice (rth, ) (Entered: 02/19/2013) |
| 03/05/2013 | 37 | PETITION filed by Adel Daoud *for Court Appointed Counsel (Unopposed)* (Herman, Joshua) (Entered: 03/05/2013) |
| 03/05/2013 | 38 | NOTICE of Motion by Joshua G. Herman for presentment of before Honorable Sharon Johnson Coleman on 3/13/2013 at 09:45 AM. (Herman, Joshua) (Entered: 03/05/2013) |
| 03/12/2013 | 39 | Government's Ex Parte, In Camera Motion For Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) by USA as to Adel Daoud (Ridgway, William) (Entered: 03/12/2013) |
| 03/13/2013 | 40 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 3/13/2013. Defendant's unopposed petition for court appointed counsel 37 is granted. The court appoints Thomas Durkin and Joshua Herman as counsel for defendant. Status hearing set for 4/17/2013 at 10:30 AM. Time excluded to 4/17/2013 pursuant to 18:3161 (h)(7) (B)(i). Mailed notice (rth, ) (Entered: 03/18/2013) |
| 04/17/2013 | 41 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 4/17/2013. Status hearing set for 5/22/2013 at 10:00 AM. Time excluded to 5/22/2013 pursuant to 18:3161 (h)(7) (B)(i). Mailed notice (rth, ) (Entered: 04/18/2013) |
| 05/22/2013 | 42 | MOTION by Adel Daoud for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Durkin, Thomas) (Entered: 05/22/2013) |
| 05/22/2013 | 43 | Brief by Adel Daoud regarding motion for miscellaneous relief 42 *Memorandum of Law in Support of Motion for Notice of FAA Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c)* (Attachments: # 1 Exhibit A)(Durkin, Thomas) (Entered: 05/22/2013) |
| 05/22/2013 | 44 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 5/22/2013. Status hearing set for 8/27/2013 at 09:45 AM. Defendant's motion for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) to be filed by 5/22/2013. On said motion 42 , response due by 6/12/2013. Reply due by |

| | | |
|---|---|---|
| | | 6/21/2013. Once fully briefed, the court will rule or set date for oral argument. Pretrial motions to be filed by 8/9/2013. Responses due by 8/20/2013. Replies due by 8/29/2013. On government's CIPA motion <u>39</u> , response due by 6/12/2013. Reply due by 6/21/2013. If no response, the court will rule. Jury Trial set for 2/3/2014 at 10:00 AM. Additional dates to be set at the next hearing. Time excluded to 2/3/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 05/24/2013) |
| 06/12/2013 | <u>45</u> | MEMORANDUM by Adel Daoud in Opposition to miscellaneous other <u>39</u> *Governments Ex Parte, In Camera Motion for Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)* (Durkin, Thomas) (Entered: 06/12/2013) |
| 06/12/2013 | <u>46</u> | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) <u>42</u> (Ridgway, William) (Entered: 06/12/2013) |
| 06/21/2013 | <u>47</u> | REPLY by Adel Daoud to MOTION by Adel Daoud for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) <u>42</u> (Attachments: # <u>1</u> Exhibit A)(Durkin, Thomas) (Entered: 06/21/2013) |
| 06/21/2013 | <u>48</u> | REPLY by USA to miscellaneous other <u>39</u> , memorandum in opposition <u>45</u> *Government's Reply in Support of Motion for a Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)* (Ridgway, William) (Entered: 06/21/2013) |
| 08/08/2013 | <u>49</u> | SUR-REPLY by Plaintiff USA to motion for miscellaneous relief <u>42</u> (Ridgway, William) (Entered: 08/08/2013) |
| 08/08/2013 | <u>50</u> | MOTION by USA for leave as to Adel Daoud *to File Sur-Reply* (Ridgway, William) (Entered: 08/08/2013) |
| 08/09/2013 | <u>51</u> | MOTION by Adel Daoud for disclosure *of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering* (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | <u>52</u> | Brief by Adel Daoud regarding motion for disclosure, <u>51</u> *Memorandum of Law in Support of Motion for Disclosure of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering* (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | <u>53</u> | MOTION by Adel Daoud for leave to file brief in excess of fifteen pages (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | <u>54</u> | MOTION by Adel Daoud for discovery *Regarding the Surveillance and Investigation of Defendant* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | <u>55</u> | MOTION by Adel Daoud to produce *Rule 404(b) Material* (Durkin, Thomas) (Entered: 08/09/2013) |

| | | |
|---|---|---|
| 08/09/2013 | 56 | MOTION by Adel Daoud for disclosure *of Any Written Santiago Proffer Sixty (60) Days Prior to Trial* (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | 57 | MOTION by Adel Daoud for disclosure *of Expert Testimony Sixty (60) Days Prior to Trial* (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | 58 | MOTION by Adel Daoud Motion For Early Return of Trial Subpoenas (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/09/2013 | 59 | MOTION by Adel Daoud for extension of time *Within Which to File Additional Pretrial Motions* (Durkin, Thomas) (Entered: 08/09/2013) |
| 08/15/2013 | 60 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Government's motion for leave to file sur-reply 50 is granted. Defendant's motion for leave to file brief in excess of 15 pages 53 is granted. Mailed notice (rth, ) (Entered: 08/15/2013) |
| 08/15/2013 | 61 | ORDER as to Adel Daoud. (nf, ) (Entered: 08/16/2013) |
| 08/20/2013 | 62 | MOTION by USA for extension of time as to Adel Daoud *Government's Unopposed Motion for an Extension to Respond to Defendant's Pretrial Motions* (Ridgway, William) (Entered: 08/20/2013) |
| 08/26/2013 | 63 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud for extension of time *Within Which to File Additional Pretrial Motions* 59 , MOTION by Adel Daoud for disclosure *of Expert Testimony Sixty (60) Days Prior to Trial* 57 , MOTION by Adel Daoud to produce *Rule 404(b) Material* 55 , MOTION by Adel Daoud for discovery *Regarding the Surveillance and Investigation of Defendant* 54 , MOTION by Adel Daoud for disclosure *of Any Written Santiago Proffer Sixty (60) Days Prior to Trial* 56 , MOTION by Adel Daoud Motion For Early Return of Trial Subpoenas 58 (Ridgway, William) (Entered: 08/26/2013) |
| 08/27/2013 | 64 | ORDER as to Adel Daoud: Status hearing held. Defendant's unopposed Motion for leave to file a brief in excess of 15 pages in support of the motion for disclosure of FISA-related material 53 was previously granted. Government's motion for leave to file a sur-reply to defendant's motion for notice of FISA Amendments Act evidence pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) 50 was previously granted. Government's unopposed motion for extension to respond to defendant's pretrial motions 62 is granted. The Government's response to defendant's motion for disclosure of FISA-related material to suppress the fruits or derivatives of electronic surveillance and any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering 51 is due 10/26/2013 and defendant's reply is due 11/25/2013. Government filed responses to defendant's motions [ 54 , 55 , 56 , 57 , 58 , 59 ] on 8/26/2013. Defendant's replies in support of motions [ 54 , 55 , 56 , 57 , 58 ] are due 9/6/2013. Defendant's motion for an extension of time to file additional pretrial motions 59 is granted with no objection. This Court reserves setting a final date until the pending motions are resolved. With respect to the government's CIPA 4 Motion 39 , defendant is to submit an ex parte position statement for the Court to consider in conjunction with the government's motion |

| | | |
|---|---|---|
| | | by 9/26/2013. The Court will then take the matter under advisement. Defendant's motion for notice of FISA Amendments Act (FAA) evidence pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) [42] is denied based on the representations made in the government's sur-reply [49] . The trial is tentatively reset for 2/3/2014 to 4/7/2014 however the parties are to telephone Chambers to confirm the date. Time is excluded to 4/1/2014 pursuant to 18:3161(h)(7)(B)(I). Signed by the Honorable Sharon Johnson Coleman on 8/27/2013. Mailed notice (ph, ) (Entered: 08/28/2013) |
| 08/27/2013 | 🔒 | (Court only) Set/Reset Deadlines re Motion or Report and Recommendation in case as to Adel Daoud MOTION by Adel Daoud to produce *Rule 404(b) Material* [55] , MOTION by Adel Daoud Motion For Early Return of Trial Subpoenas [58] , MOTION by Adel Daoud for disclosure *of Any Written Santiago Proffer Sixty (60) Days Prior to Trial* [56] , MOTION by Adel Daoud for discovery *Regarding the Surveillance and Investigation of Defendant* [54] , MOTION by Adel Daoud for disclosure *of Expert Testimony Sixty (60) Days Prior to Trial* [57] . Replies due by 9/6/2013. (ph, ) (Entered: 08/28/2013) |
| 08/29/2013 | [65] | MOTION by Adel Daoud Motion to Vacate The Denial of His Motion for Notice of FISA Amendments Act (FAA) Evidence Pursuant to 50 U.S.C. §§1881e(a), 1806(c); and For Leave to File a Response to the Governments Sur-Reply to Defendants Motion for Notice of FAA Evidence (Attachments: # [1] Exhibit A, # [2] Exhibit B-1, # [3] Exhibit B-2)(Durkin, Thomas) (Entered: 08/29/2013) |
| 08/29/2013 | [66] | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for miscellaneous relief, [65] before Honorable Sharon Johnson Coleman on 9/5/2013 at 09:30 AM. (Durkin, Thomas) (Entered: 08/29/2013) |
| 09/01/2013 | [67] | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); On 8/29/2013, Defendant Adel Daoud filed a motion to vacate this Court's denial of his motion for Notice under the FISA Amendments Act [65] . At the hearing on 8/27/2013, the parties presented eight motions, discussed briefing schedules and additional discovery, and rescheduled the trial date. During discussion on the motion for FAA Notice, the defendant responded to the Court's query that he was not seeking to respond to the government's written statement that it does not intend to use FAA obtained or derived evidence. Upon review of the the discussion of this particular issue, the Court understood defendant to agree that further argument on the motion for FAA Notice was not necessary based on the Government's unequivocal statement that it does not intend to use evidence obtained or derived from surveillance conducted under the FAA and if its position changes it would provide the Notice required by the statute. However, this Court finds no prejudice in allowing further examination of this issue. As stated at the hearing, this Court will give serious consideration to all submissions on contested motions. Defendant's motion to vacate the denial of his motion for Notice under the FAA [65] is granted. The Court is available to hear the parties further on this issue or if more scheduling is required, on 9/5/2013 or by agreement of the parties upon consultation with the court deputy. Mailed notice (rth, ) (Entered: 09/01/2013) |

