# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 20, 2019

**To:**     Thomas G. Bruton
            Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-2186
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellant
>
> v.
>
> ADEL DAOUD,
> Defendant - Appellee
>
> ---
>
> District Court No: 1:12-cr-00723-1
> District Judge Sharon Johnson Coleman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 06/19/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)