**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                           Case No.: 1:12–cr–00723
                                                             Honorable Sharon Johnson Coleman

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 7, 2019:

        MINUTE entry before the Honorable Sharon Johnson Coleman as to Adel Daoud: Status hearing held on 8/7/2019. Mr. Daoud appeared by phone. The Court discussed with the parties Mr. Daoud's designation to US Penitentiary McCreary in McCreary County, Kentucky. The Court stated for the record that the designation decision is within the purview of the BOP, although the Court and defense counsel expressed concern regarding the mental health services available at and the visitation circumstances at McCreary. The Court appreciates that the BOP MCC made a representative available for the status hearing on short notice. Status hearing set for 4/16/2025 at 10:00 AM to discuss Mr. Daoud's transition, if appropriate. The Court requests that a written report or assessment from any psychological professionals be submitted to the Court prior to the status. Please see transcript for additional details. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.