UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | Case Nos. 12 CR 723, 13 CR 703, and 15 CR 487<br><br>Judge Sharon Johnson Coleman |

### UNOPPOSED MOTION TO SUPPLEMENT ORIGINAL ELECTRONIC RECORD ON APPEAL

The UNITED STATES OF AMERICA, through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves to supplement the original electronic record on appeal, and states as follows:

1. The government has appealed defendant's sentence in this matter. Dkt. No. 343. More specifically, the government respectfully submits that the district court substantively erred in imposing a total sentence of 16 years' incarceration.

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal.

3. As part of the sentencing proceedings in this case, including during defendant's sentencing hearing (Dkt. Nos. 330-32, 335), the government relied on numerous exhibits, which were submitted to this Court but were not filed with the Clerk for the Northern District of Illinois. Of those exhibits submitted to this Court, in its opening brief on appeal, the government refers to the following exhibits:

1

- G. Ex. Email 8
- G. Ex. Inspire 1
- G. Ex. Inspire 8
- G. Ex. Inspire 9
- G. Ex. OCE One 14
- G. Ex. OCE One 78
- G. Ex. OCE One 80
- G. Ex. S4-1T
- G. Ex. S7-1T
- G. Ex. S8-1T
- G. Ex. S217-2T
- G. Ex. S219-1T
- G. Ex. S481-1T
- G. Ex. S505-1T
- G. Ex. S567-1
- G. Ex. S572-1T
- G. Ex. Text 8
- G. Ex. Tounisi 302
- G. Ex. UC 7-17
- G. Ex. UC 8-6
- G. Ex. UC 8-23
- G. Ex. UC 9-5
- G. Ex. UC 9-13
- G. Ex. UC 9-14
- G. Ex. UC 8-6 Note
- G. Ex. UC 8-10 Skype
- G. Ex. UC 8-14 Skype
- G. Ex. UC 8-23 Note
- G. Ex. UC 9-2 Skype
- G. Ex. Victim Photo
- G. Ex. Video 1
- G. Ex. Video 20
- G. Ex. Web History
- G. Ex. YouTube 3
- G. Ex. YouTube 14
- G. Ex. YouTube Posting 1
- G. Ex. YouTube Posting 2[1]

---

[1] G. Exs. S4-1T, S7-1T, S8-1T, S217-2T, S219-1T, S481-1T, S505-1T, S567-1, S572-1T, UC 7-17, UC 8-6, UC 8-23, UC 9-5, UC 9-13, and UC 9-14 include an audio-recording and a transcript of that recording.

4.  Because these exhibits are not included in the original electronic record on appeal, the government wishes to supplement that record so these exhibits are available for use by the Court of Appeals. The government has prepared a compact disc with the aforementioned exhibits, and is prepared to deliver that disc to this Court or directly to the Clerk of the District Court, if this Court grants the government's motion

5.  Counsel for defendant does not oppose the government's motion. The government has represented to counsel for defendant that it will not oppose any similar motion by defendant, to be filed with this Court around the time that defendant submits his response brief to the Court of Appeals, seeking to supplement the original electronic record on appeal with additional exhibits that are part of the record in this matter.

WHEREFORE, the government respectfully requests that this Court issue an order directing the Clerk for the District Court of the Northern District of Illinois to supplement the original electronic record on appeal with the aforementioned exhibits.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   */s/ Georgia N. Alexakis*
      GEORGIA N. ALEXAKIS
      Assistant United States Attorney
      219 S. Dearborn, 5th Floor
      Chicago, Illinois 60604
      (312) 353-5300

Date: January 7, 2020