UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | Case Nos. 12 CR 723, 13 CR 703, and 15 CR 487<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 16, 2020 at 1:30 p.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Sharon Johnson Coleman in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present: **UNOPPOSED MOTION TO SUPPLEMENT ORIGINAL ELECTRONIC RECORD ON APPEAL** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney 219
S. Dearborn, 5th Floor Chicago,
Illinois 60604
 (312) 353-5300

Date: January 7, 2020