# JOSHUA G. HERMAN
## ATTORNEY AT LAW
53 WEST JACKSON BLVD., SUITE 457 • CHICAGO, ILLINOIS 60604
TEL: 312-909-0434 • JHERMAN@JOSHHERMANLAW.COM• WWW.JOSHHERMANLAW.COM

June 16, 2020

**FILED**

JUN 16 2020 *AM*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**BY HAND DELIVERY**
Thomas G. Bruton,
    Clerk of Court
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

      **Re:**    *United States v. Daoud,*
           **Case Nos. 12 CR 723;**
           <u>**13 CR 703; and 15 CR 487**</u>

Dear Mr. Bruton:

    On June 3, 2020, in the above-referenced matters, U.S. District Judge Sharon Johnson Coleman granted Defendant Adel Daoud's unopposed motions to supplement the original electronic record on appeal. *See* Case Nos. 12 CR 723, Dkt. #357; 13 CR 703, Dkt. #64; and, 15 CR 487, Dkt. #74.

    Pursuant to the District Court's orders, enclosed are four copies of one disc containing the exhibits identified in its motions to supplement. *See* Case Nos. 12 CR 723, Dkt. #356; 13 CR 703, Dkt. #63; and, 15 CR 487, Dkt. #73. The discs are entitled, "U.S. v. Daoud, 19-2174, 19-2185 & 19-2186, Def. Supp. Exhibits."

    Counsel for Defendant respectfully request that your office deliver three copies of the enclosed disc to the United States Court of Appeals for the Seventh Circuit so that the discs are available for use by the Court in *United States v. Daoud,* Case Nos. 19-2174, 19-2185 & 19-2186. The fourth copy of the disc may remain in the district court's files. Thank you in advance.

              Respectfully,

              Joshua G. Herman

Enclosure