UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | Case Nos. 12 CR 723, 13 CR 703, and 15 CR 487<br><br>Judge Sharon Johnson Coleman |

## GOVERNMENT EXHIBIT TEXT 9

Pursuant to this Court's July 23, 2020 Order (Dkt. No. 361), the UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., the United States Attorney for the Northern District of Illinois, supplements the original electronic record on appeal with Government Exhibit Text 9. Government Exhibit Text 9 is attached hereto.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: July 28, 2020