# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

November 17, 2020

Before:
KENNETH F. RIPPLE, Circuit Judge
MICHAEL B. BRENNAN, Circuit Judge
AMY J. ST. EVE, Circuit Judge

```
UNITED STATES OF AMERICA,           ] Appeals from the United
     Plaintiff-Appellant,           ] States District Court for
                                    ] the Northern District of
Nos. 19-2174, 19-2185, and 19-2186 v. ] Illinois, Eastern Division.
                                    ]
ADEL DAOUD,                         ] Nos. 1:12-cr-00723-1
     Defendant-Appellee.            ]      1:13-cr-00703-1
                                    ]      1:15-cr-00487-1
                                    ]
                                    ] Sharon Johnson Coleman,
                                    ]      Judge.
```

The district court's sentence is **VACATED** and **REMANDED** for resentencing. Circuit Rule 36 will apply on remand.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit