UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judge John Z. Lee

| United States of America | } | |
| --- | --- | --- |
| | } | |
| v | } | |
| | } | Case No. 12cr723 |
| | } | |
| Adel Daoud | } | |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge of this court. The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

/s/ Lorenzo Walker
Deputy Clerk

Dated: March 29, 2021

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the calendar of an active judge of this court in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Rebecca Pallmeyer

Dated: March 29, 2021

| | | |
|---|---|---|
| IOP13(b) | [] | This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court, the defendant no longer being a fugitive. |
| CR36 | [ X ] | Pursuant to the provisions of Circuit Rule 36, this cause is to be reassigned by lot, having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit. |
| IOP13(J) | [] | This cause having last been assigned to the calendar of Honorable who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action. |