UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos.  12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge John Z. Lee |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant ADEL DAOUD, by his attorneys Thomas Anthony Durkin and Joshua G. Herman, respectfully submit this Status Report.

In the Court's Order of May 14, 2021, (R. # 373) the Court directed the Bureau of Prisons ("BOP") and the United States Marshals Service to transport the defendant to the Metropolitan Correctional Center ("MCC") in Chicago. On June 22, 2021, the Marshals Service reported to the government that the defendant has been transported from his prior BOP facility and is currently at the MCC.

The parties request a status conference in 60 days.

                                    Respectfully submitted,

                                    JOHN R. LAUSCH, JR.
                                    United States Attorney

By:   */s/ Barry Jonas*
        BARRY JONAS
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300

        */s/ Thomas A. Durkin*
        THOMAS ANTHONY DURKIN
        Durkin & Roberts
        515 W. Arlington Place
        Chicago, IL 60614
        (312) 981-0123
        *Attorney for Defendant*

        */s/ Joshua G. Herman*
        JOSHUA G. HERMAN
        53 West Jackson, Blvd.
        Suite 404
        Chicago, IL 60604
        (312) 909-0434
        *Attorney for Defendant*