# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**
AUG 24 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF RECORD RETURN

August 24, 2021

**RECEIVED**
AUG ~~~~ 2021
8-24-21
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 19-2174 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>ADEL DAOUD,<br>Defendant - Appellee |
| No. 19-2185 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>ADEL DAOUD,<br>Defendant - Appellee |
| No. 19-2186 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>ADEL DAOUD,<br>Defendant - Appellee |

**Originating Case Information:**
District Court No: 1:15-cr-00487-1
Northern District of Illinois, Eastern Division
District Judge Sharon Johnson Coleman
**Originating Case Information:**

| District Court No: 1:13-cr-00703-1 |
| --- |
| Northern District of Illinois, Eastern Division |

**Originating Case Information:**

| District Court No: 1:12-cr-00723-1 |
| --- |
| Northern District of Illinois, Eastern Division |

The mandate or agency closing letter in this cause issued on March 15, 2021.

Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Additional record (return now complete) consisting of |
| --- | --- |
| Other (specify items): | 1 DVD of Exhibits #83 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** 8/24/21

**Received by:** Da' ) Bulw

form name: **c7_Record_Return_toDC**   (form ID: **205**)