

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

UNITED STATES OF AMERICA, )  CIV # 19-2185
            Plaintiff, )
                                )  Case # 12-CR-723
v                                 )              13-CR-703
                                 )              15-CR-487
ADEL DAOUD,                    )  Honorable Judge John Z. Lee
            DEFENDANT.   )
                                 )  AD HOC

**FILED**
OCT 13 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

```
         NOTICE/MOTION REQUESTING
          LEAVE OF COURT FOR THE
            ISSUE OF SUBPOENAS
```

COMES NOW, Defendant, Adel Daoud Sui Juris, and will respectfully request that this Court order/issue Subpoenas to the parties listed herein in order to get the truthful testimony as it relates specifically to the allegations made in prior -Motion requesting an evidentiary hearing. This Motion is pursuant to Rule 45(a) et seg. and all applicable sections.

The following individuals are hereby requested to present testimony during the hearing in order to substantiate the factaul basis to the misconduct resulting in ineffective assistance fo counsel's for defense. The following are requested, by the Court, or in the alternative, the clerk can sign Subpoena forms, thereby sending them to defendant where all parties at interest will be served. The SUBPOENA WILL COMMAND;

```
            AHMAD DAOUD
         THOMAS A. DURKIN
          ANDREA D. LYON
         JANIS D. ROBERTS
         JOSHUA G. HERMAN
       ROBIN VALENTINA WATERS
       RONALD CECIL JONES, II
```

(1) to attend and testify, (2) produce and permit financial records as they relate to payments received from Ahmad Daoud with dates of payments. (3) Phone records of conversations, specifically on 10/1/21 where Attorney Mr. Durkin, even after review of the motion for the evidentiary hearing, and the reference to the conflict of interest, he called Defendant's father. This could only be due to his continued "keep this between us"

1

coercion. Defendant spoke with his father on this same date. Ahmad Daoud expressed his desire NOT to testify for his own son. This can only be due to Thomas Durkin doing what he has been doing with the misconduct and continued abuse of office.

Further, the SUBPOENA WILL COMMAND, (4) Documented proof/records of plane tickets and the transportation from return flights where Ahmad was instructed to cover the cost. (5) Bank records showing deposits of checks from Ahmad Daoud, Electronic Funds Transfers (EFT) of payments. Phone records, computer, case files, retainer letter(s) and cost of representation. SUBPOENA WILL COMMAND DOCTOR STEPHEN XENAXIS to appear and testify.

## CONCLUSION

WHEREAS, it is with all due respect that this Honorable Court COMMAND the appearance of the aforementioned individuals in order to testify to the facts as they relates to this cause of action. In the Alternative, allow the Clerk of Court to forward said Subpoena to Defendant, signed by the Clerk with instructions for defendant to send to each party at interest. The listing of the Subpoena of a criminal docket number instead of a civil action does not always in--validate a subpoena. However, defendant has a civil number.

Respectfully submitted,

*Adel Daoud*
Adel Daoud #43222-424
MCC Chicago
71 West Van Buren
Chicago Illinois 60605

2

CERTIFICATE OF SERVICE

I hereby certify that I have sent this request for Subpoena to the Clerk of Court for the purpose of serving all parties at interest. This is due to the continued constraints here at MCC. This is being executed on this the 5 day of October, 2021 through the inmate legal mail system, under penalty of perjury, 28 U.S.C. 1746.

```
            THOMAS G. BRUTON
     CLERK OF THE U.S. DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF ILLINOIS
            219 SOUTH DEARBORN ST
            CHICAGO ILLINOIS 60604
```

Respectfully submitted,

*Adel Daoud*

Adel Daoud - 43222-424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Legal Mail

Clerk of Court
Thomas G. Bruton
For the Northern District of Illinois
219 South Dearborn St
Chicago, IL 60604

S SUBURBAN IL 604
6 OCT 2021 PM 4 L

10/13/2021-15

2021 OCT 13 AM

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

OCT 05 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.