| 09/04/2013 | 68 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Jury Trial set for 2/3/2014 is stricken and reset to 4/7/2014 at 10:00 AM. by agreement of the parties. Time excluded to 4/7/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 09/04/2013) |
|---|---|---|
| 09/06/2013 | 69 | REPLY by Adel Daoud to MOTION by Adel Daoud for disclosure *of Expert Testimony Sixty (60) Days Prior to Trial* 57 , MOTION by Adel Daoud to produce *Rule 404(b) Material* 55 , MOTION by Adel Daoud for discovery *Regarding the Surveillance and Investigation of Defendant* 54 , MOTION by Adel Daoud for disclosure *of Any Written Santiago Proffer Sixty (60) Days Prior to Trial* 56 (Durkin, Thomas) (Entered: 09/06/2013) |
| 09/18/2013 | 70 | MOTION by Adel Daoud for discovery *in Support of Defendants Previously Filed Motion for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) (Dkt. #42)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Durkin, Thomas) (Entered: 09/18/2013) |
| 09/25/2013 | 71 | MOTION by Adel Daoud for extension of time *to File His Ex Parte Position Paper with Regard to the Governments CIPA §4 Motion (Unopposed)* (Durkin, Thomas) (Entered: 09/25/2013) |
| 10/25/2013 | 72 | MOTION by USA for leave to file brief in excess of fifteen pages as to Adel Daoud (Ridgway, William) (Entered: 10/25/2013) |
| 10/25/2013 | 73 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud for disclosure *of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering* 51 (Attachments: # 1 Declaration Attorney General's Claim of Privilege)(Ridgway, William) (Entered: 10/25/2013) |
| 11/25/2013 | 74 | REPLY by Adel Daoud to MOTION by Adel Daoud for disclosure *of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering* 51 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Durkin, Thomas) (Entered: 11/25/2013) |
| 11/25/2013 | 75 | MOTION by Adel Daoud for leave to file brief in excess of fifteen pages *Unopposed* (Durkin, Thomas) (Entered: 11/25/2013) |
| 11/25/2013 | 76 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for leave to file excess pages 75 before Honorable Sharon Johnson Coleman on 12/4/2013 at 09:45 AM. (Durkin, Thomas) (Entered: 11/25/2013) |
| 11/26/2013 | 77 | SEALED EXHIBIT by Adel Daoud (Durkin, Thomas) (Entered: 11/26/2013) |
| 11/26/2013 | 78 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Defendant's unopposed motion for leave to file brief in excess of 15 pages 75 is granted. No appearance required on 12/4/2013. Mailed notice (rth, ) (Entered: 11/26/2013) |

| | | |
|---|---|---|
| 12/08/2013 | 79 | MOTION by Adel Daoud to Reassign Case No. 13-cr-703 as Related to This Case (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Durkin, Thomas) (Entered: 12/08/2013) |
| 12/08/2013 | 80 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for miscellaneous relief 79 before Honorable Sharon Johnson Coleman on 12/11/2013 at 09:45 AM. (Durkin, Thomas) (Entered: 12/08/2013) |
| 12/11/2013 | | ORAL MOTION by Adel Daoud for interim payments. (ym, ) (Entered: 12/16/2013) |
| 12/11/2013 | 81 | ORDER as to Adel Daoud: Status hearing held on 12/11/2013. Defendant's request for a psychiatric examination is granted. Enter Order under seal. Defendant's motion to reassign Case No. 13 CR 703 as related to this case 79 is granted. Oral argument set for 1/3/2014 at 01:30 PM. on defendant's motions for disclosure of FISA 51 , for discovery Regarding the Surveillance and Investigation of Defendant 54 and for discovery in Support of Defendants Previously Filed Motion for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. 1881e(a), 1806(c) 70 . Defendant's oral motion for interim payments is granted. Time continues to be excluded to 4/7/2014 pursuant to 18:3161 (h)(7)(B)(I). Signed by the Honorable Sharon Johnson Coleman on 12/11/2013. (ym, ) (Entered: 12/16/2013) |
| 12/11/2013 | 82 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 12/11/2013(SEALED). (ym, ) (Entered: 12/16/2013) |
| 12/20/2013 | 83 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Defendant's motion to produce 55 is denied, motion for disclosure 56 is denied, motion for disclosure 57 is granted, and motion for early return of trial subpoenas 58 is granted. Enter Order. Mailed notice (rth, ) (Entered: 12/20/2013) |
| 12/20/2013 | 84 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 12/20/2013.Mailed notice (rth, ) (Entered: 12/20/2013) |
| 01/03/2014 | 85 | Submission of Additional Authority by Adel Daoud *for Purposes of Oral Argument* (Attachments: # 1 Supplement Additional Authority)(Durkin, Thomas) (Entered: 01/03/2014) |
| 01/03/2014 | 86 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); In court hearing held on 1/3/2014. Defendant's motions for disclosure of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering 51 , for discovery Regarding the Surveillance and Investigation of Defendant 54 , and for discovery in Support of Defendants Previously Filed Motion for Notice of FISA Amendments Act Evidence Pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) 70 are taken under advisement. On Government's CIPA motion, Defendant's response due by 1/31/2014. Status hearing set for 2/6/2014 at 09:45 AM. Mailed notice (rth, ) (Entered: 01/03/2014) |

| 01/17/2014 | 87 | as to Adel Daoud (1); On 1/3/2014 this Court heard oral argument on defendant Adel Daoud's motion for additional discovery regarding the government's surveillance and investigation of defendant 54 . This Court denies the motion without prejudice and notwithstanding the government's ongoing duty to supplement discovery disclosures as dictated by the Federal Rules of Evidence, the Jencks Act, Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972). This Court also heard oral argument on defendant's motion for discovery in support of defendant's previously filed motion for notice of FISA Amendments Act Evidence ("FAA") pursuant to 50 U.S.C. §§ 1881e(a), 1806(c) 70 . The defendant having failed to provide any basis for issuing such an Order, the Court denies the motion without prejudice. Signed by the Honorable Sharon Johnson Coleman on 1/17/2014.Mailed notice (rth, ) (Entered: 01/17/2014) |
| --- | --- | --- |
| 01/27/2014 | 88 | MOTION by Adel Daoud for extension of time *to File His Ex Parte Position Paper with Regard to the Governments CIPA §4 Motion (UNOPPOSED)* (Durkin, Thomas) (Entered: 01/27/2014) |
| 01/27/2014 | 89 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for extension of time 88 before Honorable Sharon Johnson Coleman on 1/30/2014 at 08:45 AM. (Durkin, Thomas) (Entered: 01/27/2014) |
| 01/28/2014 | 90 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Defendant's unopposed motion for extension of time to file his ex parte position paper with regard to the government's Classified Information Procedures Act ("CIPA") §4 Motion 88 is granted. No appearance required on 1/30/2014. Mailed notice (rth, ) (Entered: 01/28/2014) |
| 01/29/2014 | 91 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); For the reasons discussed below, defendant's motion for disclosure of Foreign Intelligence Surveillance Act of 1978 ("FISA") related material and to suppress the fruits or derivatives of electronic surveillance and any other means of collection conducted pursuant to FISA or other foreign intelligence gathering 51 is granted in part and denied in part. Counsel for Daoud must present to the Court documentation of current valid security clearances at or before the next status hearing on February 6, 2014. Enter Memorandum Opinion and Order. Mailed notice (rth, ) (Entered: 01/29/2014) |
| 01/29/2014 | 92 | as to Adel Daoud; MEMORANDUM Opinion and Order Signed by the Honorable Sharon Johnson Coleman on 1/29/2014.Mailed notice (rth, ) (Entered: 01/29/2014) |
| 02/05/2014 | 94 | MOTION by USA to stay as to Adel Daoud *the Court's Order [Doc. #92]* (Ridgway, William) (Entered: 02/05/2014) |
| 02/05/2014 | 95 | NOTICE of Motion by William Ridgway for presentment of motion to stay 94 before Honorable Sharon Johnson Coleman on 2/11/2014 at 09:45 AM. (Ridgway, William) (Entered: 02/05/2014) |
| 02/06/2014 | 96 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 2/6/2014 is stricken and reset to |

| | | |
|---|---|---|
| | | 2/11/2014 at 09:45 AM. Mailed notice (rth, ) (Entered: 02/06/2014) |
| 02/10/2014 | 97 | NOTICE OF APPEAL by USA as to Adel Daoud regarding memorandum opinion and order 92 (Ridgway, William) (Entered: 02/10/2014) |
| 02/11/2014 | 98 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 97 . (kj, ) (Entered: 02/11/2014) |
| 02/11/2014 | 99 | Transmission of short record as to Adel Daoud to US Court of Appeals re notice of appeal 97 . (kj, ) (Entered: 02/11/2014) |
| 02/11/2014 | 100 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 2/11/2014. Status hearing set for 2/26/2014 at 09:30 AM. to address trial date and expert schedule. Time continues to be excluded to 4/7/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 02/11/2014) |
| 02/11/2014 | 101 | USCA case number 14-1284 for notice of appeal 97 as to Adel Daoud. (ym, ) (Entered: 02/12/2014) |
| 02/11/2014 | 102 | LETTER as to Adel Daoud (SEALED). (ym, ) (Entered: 02/13/2014) |
| 02/13/2014 | 103 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 1/3/14, before the Honorable Sharon Johnson Coleman. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/6/2014. Redacted Transcript Deadline set for 3/17/2014. Release of Transcript Restriction set for 5/14/2014. (Mccullough, Tracey) (Entered: 02/13/2014) |
| 02/20/2014 | 104 | DESIGNATION of record on appeal by USA as to Adel Daoud regarding notice of appeal 97 (Ridgway, William) (Entered: 02/20/2014) |
| 02/24/2014 | 105 | CERTIFIED and transmitted the long record regarding notice of appeal 97 as to Adel Daoud to US Court of Appeals (USCA no. 14-1284). (kj, ) (Entered: 02/24/2014) |
| 02/24/2014 | 106 | USCA RECEIVED on 2/24/2014 the long record as to Adel Daoud. (kj, ) (Entered: 02/25/2014) |
| 02/26/2014 | 107 | TRANSCRIPT designation and order form by USA as to Adel Daoud for proceedings held on 12/11/2013; 1/3/2014 before Judge Sharon Coleman, (Ridgway, William) (Entered: 02/26/2014) |

| 02/26/2014 | 109 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 2/26/2014. Jury trial set to 4/7/2014 is stricken and reset to 11/10/2014 at 10:00 a.m. Final Pretrial Conference set to 10/28/2014 at 2:00 p.m. Final Pretrial Order and Motions in Limine due by 10/3/2014. Responses due by 10/10/2014. Status hearing set to 6/25/2014 at 9:45 a.m. Government's Unopposed Motion to Supplement the Record on Appeal with Sealed, Classified Documents 108 is granted. Time excluded to 11/10/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 03/03/2014) |
|---|---|---|
| 02/27/2014 | 108 | MOTION by USA to supplement as to Adel Daoud *Government's Unopposed Motion to Supplement the Record on Appeal with Sealed, Classified Documents* (Ridgway, William) (Entered: 02/27/2014) |
| 03/11/2014 | 110 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 2/11/14, before the Honorable Sharon Johnson Coleman. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 4/1/2014. Redacted Transcript Deadline set for 4/11/2014. Release of Transcript Restriction set for 6/9/2014. (Mccullough, Tracey) (Entered: 03/11/2014) |
| 03/11/2014 | 111 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 12/11/13, before the Honorable Sharon Johnson Coleman. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 4/1/2014. Redacted Transcript Deadline set for 4/11/2014. Release of Transcript Restriction set for 6/9/2014. (Mccullough, Tracey) (Entered: 03/11/2014) |
| 03/20/2014 | 112 | TRANSMITTED supplemental record on appeal as to Adel Daoud regarding notice of appeal 97 . (nf, ) (Entered: 03/20/2014) |

| 03/20/2014 | 113 | APPEAL record returned regarding notice of appeal 97 ; USCA case number 14-1284 as to Adel Daoud: Partial record returned consisting of sealed document nos. 61 and 82. (ym, ) (Entered: 03/21/2014) |
| --- | --- | --- |
| 03/20/2014 | 114 | APPEAL record regarding notice of appeal 97 ; USCA case number 14-1284 as to Adel Daoud: Partial record returned consisting of sealed documents nos. 61 and 82. (ym, ) (Entered: 03/24/2014) |
| 03/20/2014 | 115 | ORDER of USCA as to Adel Daoud regarding notice of appeal 97 ; USCA case number 14-1284: IT IS ORDERED that the motion is GRANTED only to the extent that the clerk of this court shall return sealed envelopes no. 61 and 82 to the district court to be maintained under seal in the court. (ym, ) (Entered: 03/24/2014) |
| 06/25/2014 | 116 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 6/25/2014. Status hearing set for 7/15/2014 at 09:30 AM. Pursuant to the court's order dated 3/13/2013 (doc #40) appointing Thomas Durkin and Joshua Herman as counsel for defendant, Enter Order. Time continues to be excluded to 11/10/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 06/25/2014) |
| 06/25/2014 | 117 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 6/25/2014.Mailed notice (rth, ) (Entered: 06/25/2014) |
| 07/15/2014 | 118 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 7/15/2014. Status hearing set for 9/3/2014 at 01:00 PM. Time continues to be excluded to 11/10/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 07/16/2014) |
| 09/03/2014 | 119 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/3/2014. Status hearing set for 9/23/2014 at 10:00 AM. Contrary to the Court's statement, based on other obligations to the court, it will be unable to rule on the CIPAA motion by the next status. The Court will apprise the parties at the next status. Time continues to be excluded to 11/10/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 09/05/2014) |
| 09/23/2014 | 121 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/23/2014. The court expects to rule on the CIPAA motion by the pretrial conference. Time continues to be excluded to 11/10/2014 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 09/24/2014) |
| 10/03/2014 | 122 | Government's Second ExParte in Camera Motion for a Protective Order Pursuant to CIPA Section 4 and Fed.R.Crim.P. 16(d)(1) by USA as to Adel Daoud (Ridgway, William) (Entered: 10/03/2014) |
| 10/03/2014 | 123 | MOTION by USA for protective order as to Adel Daoud *Government's Motion for a Protective Order Pertaining to the Testimony of the Undercover Employee at Trial* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Ridgway, William) (Entered: 10/03/2014) |

| 10/05/2014 | 124 | MOTION by Adel Daoud for hearing *Defendants Motion for an Evidentiary Hearing Pursuant to Franks v. Delaware* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Durkin, Thomas) (Entered: 10/05/2014) |
| --- | --- | --- |
| 10/05/2014 | 125 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for hearing 124 before Honorable Sharon Johnson Coleman on 10/8/2014 at 09:45 AM. (Durkin, Thomas) (Entered: 10/05/2014) |
| 10/05/2014 | 126 | MOTION by Adel Daoud for discovery *Regarding the Governments Surveillance Pursuant to Executive Order 12333* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Durkin, Thomas) (Entered: 10/05/2014) |
| 10/05/2014 | 127 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for discovery 126 before Honorable Sharon Johnson Coleman on 10/8/2014 at 09:45 AM. (Durkin, Thomas) (Entered: 10/05/2014) |
| 10/05/2014 | 128 | MOTION by Adel Daoud to continue *Trial Date* (Durkin, Thomas) (Entered: 10/05/2014) |
| 10/05/2014 | 129 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion to continue 128 before Honorable Sharon Johnson Coleman on 10/8/2014 at 09:45 AM. (Durkin, Thomas) (Entered: 10/05/2014) |
| 10/08/2014 | 130 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Motion hearing held on 10/8/2014. Defendant's motion to continue trial 128 is granted. Jury Trial set for 11/10/2014 is stricken and reset to 7/27/2015 at 10:00 AM. Pretrial conference set to 10/28/2014 is stricken. All other trial dates and deadlines are stricken. Government's motion for protective order 123 is entered and continued. Defendant's motion for evidentiary hearing 124 is entered and continued. Defendant's motion for discovery 126 is entered and continued. Status hearing set for 11/10/2014 at 10:00 AM. Time excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 10/09/2014) |
| 10/10/2014 | 131 | ORDER of USCA (certified copy) regarding notice of appeal 97 ; USCA case no. 14-1284 as to Adel Daoud: On August 12, 2014, defendant-appellee filed a petition for rehearing en banc, and on September 2, 2014, plaintiff-appellant filed an answer to the petition. All the judges on the original panel have voted to deny the petition, and none of the judges in regular active service has requested a vote on the petition for rehearing en banc. The petition is therefore DENIED. (ym, ) (Entered: 10/14/2014) |
| 10/10/2014 | 132 | APPEAL record returned regarding notice of appeal 97 ; USCA case no. 14-1284 as to Adel Daoud: Entire record returned consisting of 1 sealed envelope. (ym, ) (Entered: 10/14/2014) |
| 10/10/2014 | 133 | MANDATE of USCA (certified copy) as to Adel Daoud: The order appealed from is REVERSED in accordance with the decision of this court entered on this date. (ym, ) (Entered: 10/14/2014) |
| 10/10/2014 | 134 | OPINION from the USCA for the 7th Circuit; Argued 6/4 & 6/9/2014; Decided 6/16/2014 in USCA case no. 14-1284. (ym, ) (Entered: 10/14/2014) |

Case: 1:12-cr-00723 Document #: 346 Filed: 06/20/19 Page 32 of 56 PageID #:3628

| 10/10/2014 | 135 | SUPPLEMENTAL CLASSIFIED OPINION from the USCA (Redacted Version) Decided on July 14, 2014. (ym, ) (Entered: 10/14/2014) |
|---|---|---|
| 11/10/2014 | 136 | as to Adel Daoud; UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT §4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) Signed by the Honorable Sharon Johnson Coleman on 11/10/2014.Mailed notice (rth, ) (Entered: 11/10/2014) |
| 11/10/2014 | 137 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 11/10/2014. On Government's motion for protective order 123 , Defendant's motion for evidentiary hearing 124 , and Defendant's motion for discovery 126 , responses due by 12/15/2014, Replies due by 1/5/2015. Status hearing set for 1/30/2015 at 10:15 AM. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 11/10/2014) |
| 11/13/2014 | 138 | APPEAL record returned regarding notice of appeal 97 ; USCA case number 14-1284 as to Adel Daoud: Entire record consisting of 1 sealed envelope. (ym, ) (Entered: 11/17/2014) |
| 12/15/2014 | 139 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud for discovery *Regarding the Governments Surveillance Pursuant to Executive Order 12333* 126 , MOTION by Adel Daoud for hearing *Defendants Motion for an Evidentiary Hearing Pursuant to Franks v. Delaware* 124 (Ridgway, William) (Entered: 12/15/2014) |
| 12/15/2014 | 140 | Classified Addendum to Government's Response to Defendant's Motion for Discovery and For an Evidentiary Hearing Pursuant to Franks v. Delaware by USA as to Adel Daoud (Ridgway, William) (Entered: 12/15/2014) |
| 12/15/2014 | 141 | RESPONSE by Adel Daoud regarding MOTION by USA for protective order as to Adel Daoud *Government's Motion for a Protective Order Pertaining to the Testimony of the Undercover Employee at Trial* 123 (Durkin, Thomas) (Entered: 12/15/2014) |
| 12/15/2014 | 142 | MOTION by Adel Daoud for leave to file brief in excess of fifteen pages (Durkin, Thomas) (Entered: 12/15/2014) |
| 12/15/2014 | 143 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for leave to file excess pages 142 before Honorable Sharon Johnson Coleman on 12/19/2014 at 09:30 AM. (Durkin, Thomas) (Entered: 12/15/2014) |
| 12/15/2014 | 144 | MOTION by Adel Daoud for disclosure *to Cleared Counsel of the Identity of the FBI UCE, for Production of Essential Background Information, and For the Opportunity to Observe the UCE and Conduct a Pre-Trial Interview* (Durkin, Thomas) (Entered: 12/15/2014) |
| 12/15/2014 | 146 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for disclosure 144 before Honorable Sharon Johnson Coleman on 12/19/2014 at 09:30 AM. (Durkin, Thomas) (Entered: 12/15/2014) |

| 12/16/2014 | 147 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for disclosure 144 before Honorable Sharon Johnson Coleman on 1/6/2015 at 08:45 AM. (Durkin, Thomas) (Entered: 12/16/2014) |
|---|---|---|
| 12/16/2014 | 148 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for leave to file excess pages 142 before Honorable Sharon Johnson Coleman on 1/6/2015 at 08:45 AM. (Durkin, Thomas) (Entered: 12/16/2014) |
| 01/05/2015 | 149 | REPLY by USA to MOTION by USA for protective order as to Adel Daoud *Government's Motion for a Protective Order Pertaining to the Testimony of the Undercover Employee at Trial* 123 (Ridgway, William) (Entered: 01/05/2015) |
| 01/05/2015 | 150 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (1); Defendant's motion for leave to file excess pages 142 is granted. Defendant's motions for disclosure 144 145 are taken under advisement. No appearance required on 1/6/2015.Mailed notice (rth, ) (Entered: 01/05/2015) |
| 01/05/2015 | 151 | REPLY by Adel Daoud to MOTION by Adel Daoud for discovery *Regarding the Governments Surveillance Pursuant to Executive Order 12333* 126 , MOTION by Adel Daoud for hearing *Defendants Motion for an Evidentiary Hearing Pursuant to Franks v. Delaware* 124 (Durkin, Thomas) (Entered: 01/05/2015) |
| 01/30/2015 | 152 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 1/30/2015. Status hearing set for 4/3/2015 at 09:30 AM. Mailed notice (rth, ) (Entered: 01/30/2015) |
| 02/27/2015 | 153 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 4/3/2015 is stricken and reset sua sponte to 3/18/2015 at 09:45 AM. Mailed notice (rth, ) (Entered: 02/27/2015) |
| 03/03/2015 | 154 | NOTICE by Joshua G. Herman of Change of Address (Herman, Joshua) (Entered: 03/03/2015) |
| 03/18/2015 | 156 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424);. Status hearing held on 3/18/2015. Status hearing set for 4/3/2015 at 09:30 AM. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 03/24/2015) |
| 03/19/2015 | 155 | ORDER: as to Adel Daoud (1); Four motions are before the Court for consideration. The Court either ruled or indicated that it would be ruling on the following motions at the status hearing on March 18, 2015. Defendant's Motion for Discovery Regarding the Surveillance pursuant to Executive Order 12333 126 , is denied. Defendant's Motion for an Evidentiary Hearing pursuant to Franks v. Delaware 124 , is denied. Government's Motion for a Protective Order Pertaining to the Testimony of the Undercover Employee at Trial 123 , is granted in part and denied in part. Defendant's Motion for Protected Disclosure to Cleared Counsel of the Identity of the FBI UCE, for Production of Essential Background Information, and for the Opportunity to Observe the UCE and Conduct a Pre-trial Interview 145 , is denied. Enter Order. Signed by the Honorable Sharon Johnson Coleman on 3/19/15.Mailed notice (rth, ) (Entered: |

| | | |
|---|---|---|
| | | 03/20/2015) |
| 04/02/2015 | 157 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 4/3/2015 is stricken and reset to 4/15/2015 at 09:45 AM. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 04/02/2015) |
| 04/08/2015 | 158 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 4/15/2015 is stricken and reset to 4/14/2015 at 09:30 AM. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 04/08/2015) |
| 04/14/2015 | 159 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing Status hearing held on 4/14/2015. Status hearing set for 5/15/2015 at 09:00 AM. Parties may contact the court to cancel the status if they determine that it is not necessary. Pretrial conference set to 6/12/2015 at 11:00 a.m. Pretrial motions and motions in limine due by 6/3/2015. Responses due by 6/8/2015. Replies, if necessary, due by 6/10/2015. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 04/16/2015) |
| 05/07/2015 | 160 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 1/30/15, before the Honorable Sharon Johnson Coleman. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 5/28/2015. Redacted Transcript Deadline set for 6/8/2015. Release of Transcript Restriction set for 8/5/2015. (Mccullough, Tracey) (Entered: 05/07/2015) |
| 05/14/2015 | 161 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set to 5/15/2015 is stricken. Pretrial Conference set for 6/12/2015 is stricken and reset to 6/10/2015 at 11:15 AM. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 05/14/2015) |
| 06/03/2015 | 162 | MOTION by Adel Daoud in limine (Herman, Joshua) (Entered: 06/03/2015) |
| 06/03/2015 | 163 | PROPOSED Jury Instructions by USA as to Adel Daoud (Haxall, Bolling) (Entered: 06/03/2015) |
| 06/03/2015 | 164 | MOTION by USA in limine as to Adel Daoud *Governments Consolidated Motions In Limine* (Haxall, Bolling) (Entered: 06/03/2015) |

| 06/03/2015 | 165 | NOTICE of Notice of Filing by USA as to Adel Daoud regarding proposed jury instructions 163 , MOTION by USA in limine as to Adel Daoud *Governments Consolidated Motions In Limine* 164 (Haxall, Bolling) (Entered: 06/03/2015) |
| 06/08/2015 | 166 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud in limine 162 (Jonas, Barry) (Entered: 06/08/2015) |
| 06/08/2015 | 167 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 6/8/2015. By agreement of the parties, Pretrial Conference set for 6/10/2015 is rescheduled to 7/23/2015 at 11:00 AM. Pretrial order and motions in limine are due prior to the next date. Time continues to be excluded to 7/27/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 06/09/2015) |
| 06/09/2015 | 168 | MINUTE entry before the Honorable Sharon Johnson Coleman:as to Adel Daoud(#43222424); Minute entry #167 is amended in part as follows: By agreement of the parties, Pretrial Conference set for 6/10/2015 is rescheduled to 6/23/2015 at 11:00 AM. The remainder of the entry shall stand. Mailed notice (rth, ) (Entered: 06/09/2015) |
| 06/10/2015 | 169 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud; Defendant's oral motion to seal the transcript of the status hearing requested by the parties on 6/8/2015 is granted. Defendant's appearance at the status hearing was waived by counsel. Mailed notice (rth, ) (Entered: 06/10/2015) |
| 06/23/2015 | 170 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Pretrial conference stricken. Status hearing held on 6/23/2015. Defendant's oral request to continue trial is granted as set forth in open court. Jury Trial set for 7/27/2015 is stricken and reset to 9/30/2015 at 10:00 AM. Status hearing set for 8/5/2015 at 11:00 AM. Defense counsel's request for a psychiatric examination and testing is granted. Dr. Emily Keram and Dr. Stephen Xenakis may conduct said examination. Enter Order. Any documentation regarding defendant's mental health issues shall be filed under seal. Time excluded to 9/30/2015 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 06/24/2015) |
| 06/23/2015 | 171 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 6/23/2015.Mailed notice (rth, ) (Entered: 06/24/2015) |
| 06/23/2015 | 172 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 6/23/2015.Mailed notice (rth, ) (Entered: 06/24/2015) |
| 07/24/2015 | 173 | MINUTE entry before the Honorable Sharon Johnson Coleman: The trial date of September 30, 2015 set at the June 23, 2015 status hearing has been continued by agreement of the Court and parties to October 5, 2015 to accommodate the conflicts in the Court's previously set trial schedules and counsel's trial commitments. Other pre-trial matters will be addressed at the next status hearing on August 5, 2015 at 11:00 a.m. Time has been excluded until the next status date. Mailed notice (rth, ) (Entered: 07/24/2015) |

| 07/29/2015 | 174 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Instanter status hearing held on 7/29/2015 at request of the parties, defendant's presence was waived. At defendant's request, a psychological examination is ordered and will be conducted by Isaac Rey Center. The evaluation and reports should be completed in September which may affect the current trial schedule. The trial date of October 5, 2015 will stand until further discussion at the next status hearing of September 16, 2015 at 9:30 a.m. The Court further approves defense expert, Dr. Xenakis, who will be compensated under CJA. Mailed notice (rth, ) (Entered: 07/30/2015) |
|---|---|---|
| 07/31/2015 | 175 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 7/31/2015. Mailed notice(RESTRICTED). (ym, ) (Entered: 08/03/2015) |
| 08/13/2015 | 176 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 8/18/2015 at 09:30 AM. Mailed notice (rth, ) (Entered: 08/13/2015) |
| 08/19/2015 | 177 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 8/19/2015. Jury Trial set for 10/5/2015 is stricken and reset to 1/5/2016 at 10:00 AM. Status hearing set for 10/5/2015 at 10:00 AM. Time excluded to 1/5/2016 pursuant to 18:3161 (h)(7) (B)(I). Mailed notice (rth, ) (Entered: 08/19/2015) |
| 10/05/2015 | 178 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 10/5/2015. Trial date of 1/5/2016 shall stand. Pretrial Conference set for 12/10/2015 at 03:00 PM. Motions in limine due by 12/1/2015. Responses due by 12/7/2015. Modified pretrial order with list of witnesses and statement of the case due prior to the pretrial conference. Time continues to be excluded to 1/5/2016 pursuant to 18:3161 (h)(7)(B)(I). Mailed notice (rth, ) (Entered: 10/05/2015) |
| 10/14/2015 | 179 | REQUEST For A Separate Jury Panel Pursuant to Local Rule 47.1(b) as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 10/14/2015. Mailed notice. (ym, ) (Entered: 10/20/2015) |
| 10/19/2015 | 180 | ORDER Directing That A Separate Jury Panel Be Summoned as to Adel Daoud Signed by the Honorable Ruben Castillo on 10/19/2015. Mailed notice. (ym, ) (Entered: 10/20/2015) |
| 11/10/2015 | 182 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 11/10/2015. Mailed notice (RESTRICTED). (ym, ) (Entered: 11/12/2015) |
| 12/01/2015 | 183 | MOTION by Adel Daoud in limine *to Preclude the Testimony of Government Witness William Braniff Under Federal Rules of Evidence 401 and 403 and 704(b); or, in the Alternative,*, MOTION by Adel Daoud for hearing *Daubert Hearing* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Durkin, Thomas) (Entered: 12/01/2015) |
| 12/01/2015 | 184 | MOTION by Adel Daoud for leave to file brief in excess of fifteen pages (Durkin, Thomas) (Entered: 12/01/2015) |

| | | |
|---|---|---|
| 12/01/2015 | 185 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for leave to file excess pages 184 before Honorable Sharon Johnson Coleman on 12/10/2015 at 03:00 PM. (Durkin, Thomas) (Entered: 12/01/2015) |
| 12/01/2015 | 186 | MOTION by USA in limine as to Adel Daoud *To Exclude the Opinions and Testimony of Dr. Stephen Xenakis* (Attachments: # 1 Exhibit A)(Ridgway, William) (Entered: 12/01/2015) |
| 12/02/2015 | 187 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud (#43222424); Defendant's motion for leave to file excess pages 184 is granted. Mailed notice (rth, ) (Entered: 12/02/2015) |
| 12/03/2015 | 198 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 12/3/2015. Mailed notice (RESTRICTED). (ym, ) (Entered: 12/11/2015) |
| 12/07/2015 | 188 | MOTION by Adel Daoud for hearing *Emergency Motion for Evidentiary Hearing to Determine Mental Competency of Defendant* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D-1, # 5 Exhibit D-2, # 6 Exhibit D-3, # 7 Exhibit E)(Durkin, Thomas) (Entered: 12/07/2015) |
| 12/07/2015 | 189 | RESPONSE by Adel Daoud to MOTION by USA in limine as to Adel Daoud *Governments Consolidated Motions In Limine* 164 (Durkin, Thomas) (Entered: 12/07/2015) |
| 12/07/2015 | 190 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud in limine *to Preclude the Testimony of Government Witness William Braniff Under Federal Rules of Evidence 401 and 403 and 704(b); or, in the Alternative,*MOTION by Adel Daoud for hearing *Daubert Hearing* 183 (Jonas, Barry) (Entered: 12/07/2015) |
| 12/07/2015 | 191 | RESPONSE by Adel Daoud regarding MOTION by USA in limine as to Adel Daoud *To Exclude the Opinions and Testimony of Dr. Stephen Xenakis* 186 (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 12/07/2015) |
| 12/08/2015 | 192 | MOTION by Adel Daoud Defendants Motion to Reassign Based Upon Relatedness (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Durkin, Thomas) (Entered: 12/08/2015) |
| 12/08/2015 | 193 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); On 12/8/2015, this Court held a scheduling conference. Defendant Adel Daoud's appearance was waived. Defendant to file his proposed motion instanter, to be addressed at the pretrial conference scheduled for 12/10/2015 at 3:00 p.m. The government to file its response prior to the pretrial conference. Appearance on behalf of defendant entered by Robin V. Waters. Mailed notice (rth, ) (Entered: 12/09/2015) |
| 12/10/2015 | 194 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud Defendants Motion to Reassign Based Upon Relatedness 192 (Ridgway, William) (Entered: 12/10/2015) |
| 12/10/2015 | 195 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud Defendants Motion to Reassign Based Upon Relatedness 192 (Ridgway, |

| | | William) (Entered: 12/10/2015) |
|---|---|---|
| 12/10/2015 | 196 | ATTORNEY Appearance for defendant Adel Daoud by Robin Valentina Waters (Waters, Robin) (Entered: 12/10/2015) |
| 12/10/2015 | 197 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 12/10/2015 as to Defendant Adel Daoud. The Court heard arguments on defendant's Emergency Motion for Evidentiary Hearing to Determine the Mental Competency of Defendant 188 and defendant's Motion to Reassign Based Upon Relatedness 192 . The defendant was present in Court. The government does not dispute that defendant has made an adequate showing to secure a competency evaluation under section 4241. The Court therefore grants the motion to determine competency. The Court also grants the Motion to Reassign, but only for the limited purpose of determining defendant's competency. The Court finds it is in the interest of judicial economy to address defendant's mental competency in this case as well as case No. 15 CR 487, currently assigned to Judge Samuel Der-Yeghiayan, in one proceeding rather than having the matter arise separately in each case. Case No. 15 CR 487 would then return to Judge Der-Yeghiayan for all remaining purposes. Status hearing set for 12/18/2015 at 10:30 a.m. Pretrial conference stricken. Jury trial set to 1/5/2016 is stricken due to this order. At the next status, future trial dates will be discussed. Time is excluded in the interest of justice to 12/18/2015 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 12/10/2015) |
| 12/18/2015 | 199 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 12/18/2015. Status hearing set for 2/4/2016 at 10:30 AM. Time is excluded in the interest of justice to 2/4/2016 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 12/18/2015) |
| 01/06/2016 | 200 | LETTER from Adel Daoud. (ym, ) (Entered: 01/08/2016) |
| 01/20/2016 | 201 | ORDER as to Adel Daoud; Enter Order for psychiatric or psychological evaluation. Signed by the Honorable Sharon Johnson Coleman on 1/20/2016.Mailed notice (rth, ) (Entered: 01/20/2016) |
| 01/27/2016 | 202 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); The time for the status hearing set to 2/4/2016 is reset from 10:30 a.m. to 10:00 a.m. Mailed notice (rth, ) (Entered: 01/27/2016) |
| 02/03/2016 | 203 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 2/4/2016 is stricken and reset to 2/24/2016 at 10:00 AM. Time is excluded in the interest of justice to 2/24/2016 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 02/03/2016) |
| 02/24/2016 | 205 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 2/24/2016. Status hearing set for 4/20/2016 at 09:45 AM. Time is excluded in the interest of justice to 4/20/2016 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 02/24/2016) |

| 02/24/2016 | 206 | Submission to the Court by Adel Daoud (Attachments: # 1 Exhibit Exhibit A)(Durkin, Thomas) (Entered: 02/24/2016) |
| --- | --- | --- |
| 02/29/2016 | 207 | STATEMENT by Adel Daoud. (ym, ) (Entered: 03/02/2016) |
| 04/20/2016 | 208 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 4/20/2016. Status hearing set for 6/1/2016 at 08:45 AM. Time is excluded in the interest of justice to 6/1/2016 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 04/21/2016) |
| 06/01/2016 | 209 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 6/1/2016. Status hearing set to 7/27/2016 at 9:30 a.m. Competency hearing set for 8/18/2016 at 09:30 AM and 8/19/2016 at 09:30 AM. All reports are due at the next status hearing. Jury Trial set for 2/7/2017 at 10:00 AM. Time is excluded in the interest of justice to 2/7/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 06/01/2016) |
| 07/27/2016 | 210 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 7/27/2016. By 8/15/2016 parties shall submit a list of possible witnesses and exhibits being used at the hearing on 8/18/2016. Mailed notice (rth, ) (Entered: 07/28/2016) |
| 08/15/2016 | 211 | SEALED MOTION by Adel Daoud (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Herman, Joshua) (Entered: 08/15/2016) |
| 08/18/2016 | 212 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); In court hearing held on 8/18/2016. In Court hearing set for 8/19/2016 at 09:30 AM. Mailed notice (rth, ) (Entered: 08/18/2016) |
| 08/19/2016 | 213 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); In court hearing held on 8/19/2016. Ruling set for 8/25/2016 at 10:30 AM. Mailed notice (rth, ) (Entered: 08/19/2016) |
| 08/24/2016 | 214 | Supplemental Submission Regarding Present Competency by Adel Daoud (Attachments: # 1 Exhibit A)(Durkin, Thomas) (Entered: 08/24/2016) |
| 08/25/2016 | 215 | MINUTE entry before the Honorable Sharon Johnson Coleman: In court hearing held on 8/25/2016. Detailed Order to follow. Mailed notice (lxs, ) (Entered: 08/25/2016) |
| 08/25/2016 | 216 | ORDER as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 8/25/2016. Mailed notice (lxs, ) (Entered: 08/25/2016) |
| 08/25/2016 | 217 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing set for 9/14/2016 at 10:00 a.m. for counsel to inform the Court of the steps taken to comply with this Court's Order of 8/25/2016. The appearance of the defendant Adel Daoud may be waived.Mailed notice (lxs, ) (Entered: 08/25/2016) |
| 09/14/2016 | 218 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/14/2016. Status hearing set for 9/20/2016 at 09:30 AM. A representative from the MCC and the BOP to be |

| | | |
|---|---|---|
| | | present at the hearing to address the seriousness of this matter. Mailed notice (rth, ) (Entered: 09/15/2016) |
| 09/20/2016 | 219 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/20/2016. MCC counsel is to follow up with the U.S. Marshal's Service transport service and any medical personnel regarding the immediate transfer of Daoud to the FCS Springfield. If no written response is available, the court is requiring someone from FCS Springfield to be present to explain the situation. Status hearing set to 9/28/2016 at 9:30 a.m. Defendant shall be present unless treatment has begun. Mailed notice (rth, ) (Entered: 09/21/2016) |
| 09/28/2016 | 220 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/28/2016. Defendant's appearance waived. Status hearing set for 11/2/2016 at 09:30 AM. If still in treatment, defendant's appearance is waived at the next hearing. Mailed notice (rth, ) (Entered: 09/30/2016) |
| 10/03/2016 | 221 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 8/18/16, before the Honorable Sharon Johnson Coleman. EVIDENTIARY HEARING Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/24/2016. Redacted Transcript Deadline set for 11/3/2016. Release of Transcript Restriction set for 1/2/2017. (Mccullough, Tracey) (Entered: 10/03/2016) |
| 10/03/2016 | 222 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 8/19/16, before the Honorable Sharon Johnson Coleman. EVIDENTIARY HEARING Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/24/2016. Redacted Transcript Deadline set for 11/3/2016. Release of Transcript Restriction set for 1/2/2017. (Mccullough, Tracey) (Entered: 10/03/2016) |

| 10/03/2016 | 223 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 8/25/16, before the Honorable Sharon Johnson Coleman. EVIDENTIARY HEARING Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_mccullough@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 10/24/2016. Redacted Transcript Deadline set for 11/3/2016. Release of Transcript Restriction set for 1/2/2017. (Mccullough, Tracey) (Entered: 10/03/2016) |
| 11/02/2016 | 224 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 11/2/2016. Jury trial set to 2/7/2017 is stricken. Status hearing set for 2/7/2017 at 10:00 AM. Unless undergoing treatment, defendant is to be present at the next hearing. Time is excluded in the interest of justice to 2/7/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 11/02/2016) |
| 11/21/2016 | 225 | SEALED MOTION by Adel Daoud (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Herman, Joshua) (Entered: 11/21/2016) |
| 01/31/2017 | 226 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set to 2/7/2017 is stricken and reset to 3/2/2017 at 9:30 a.m. Oral request to withdraw the appearance of William Ridgway is granted. There being no objection, defendant's mental health treatment is hereby extended for an additional 120 days to 5/27/2017. The court approves expenses for attorneys Thomas Durkin and Joshua Herman to travel to Springfield facility to meet with their client. Parties are ordered to submit a motion and proposed order for Dr. Xenakis to continue to receive payment for professional services. Time is excluded in the interest of justice to 3/2/2017 pursuant to 18:3161(h)(7)(B)(I). Attorney William Ridgway terminated. Mailed notice (rth, ) (Entered: 01/31/2017) |
| 03/01/2017 | 227 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424);. Status hearing set for 3/2/2017 is stricken and reset to 3/29/2017 at 09:30 AM. Time is excluded in the interest of justice to 3/29/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 03/01/2017) |
| 03/29/2017 | 228 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 3/29/2017. Status hearing set for 4/12/2017 at 09:30 AM. Time is excluded in the interest of justice to 4/12/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 03/30/2017) |
| 04/05/2017 | 229 | SEALED TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 1/31/17, before the Honorable Sharon Johnson Coleman. Court Reporter |

| | | |
|---|---|---|
| | | Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov. (Mccullough, Tracey) (Entered: 04/05/2017) |
| 04/11/2017 | 230 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 4/12/2017 is stricken and reset to 6/6/2017 at 09:30 AM. Time is excluded in the interest of justice to 6/6/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 04/11/2017) |
| 06/06/2017 | 231 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 6/6/2017. Defendant's appearance waived. Status hearing set for 7/21/2017 at 09:30 AM. If the parties submit a written report to the court prior to the next date, the status may be stricken. Time is excluded in the interest of justice to 7/21/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 06/08/2017) |
| 07/21/2017 | 232 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 7/21/2017. Status hearing set for 9/6/2017 at 01:30 PM. Time is excluded in the interest of justice to 9/6/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth, ) (Entered: 07/21/2017) |
| 08/08/2017 | 233 | ORDER; as to Adel Daoud Signed by the Honorable Sharon Johnson Coleman on 8/8/2017.Mailed notice (rth, ) (Entered: 08/11/2017) |
| 09/05/2017 | 234 | ATTORNEY Appearance for defendant Adel Daoud by Ronald Cecil Jones, II (Jones, Ronald) (Entered: 09/05/2017) |
| 09/06/2017 | 235 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 9/6/2017. Status hearing set for 10/25/2017 at 01:30 PM. Time is excluded in the interest of justice to 10/25/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth) (Entered: 09/08/2017) |
| 10/16/2017 | 237 | CERTIFICATE Of Restoration of Competency to Stand Trial as to Adel Daoud (Poor Quality Original - Paper Document On File) (mma, ) (Entered: 10/19/2017) |
| 10/19/2017 | 236 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing set for 10/25/2017 is stricken and reset to 11/15/2017 at 10:00 AM. Time is excluded in the interest of justice to 11/15/2017 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth) (Entered: 10/19/2017) |
| 10/19/2017 | 238 | PERSONAL Identifiers in Paper Filings as to Adel Daoud re notice 237 (mma, ) (Entered: 10/19/2017) |
| 11/15/2017 | 239 | MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 11/15/2017. As set forth in open court, the report is due by 1/19/2018, and should include whatever is necessary to authorize funding. Parties are to determine what services defendant can receive at the facility that can be reinstated. Status hearing set for 1/26/2018 at 10:00 AM. A competency hearing, if necessary, will be set for 3/12/2018 and |

| | | |
|---|---|---|
| | | 3/13/2018. Time is excluded in the interest of justice to 1/26/2018 pursuant to 18:3161(h)(7)(B)(I). Mailed notice (rth) (Entered: 11/19/2017) |
| 01/26/2018 | 241 | ATTORNEY Appearance for USA byRichard Matthew Hiller (Hiller, Richard) (Entered: 01/26/2018) |
| 01/26/2018 | 242 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 1/26/2018. Defendant's presence is waived. Competency hearing set for 3/12/2018 at 10:00 AM to stand. Parties are to file preliminary statements 3 days prior to the competency hearing. Time is excluded to 3/12/2018 pursuant to 18 USC 3161(h)(7)(B)(I). Mailed notice. (ym, ) (Entered: 01/26/2018) |
| 01/31/2018 | 243 | ORDER as to Adel Daoud. Signed by the Honorable Sharon Johnson Coleman on 1/31/2018. Mailed notice (lf, ) (Entered: 02/01/2018) |
| 03/05/2018 | 244 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing set for 3/6/2018 at 03:00 PM. Mailed notice. (ym, ) (Entered: 03/05/2018) |
| 03/06/2018 | 245 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 3/6/2018. Defendant present in court with counsel. By agreement of the parties, the time for the competency hearing on 3/12/2018 is reset to 12:30 PM. Mailed notice. (ym, ) (Entered: 03/06/2018) |
| 03/12/2018 | 246 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Competency hearing held on 3/12/2018. Government moves that defendant is competent to stand trial. The Government presented a report from Dr. Gillespie Wadsworth, in which she found that Defendant's competency has been restored by consistent treatment with psychotropic medication. The Government also presented a Certificate of Restoration to Competency. Defendant did not object to the report submitted by the Government and presented the testimony of Dr. Stephen N. Xenakis. Both experts agreed that Defendant's competence is dependent on the continuation of his medication. Defendant was put under oath for the Court to affirm that he understood the proceedings and did not wish to testify on his own behalf regarding the competency issue. This Court finds that the Government had met their burden by a preponderance of the evidence to show that Adel Daoud is competent to stand trial. Status hearing is set for 4/11/2018 at 1:00 PM. Time is excluded to 4/11/2018 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (ym, ) (Entered: 03/13/2018) |
| 04/11/2018 | 247 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 4/11/2018. Trial date is tentatively set for 11/26/2018 at 10:00 AM. Status hearing set for 5/30/2018 at 1:30 PM. Parties will submit a written status report prior to the next hearing. Time is excluded to 11/26/2018 pursuant to 18 U.S.C. 3161 (h)(7)(B)(i). Mailed notice. (ym, ) (Entered: 04/11/2018) |
| 05/30/2018 | 248 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 5/30/2018. Jury trial set for 11/26/2018 at 10:00 |

| | | |
|---|---|---|
| | | AM to stand. Defendant is in agreement, under oath, to taking a lower dose of his medications. Status hearing set for 7/18/2018 at 1:30 PM. Parties are to file a status report at least 24 hours before the status. Mailed notice. (ym, ) (Entered: 05/30/2018) |
| 06/10/2018 | 249 | MOTION by Adel Daoud for release from custody *Defendant's Emergency Motion to Modify Conditions of Pretrial Detention to Permit His Temporary Release in the Custody of the United States Marshal for Psychiatric Treatment* (Durkin, Thomas) (Entered: 06/10/2018) |
| 06/10/2018 | 250 | SEALED Document (Durkin, Thomas) (Entered: 06/10/2018) |
| 06/10/2018 | 251 | NOTICE of Motion by Thomas Anthony Durkin for presentment of motion for release from custody, 249 before Honorable Sharon Johnson Coleman on 6/12/2018 at 01:30 PM. (Durkin, Thomas) (Entered: 06/10/2018) |
| 06/12/2018 | 252 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Motion hearing held on 6/12/2018. Defendant's emergency motion to modify conditions of pretrial detention to permit his temporary release into the custody of the United States Marshal for psychiatric treatment 249 is denied without prejudice. After hearing oral argument on the motion, this Court believes the best course of action in this case with a lengthy and complicated medical as well as legal history, is to permit a psychiatric evaluation of defendant's prescriptions and dosages by 6/26/2018. The Court rejects both defendant and government options for addressing the pressing issues of defendant's medications and counseling treatment. The Court's preference is for an in-person evaluation and neither the government nor the representative from the Bureau of Prisons presented evidence that such an evaluation would be overly burdensome. The Court recognizes that it cannot direct the Bureau of Prisons to comply with this Court's preference. However, the logistical and financial inconvenience for the BOP to transport a psychiatrist from one of its facilities that were mentioned in court to the MCC is much less onerous than the other options offered. This solution should give all parties confidence that this matter is addressed in the most prudent and expedient manner. The physician's report of the evaluation, must be presented by 7/17/2018. The status hearing previously set for 7/18/2018 at 1:30 PM to stand. Mailed notice. (ym, ) (Entered: 06/12/2018) |
| 07/18/2018 | 253 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 7/18/2018. Counsel reviewed the status report and medical review of Daoud's prescribed psychotropic medicine. The BOP pscychiatrist opined that the current dosage is needed but did not give opinion as to the effect of giving Daoud a slightly lower dosage to reduce side effect of drowsiness. BOP psychiatrist to be available by phone on the next date to answer questions from counsel and the Court regarding effectiveness of the current medicine and the appropriateness of dosage. The Court encouraged counsel to draft a list of questions to ask the doctor so that issues remain narrow and the exchange is brief. Daoud's independent psychiatrist should be available to hear the questioning and answer follow up questions by phone or in person. |

| | | |
|---|---|---|
| | | If the parties resolve the issue or reach another solution, they are to inform the Court prior to the next status and provide any additional information regarding Daoud's medications. Status hearing set for 7/24/2018 at 2:00 PM. Mailed notice. (ym, ) (Entered: 07/19/2018) |
| 07/24/2018 | 254 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 7/24/2018. Dr. Cutillar from the FMC Butner and defense expert Dr. Xenakis were made available by phone to be questioned by court and counsel. Dr. Cutillar will prescribe a lower dose of Abilify to defendant so that his next dosage on or about August 18 will be a 200 mg injection instead of the previously prescribed 300 mg. Final pretrial order and motions in limine are due by 10/5/2018. Response to motions in limine are due by 10/12/2018. Pretrial conference is set for 10/25/2018 at 1:30 PM. Status hearing is set for 9/12/2018 at 1:30 PM to address some pretrial matters and assess defendant's medication status. Mailed notice. (ym, ) (Entered: 07/24/2018) |
| 09/12/2018 | 255 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 9/12/2018. Parties confirm that they are preparing for the November 26th trial. Counsel confirms that defendant medication has been adjusted and is still competent to stand trial. Court confirms the pretrial schedule and the next status. Status hearing set for 9/28/2018 at 9:45 AM. Pending pretrial motions are taken under advisement. Mailed notice. (ym, ) (Entered: 09/12/2018) |
| 09/13/2018 | 256 | ATTORNEY Designation for USA of Tiffany Ardam (Ardam, Tiffany) (Entered: 09/13/2018) |
| 09/28/2018 | 257 | MOTION by Adel Daoud for Ruling on the Previously Raised Challenge to the Constitutionality of the Foreign Intelligence Surveillance Act re brief, 52 , MOTION by Adel Daoud for disclosure *of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering* 51 (Herman, Joshua) (Entered: 09/28/2018) |
| 09/28/2018 | 258 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 9/28/2018. Government is moving forward with trial. Exhibit list and witness list to be submitted at least one week before the trial set for 11/26/2018. The government stated that the previous motions in limine that were filed by them will be the motions in limine that the court should take into consideration. Pretrial conference set for 10/25/2018 at 1:30 PM to stand. Mailed notice. (ym, ) (Entered: 09/28/2018) |
| 10/12/2018 | 259 | ATTORNEY Appearance as to Adel Daoud filed by Andrea D. Lyon. (Attachments: # 1 Notice of Filing)(Lyon, Andrea) Docket Text Modified by Clerk's Office on 10/15/2018 (jh, ). (Entered: 10/12/2018) |
| 10/12/2018 | 260 | Defendants Proposed Jury Instructions and Response to the Governments June 3, 2015, Proposed Jury Instructions and Verdict Forms by Adel Daoud (Herman, Joshua) (Entered: 10/12/2018) |

| 10/12/2018 | 261 | MOTION by Adel Daoud Motion for Attorney Participation in Voir Dire (Herman, Joshua) (Entered: 10/12/2018) |
|---|---|---|
| 10/12/2018 | 262 | MOTION by Adel Daoud for Individual Sequestered Voir Dire (Herman, Joshua) (Entered: 10/12/2018) |
| 10/12/2018 | 263 | PROPOSED Voir Dire by USA as to Adel Daoud (Haxall, Bolling) (Entered: 10/12/2018) |
| 10/12/2018 | 264 | PROPOSED Jury Instructions by USA as to Adel Daoud (Haxall, Bolling) (Entered: 10/12/2018) |
| 10/12/2018 | 265 | Proposed Statement of the Case by USA as to Adel Daoud (Haxall, Bolling) (Entered: 10/12/2018) |
| 10/12/2018 | 266 | MOTION by USAMERGE INDICTMENTS AND RENUMBER COUNTS as to Adel Daoud *GOVERNMENTS MOTION TO MERGE INDICTMENTS AND RENUMBER COUNTS TO SUBMIT TO THE JURY* (Attachments: # 1 Exhibit Proposed Redacted Indictment)(Haxall, Bolling) (Entered: 10/12/2018) |
| 10/12/2018 | 267 | MOTION by Adel Daoud for Modified Written Questionnaire (Herman, Joshua) (Entered: 10/12/2018) |
| 10/12/2018 | 268 | MOTION by USA for protective order as to Adel Daoud *Governments Supplemental Motion for a Protective Order Pertaining to the Testimony of the Online Covert Employees at Trial* (Haxall, Bolling) (Entered: 10/12/2018) |
| 10/18/2018 | 269 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Based on the lengthy history of this matter and the number of times it has been set for trial, the Court directs the parties to file a joint status report indicating which pretrial motions, if any, are agreed, withdrawn, or moot based on circumstances The status report must be filed by 12:00 p.m. on Tuesday 10/23/2018. Mailed notice. (ym, ) (Entered: 10/18/2018) |
| 10/19/2018 | 270 | MOTION by USA for protective order as to Adel Daoud (Jonas, Barry) (Entered: 10/19/2018) |
| 10/20/2018 | 271 | MEMORANDUM by Adel Daoud in Opposition to MOTION by USA for protective order as to Adel Daoud *Governments Supplemental Motion for a Protective Order Pertaining to the Testimony of the Online Covert Employees at Trial* 268 (Herman, Joshua) (Entered: 10/20/2018) |
| 10/22/2018 | 272 | STATUS REPORT *(Joint)* by Adel Daoud (Herman, Joshua) (Entered: 10/22/2018) |
| 10/23/2018 | 273 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: In light of the passage of time, the completion of discovery, and the proximity of trial this Court denies as moot the pretrial motions [54-58]. If there are any specific issues with regard to those motions, the parties may refile by 10/26/2018. Mailed notice. (ym, ) (Entered: 10/23/2018) |
| 10/23/2018 | 274 | ORDER as to Adel Daoud: Motion in limine 162 is granted. Signed by the Honorable Sharon Johnson Coleman on 10/23/2018. Mailed notice. (ym, ) |

Case: 1:12-cr-00723 Document #: 346 Filed: 06/20/19 Page 47 of 56 PageID #:3628

| | | (Entered: 10/23/2018) |
|---|---|---|
| 10/24/2018 | 275 | ORDER as to Adel Daoud. Signed by the Honorable Sharon Johnson Coleman on 10/24/2018. Mailed notice. (ym, ) (Entered: 10/24/2018) |
| 10/25/2018 | 276 | MOTION by Adel Daoud in limine *to Preclude the Testimony of Substitute Prosecution Witness Matthew Levitt Under Federal Rules of Evidence 401, 403, 702, and 704(b)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Herman, Joshua) (Entered: 10/25/2018) |
| 10/25/2018 | 277 | MINUTE entry before the Honorable Sharon Johnson Coleman: Pretrial conference held and continued to 11/14/2018 at 1:30 p,m. The conference should take no more than two hours. As stated on the record in open court, defendant's motion for attorney participation in voir dire 261 is denied; defendant's motion for individual sequestered voir dire 262 is granted with the Court's explanation of procedure to follow at the next pretrial conference; defendant's motion for modified written questionnaire 267 is granted to the extent that the Court will supplement its standard questionnaire with consideration to the parties' requested modifications. The government's supplemental motion for a protective order pertaining to the testimony of the online covert employees at trial 268 is entered and continued. Defendant's motion in limine to preclude the testimony of government witness William Braniff 183 is stricken as moot. Prior to the next pretrial conference, the Court expects the parties to have met and conferred informally to discuss jury instructions. The government is directed to investigate the restrictions placed on Daoud at the MCC relating to his ability to communicate with his family, access to the commissary, and religious practice. The Court expects a status report on those restrictions within 7 days. The parties are to submit and exchange their proposed witness lists by 11/7/2018. Security personnel including assigned U.S. Marshals and CSO to be present at the next pretrial conference. Mailed notice. (ym, ) (Entered: 10/25/2018) |
| 10/29/2018 | 278 | MOTION by USA for protective order as to Adel Daoud *to allow the review of classified information* (Jonas, Barry) (Entered: 10/29/2018) |
| 10/29/2018 | 279 | NOTICE of Motion by Barry Jonas for presentment of motion for protective order 278 before Honorable Sharon Johnson Coleman on 11/1/2018 at 09:45 AM. (Jonas, Barry) (Entered: 10/29/2018) |
| 10/31/2018 | 280 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Government's unopposed supplemental motion for a protective order to allow the review of classified information 278 is granted. Enter Protective Order. No appearance necessary on 11/1/2018. Mailed notice. (ym, ) (Entered: 10/31/2018) |
| 10/31/2018 | 281 | PROTECTIVE Order for the Review of Classified Information as to Adel Daoud. Signed by the Honorable Sharon Johnson Coleman on 10/31/2018. Mailed notice. (ym, ) (Entered: 10/31/2018) |
| 11/01/2018 | 282 | RESPONSE by USA as to Adel Daoud regarding MOTION by Adel Daoud in limine *to Preclude the Testimony of Substitute Prosecution Witness Matthew* |

| | | |
|---|---|---|
| | | *Levitt Under Federal Rules of Evidence 401, 403, 702, and 704(b)* 276 (Jonas, Barry) (Entered: 11/01/2018) |
| 11/01/2018 | 283 | MEMORANDUM by USA in Opposition to MOTION by Adel Daoud for Modified Written Questionnaire 267 *GOVERNMENTS OBJECTION TO PROPOSED VOIR DIRE* (Haxall, Bolling) (Entered: 11/01/2018) |
| 11/05/2018 | 284 | MOTION by USA in limine as to Adel Daoud *Supplemental* (Jonas, Barry) (Entered: 11/05/2018) |
| 11/05/2018 | 285 | ATTORNEY Appearance for defendant Adel Daoud by Andrea D. Lyon (Lyon, Andrea) (Entered: 11/05/2018) |
| 11/06/2018 | 286 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 3/18/15, before the Honorable Sharon Johnson Coleman. Order Number: 32196. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 11/27/2018. Redacted Transcript Deadline set for 12/7/2018. Release of Transcript Restriction set for 2/4/2019. (Mccullough, Tracey) (Entered: 11/06/2018) |
| 11/07/2018 | 287 | WITNESS List by USA as to Adel Daoud (Jonas, Barry) (Entered: 11/07/2018) |
| 11/07/2018 | 288 | REPLY by Adel Daoud to response to motion 282 *Defendant's Reply in Support of His Motion In Limine to Preclude the Testimony of Substitute Government Witness Matthew Levitt Under Federal Rules of Evidence 401, 403, 702, and 704(b); and Request for Daubert Hearing* (Durkin, Thomas) (Entered: 11/07/2018) |
| 11/07/2018 | 289 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: The defendant's request for a Daubert hearing as to prosecution witness Matthew Levitt 276 is granted. A Daubert hearing is set for 11/13/2018 at 1:00 PM. In light of this Court's schedule this is the only hearing date available. The Court reserves time on 11/9/2018 at 2:00 PM for a potential continuation of the pretrial conference in this case. The parties are to contact the Courtroom Deputy by 11/8/2018 to confirm that date should they believe that, in light of the pending motions, witness lists, and remaining matters to be resolved, a hearing this week would be beneficial. Mailed notice. (ym, ) (Entered: 11/07/2018) |
| 11/07/2018 | 290 | WITNESS List by Adel Daoud (Herman, Joshua) (Entered: 11/07/2018) |
| 11/08/2018 | 291 | ORDER as to Adel Daoud: Before the Court is the government's motion in limine to exclude the testimony and opinions of Dr. Stephen Xenakis 186 because the proffered opinions and testimony do not meet the requirements of |

| | | |
|---|---|---|
| | | Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rule of Evidence 702. For the reasons stated herein, the motion is granted in part and denied in part without prejudice. Signed by the Honorable Sharon Johnson Coleman on 11/8/2018. Mailed notice. (ym, ) (Entered: 11/08/2018) |
| 11/08/2018 | 292 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: The parties, having been given the opportunity to set an additional pretrial conference date in light of the issues being raised in close proximity to the trial date, have confirmed that they do not believe that an additional hearing date is necessary. Accordingly, no hearing in this matter will be held on 11/9/2018. In light of the availability of the government's witness, the Daubert hearing set for 11/13/2018 is stricken and reset for 11/14/2018 at 1:30 PM. The pretrial conference set for 11/14/2018 is stricken and reset for 11/13/2018 at 1:00 PM. Mailed notice. (ym, ) (Entered: 11/08/2018) |
| 11/11/2018 | 293 | RESPONSE by Adel Daoud regarding MOTION by USA in limine as to Adel Daoud *Supplemental* 284 (Herman, Joshua) (Entered: 11/11/2018) |
| 11/13/2018 | 294 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Pretrial conference held on 11/13/2018 and continued to 11/16/2018 at 2:30 PM. Any motions argued during conference are taken under advisement. By agreement of the parties, the Daubert hearing set for 11/14/2018 is stricken. The defendant withdraws his request for a Daubert hearing as to Dr. Michael Levitt. In light of the trial date, any further motions by the parties are to be filed by 11/14/2018 at 6:00 PM. Any responses are due by 11/15/2018 at 12:00 PM. Mailed notice. (ym, ) (Entered: 11/13/2018) |
| 11/14/2018 | 295 | MOTION by Adel Daoud Defendants Motion for Leave to Enter Guilty Pleas Pursuant to North Carolina v. Alford Following the Courts Order Reassigning Case No. 15 CR 487 as Related and Request for Same (Herman, Joshua) (Entered: 11/14/2018) |
| 11/14/2018 | 296 | MINUTE entry before the Honorable Sharon Johnson Coleman: The hearing set for 11/16/2018 is reset from 2:30 PM to 1:30 PM. Mailed notice (air, ) (Entered: 11/14/2018) |
| 11/15/2018 | 297 | MEMORANDUM by USA in Opposition to MOTION by Adel Daoud Defendants Motion for Leave to Enter Guilty Pleas Pursuant to North Carolina v. Alford Following the Courts Order Reassigning Case No. 15 CR 487 as Related and Request for Same 295 *GOVERNMENTS MEMORANDUM IN OPPOSITION TO CASE CONSOLIDATION AND ACCEPTANCE OF ALFORD PLEA* (Haxall, Bolling) (Entered: 11/15/2018) |
| 11/15/2018 | 298 | REPLY by Adel Daoud to memorandum in opposition, 297 (Herman, Joshua) (Entered: 11/15/2018) |
| 11/16/2018 | 299 | ORDER as to Adel Daoud: The defendant's request to reassign 15-CR-487 pursuant to Local Criminal Rule 50.1 is stricken as moot in light of the Executive Committee's prior decision to reassign that case on the basis of judicial expediency by agreement of the assigned judges. The defendant's motion for leave to enter guilty pleas pursuant to North Carolina v. Alford 295 |

| | | |
|---|---|---|
| | | is granted. Signed by the Honorable Sharon Johnson Coleman on 11/16/2018. Mailed notice. (ym, ) (Entered: 11/16/2018) |
| 11/16/2018 | 300 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Pretrial conference held on 11/16/2018. Trial set for 11/26/2018 is stricken. Change of Plea Hearing set for 11/16/2018 at 1:30 PM. A courtesy copy of the factual basis to be submitted by 11/26/2018 in the morning. Mailed notice. (ym, ) (Entered: 11/19/2018) |
| 11/16/2018 | 🔒 | (Court only) Set/Reset Hearings as to Adel Daoud: Change of Plea Hearing set for 11/26/2018 at01:30 PM. (ym, ) (Entered: 11/20/2018) |
| 11/20/2018 | 301 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Minute entry 300 is corrected as follows, the Change of plea hearing is set for 11/26/2018 at 1:30 PM. Mailed notice. (ym, ) (Entered: 11/20/2018) |
| 11/20/2018 | 302 | Government's Factual Basis by USA as to Adel Daoud *Governments Factual Basis for Defendants Plea of Guilty Pursuant to North Carolina v. Alford* (Haxall, Bolling) (Entered: 11/20/2018) |
| 11/26/2018 | 303 | ORDER as to Adel Daoud: Change of plea hearing held. As previously set forth, the defendant sought to withdraw his not guilty plea in cases 12-cr-723, 13-cr-703, and 15-cr-487, and to enter a plea of guilty while maintaining his innocence pursuant to North Carolina v. Alford, 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970). The Court, having conducted a lengthy colloquy informing the defendant of his rights, and confident in both the defendant's competence to enter a plea and his demonstrated understanding of the nature of the plea he seeks to enter, concludes that there is an adequate factual basis for the defendant's plea and that the interests of justice compel this Court to accept it. A judgment of guilty is accordingly entered against the defendant pursuant to Alford. Cases 12-cr-723, 13-cr-703, and 15-cr-487 are referred to the Probation Office for a presentence investigation report.The sentencing in this matter is set for 4/29/2019 at 10:30 A.M. The parties' sentencing memoranda and objections to the presentence investigation are to be filed by 4/8/2019. Any responses are due by 4/12/2019. A status hearing is set for 1/30/2019 at 11:00 A.M to inform the Court and counsel of the expected witnesses and evidence other than the PSI. If requested, both sides are granted access to the sentencing recommendations which will not be released to the public. The Court recommends that the Defendant remain at the Metropolitan Correctional Center in Chicago in light of the work to be done in advance of the sentencing. The Court further requests that the defendant be granted a visit with his family in advance of the next status date. Signed by the Honorable Sharon Johnson Coleman on 11/26/2018. Mailed notice. (ym, ) (Entered: 11/26/2018) |
| 01/25/2019 | 304 | MOTION to withdraw as attorney as to Adel Daoud Robin Waters (Waters, Robin) (Entered: 01/25/2019) |
| 01/25/2019 | 305 | NOTICE of Motion by Robin Valentina Waters for presentment of motion to withdraw as attorney 304 before Honorable Sharon Johnson Coleman on 1/30/2019 at 09:45 AM. (Waters, Robin) (Entered: 01/25/2019) |

| 01/28/2019 | 306 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Due to the inclement weather, the status hearing set for 1/30/2019 is stricken and reset to 2/5/2019 at 2:00 PM. Mailed notice. (ym, ) (Entered: 01/28/2019) |
| --- | --- | --- |
| 01/29/2019 | 307 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 11/26/18, before the Honorable Sharon Johnson Coleman. GUILTY PLEA. Order Number: 32966. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/19/2019. Redacted Transcript Deadline set for 3/1/2019. Release of Transcript Restriction set for 4/29/2019. (Mccullough, Tracey) (Entered: 01/29/2019) |
| 01/29/2019 | 308 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Attorney Robin V. Waters' motion for leave to withdraw as counsel 304 is granted. Attorney Robin Valentina Waters terminated. No appearance necessary on 1/30/2019. Mailed notice. (ym, ) (Entered: 01/29/2019) |
| 02/05/2019 | 309 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 2/5/2019 regarding the sentencing hearing that is set for the week of April 29, 2019. Counsel are to meet and discuss their anticipated witnesses and the manner of their testimony prior to the next status hearing. The previously entered briefing schedule is to stand. Status hearing set for 3/26/2019 at 1:30 PM. Mailed notice. (ym, ) (Entered: 02/05/2019) |
| 03/08/2019 | 310 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing set for 3/26/2019 is stricken and reset to 4/3/2019 at 1:30 PM. Mailed notice. (ym, ) (Entered: 03/08/2019) |
| 03/19/2019 | 311 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing is set for 3/21/2019 at 1:30 PM. Mailed notice. (ym, ) (Entered: 03/19/2019) |
| 03/21/2019 | 312 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 3/21/2019. Government has provided additional material to defendant. Counsel for defendant intends to file a motion regarding the new material, which is to be filed by 4/5/2019. Government's response to be filed by 4/19/2019. Reply to be filed by 4/26/2019. Status hearing set for 4/3/2019 is stricken and reset to 4/29/2019 at 10:30 AM. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (ym, ) (Entered: 03/21/2019) |

| 03/22/2019 | 313 | PRESENTENCE Investigation Report as to Adel Daoud (SEALED) (Dawson, Sabrina) (Entered: 03/22/2019) |
|---|---|---|
| 03/22/2019 | 🔒 314 | (Court only) SENTENCING Recommendation as to Adel Daoud (SEALED) (Dawson, Sabrina) (Entered: 03/22/2019) |
| 03/25/2019 | 315 | NOTICE of Attorney Withdrawal by USA as to Adel Daoud (Haxall, Bolling) (Entered: 03/25/2019) |
| 03/25/2019 | 316 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Emergency status hearing held on 3/25/2019 per Court order to schedule sentencing. Defendant's presence is waived. By agreement of the parties, the previously stricken sentencing set for 4/29/2019 is reset to 4/30/2019 at 10:00AM. Status hearing set for 4/3/2019 at 1:30 PM to stand. Defendant ordered to appear and be transported by U.S. Marshals Service: Sentencing set for 4/30/2019 at 10:00 AM. Status hearing set for 4/3/2019 at 1:30 PM. Mailed notice. (ym, ) (Entered: 03/25/2019) |
| 04/01/2019 | 317 | NOTICE by Joshua G. Herman of Change of Address (Herman, Joshua) (Entered: 04/01/2019) |
| 04/03/2019 | 318 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 4/3/2019 in case number 12-cr-723. A status hearing in case number 13-cr-703 is set for 4/10/2019 at 3:00 PM. The defendant is to file his anticipated motion in connection with that case by 4/5/2019. The government's response is due by 4/9/2019. The previously set sentencing dates stand. Mailed notice. (ym, ) (Entered: 04/03/2019) |
| 04/05/2019 | 319 | SEALED MOTION by Adel Daoud (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 04/05/2019) |
| 04/10/2019 | 320 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 4/10/2019. The defendant's motion 319 is taken under advisement consistent with the Court's rulings from the bench. The parties are to submit the referenced documents for in camera review by 4/12/2019. The Court clarifies that the sentencing in cases 12-cr-723, 13-cr-703, and 15-cr-487 will begin 4/29/2019 at 10:00 AM. The parties' sentencing memoranda are due by 4/26/2019 at 12:00 PM. Status hearing set for 4/12/2019 at 3:00 PM to address the issues raised regarding the defendant's confinement at the MCC. If those issues are satisfactorily resolved in advance of the hearing, the parties may contact the Courtroom Deputy to have that status date stricken. Mailed notice. (ym, ) (Entered: 04/10/2019) |
| 04/11/2019 | 321 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing set for 4/12/2019 is stricken. Mailed notice. (ym, ) (Entered: 04/11/2019) |
| 04/12/2019 | 322 | SEALED Document (Attachments: # 1 Exhibit B-1, # 2 Exhibit B-2, # 3 Exhibit B-3, # 4 Exhibit B-4)(Herman, Joshua) (Entered: 04/12/2019) |
| 04/19/2019 | 323 | PRESENTENCE Investigation Report (Supplemental) as to Adel Daoud (SEALED) (Dawson, Sabrina) (Entered: 04/19/2019) |

| 04/24/2019 | 324 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: After careful consideration of the materials submitted for in-camera review, the Court concludes that they do not warrant the expansive discovery that the defendant now seeks and that they were previously known, at least in part, to the defendant. See U.S. v. LeRoy, 687 F.2d 610, 618 (2nd Cir. 1982). The Court further notes that the materiality of the evidence in question is doubtful in light of the defendant's stated intention to proceed with sentencing notwithstanding the Court's ruling. The Court does not preclude the defendant from attempting to present portions of the in-camera evidence, or related evidence, to the extent that such evidence is material to the Court's determination at sentencing. Mailed notice. (ym, ) (Entered: 04/24/2019) |
| --- | --- | --- |
| 04/24/2019 | 325 | PRESENTENCE Investigation Report (Supplemental) as to Adel Daoud (SEALED) (Mosley, Crystal) (Entered: 04/24/2019) |
| 04/26/2019 | 326 | PRESENTENCE Investigation Report (Supplemental) as to Adel Daoud (SEALED) (Mosley, Crystal) (Entered: 04/26/2019) |
| 04/26/2019 | 327 | SENTENCING MEMORANDUM as to Adel Daoud (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Herman, Joshua) (Entered: 04/26/2019) |
| 04/26/2019 | 328 | SEALED Document (Herman, Joshua) (Entered: 04/26/2019) |
| 04/26/2019 | 329 | SENTENCING MEMORANDUM as to Adel Daoud (Attachments: # 1 Exhibit)(Jonas, Barry) (Entered: 04/26/2019) |
| 04/29/2019 | 330 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Sentencing held on 4/29/2019 and continued to 4/30/2019 at 9:45 AM. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (ym, ) (Entered: 04/29/2019) |
| 04/30/2019 | 331 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Sentencing hearing held on 4/30/2019 and continued to 5/1/2019 at 9:30 AM. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (ym, ) (Entered: 04/30/2019) |
| 05/01/2019 | 332 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Sentencing hearing held on 5/1/2019 and continued to 5/6/2019 at 2:00 PM for the court's ruling. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (ym, ) (Entered: 05/01/2019) |
| 05/03/2019 | 333 | Supplemental Case Authority Regarding Unwarranted Sentencing Disparity by Adel Daoud (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2)(Durkin, Thomas) (Entered: 05/03/2019) |
| 05/03/2019 | 334 | RESPONSE by USA to miscellaneous other 333 (Jonas, Barry) (Entered: 05/03/2019) |
| 05/06/2019 | 335 | MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Sentencing hearing held on 5/6/2019. Judgment order to follow. Mailed notice. (ym, ) (Entered: 05/06/2019) |

| 05/06/2019 | 🔒 | (Court only) ***Procedural Interval start (P6) counts 1,2 as to Adel Daoud. (jh, ) (Entered: 05/21/2019) |
|---|---|---|
| 05/20/2019 | 336 | JUDGMENT (Sentencing Order) as to Adel Daoud (1), Count(s) 1, The Defendant pleaded guilty to count(s) 1 (one) and 2 (two) of the Indictment. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 192 months as to count 1 and 192 months as to count 2 of the Indictment. Terms to run concurrent to each other and concurrent to the terms imposed in case 13cr703-1 and 15cr487-1. Criminal Monetary Penalties. Schedule of Payments. Mailed certified copy to defendant Adel Daoud's counsel of record Thomas Anthony Durkin and Joshua G. Herman. (Terminated defendant Adel Daoud). Signed by the Honorable Sharon Johnson Coleman on 5/20/2019.Mailed notice (jh, ) (Entered: 05/21/2019) |
| 05/20/2019 | 337 | STATEMENT of Reasons as to Adel Daoud. (SEALED) Mailed certified copy to defendant Adel Daoud's counsel of record Thomas Anthony Durkin and Joshua G. Herman. (jh, ) (Entered: 05/21/2019) |
| 05/21/2019 | | JUDGMENT and Commitment as to Adel Daoud issued to U.S. Marshal via e-mail in PDF format. (jh, ) (Entered: 05/21/2019) |
| 05/21/2019 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Adel Daoud. (jh, ) (Entered: 05/21/2019) |
| 06/10/2019 | 🔒 338 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 4/29/19, before the Honorable Sharon Johnson Coleman. SENTENCING HEARING - AM SESSION - VOLUME 1. Order Number: 34657. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/1/2019. Redacted Transcript Deadline set for 7/11/2019. Release of Transcript Restriction set for 9/9/2019. (Mccullough, Tracey) (Entered: 06/10/2019) |
| 06/10/2019 | 🔒 339 | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 4/29/19, before the Honorable Sharon Johnson Coleman. SENTENCING HEARING - AM SESSION - VOLUME 1. Order Number: 34657. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or |

| | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/1/2019. Redacted Transcript Deadline set for 7/11/2019. Release of Transcript Restriction set for 9/9/2019. (Mccullough, Tracey) (Entered: 06/10/2019) |
|---|---|---|
| 06/10/2019 | 🔒 [340](#) | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 4/30/19, before the Honorable Sharon Johnson Coleman. SENTENCING HEARING - VOLUME 2. Order Number: 34657. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/1/2019. Redacted Transcript Deadline set for 7/11/2019. Release of Transcript Restriction set for 9/9/2019. (Mccullough, Tracey) (Entered: 06/10/2019) |
| 06/10/2019 | 🔒 [341](#) | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 5/1/19, before the Honorable Sharon Johnson Coleman. SENTENCING HEARING - VOLUME 3. Order Number: 34657. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/1/2019. Redacted Transcript Deadline set for 7/11/2019. Release of Transcript Restriction set for 9/9/2019. (Mccullough, Tracey) (Entered: 06/10/2019) |
| 06/10/2019 | 🔒 [342](#) | TRANSCRIPT OF PROCEEDINGS as to Adel Daoud held on 5/6/19, before the Honorable Sharon Johnson Coleman. SENTENCING HEARING - VOLUME 4. Order Number: 34657. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov. |

| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 7/1/2019. Redacted Transcript Deadline set for 7/11/2019. Release of Transcript Restriction set for 9/9/2019. (Mccullough, Tracey) (Entered: 06/10/2019) |
|---|---|---|
| 06/19/2019 | 343 | NOTICE OF APPEAL by USA as to Adel Daoud regarding judgment,,, terminated defendant,,, set/clear flags,, 336 Receipt number: y (Ardam, Tiffany) (Entered: 06/19/2019) |
| 06/19/2019 | 344 | DOCKETING statement by USA as to Adel Daoud regarding notice of appeal 343 (Ardam, Tiffany) (Entered: 06/19/2019) |
| 06/20/2019 | 345 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 343 . (smm, ) (Entered: 06/20/2019) |