①

United States DISTRICT COURT
NORTHERN DISTRICT of ILLINOIS
EASTERN DIVISION

United STATES of AMERICA,
        Plaintiff,        CASE No.

V.

ADEL DAOUD,
        Defendant.        AD HOC

**FILED**
JAN 12 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Judicial NOTICE
## Pursuant to Rule 201

Comes Now, ADEL DAOUD Through Counsel and would Respectfully REQUEST THIS Courts consideration of THE Relevant information PROVIDED HEREIN. THERE is PRESENTLY no conflict of INTEREST WITH Counsel THIS is TO ASSIST in HER CASE load AND THE FACT THAT THE PANDEMIC HAS RETURNED AND discontinued All of THE communication. In Support Defendant will state THE following:

### STATEMENT of FACTS

Defendant will REQUEST THIS QUESTION of FACTS AND LAW FOR THE ANSWER. CLOSE REVIEW IS NECESSARY

where the record presently consist of ex counsel's fraud and deceit. Actual allegations of a false pretense. Not only towards my parents- But also the court. This can easily be confirmed.

Durkin will not be able to evade his acts of malfeasance where another defendant will soon make the same exact claim/charge on Thomas Durkin. Mr. Ashraf Al-Safoo has been victimized and has terminated Durkin for the same reasons.

This court is herein presented with the factual record- Durkin should be ordered to provide proof of all of the allegations made on the record in rebuttal. His only defense is that I am incompetent, when the actual truth of this matter lies in listening to the advice of Durkin- That I "should act slow." His incompetency position is to not only discredit what is being established on the record- But to appear innocent and foreclose any subpoena's that will reveal his crimes.

I cannot reference Ashraf Al Safoo in my own issue- I simply request that the court strongly consider reviewing what will be discovered to be the same exact issue in terms of the ineffective acts of Durkin and Hermon.

On the ill-advise of counsel, I went into an act of not being competent. No longer will this deem a necessary thing to do. The request for medical records will show that medication was given at times and other times, not. Durkin advised me to play crazy and

THREATENED MY PARENTS - making my FATHER BELEIVE THAT IF HE TESTIFY to the TRUTH of paying legal fees for the LAST TEN YEARS - He could go to JAIL. He has PLACED FEAR in my FATHER. I REQUEST THAT THE Court provide AN INVESTIGATOR to Bring THE TRUTH TO THE Court. I took the Drugs Because my Attorney Durkin told me too. He stated if I did not - I would be forced to take them. PLEASE REVIEW THE ATTACHED Affidavit of All of the many Assessments and conclusions. This Court needs to Hold AN EVIDENTIARY Hearing on this MATTER FOR REVIEW of the medical Record where results are full of professional opinions of Defendant malingering or simply Being Assessed competent.

Defendant is not crazy - not incompetent and will Be willing to undergo An independent Assessment of this fact. Be Advised that DR. Xanakis works with Durkin. Any conclusions from Him Are in the interest of Durkin. And DR. Xanakis continues to call Defendants parents After the first filing on The Record in which was/is not only improper - It shows that They Are attempting to prevent testimony of the TRUTH From my FATHER.

Respectfully Submitted

Adel Daoud

ADEL DAOUD 43222-424

## Certificate of Service

I hereby certify that I have caused a copy of this Judicial Notice to Rule 201 to be served upon the Clerk of Court in order for Mr. Bruton to serve all parties at interest. This is due to the lockdown here at MCC and no copies can be made. This is being executed the 6th day of January, 2022, under the penalty of perjury, pursuant to 28 U.S.C. 1746.

Thomas G. Bruton
Clerk of Court
Northern District of Illinois
219 So. Dearborn St.
Chicago, Illinois 60605

Respectfully submitted,
Adel Daoud

(1)

United States of America,   )
                            ) S.S.
Northern District of Illinois )

## Affidavit of Truth

I ADEL DAOUD DO HEREBY SWEAR THAT THE facts stated herein are true, correct and complete, not misleading that I have personal first hand knowledge of the facts stated herein. In support Affiant will state the following:

1. THAT, I feigned a mental illness until I was found to be incompetent, where Durkin suggested a crazy defense the first day I met him in September 2012 - whispering "We need to act like you're slow."

2. That, Affiant was assessed by Dr Emily Karem where Affiant was found to be competent the record reflects this fact. Durkin made a news announcement that I was "crazy."

3. That, Durkin continued to stress that I should "play crazy." I took the ill-advise and started acting like I was incompetent when I am not.

4. That, Ten (10) months at the medical facility (Butner) I heard about civil commitment. The possibility of medical prison for the rest of my life stopped me from feigning mental illness. I was found restored.



5. That Durkin asked me if I thought I was cured after the drugs, I stated that I was the same - He stated "I Agree" Then sent me to Dr Xenakis - This Doctor found me mentally incompetent

6. That A second Assessment From Dr Xenakis found me competent even where I acted the same. A report of an inmate making a claim that I was faking incompetency

7. That Durkin Acknowledged my competency with no opposition from Xenakis or Anyone else - including myself (Affiant), Yet urged me to continue to take Abilify knowing I did not need it. I Refused to take the shot given to me in Kentucky (Abilify) Durkin Yelled over the phone "take the fuckin Drugs!"

8. That I switched to the pill, Therefore I can Appear to take it without Hurting this case. The many side effects Helped my decision to stop - coupled with no need or Benefits at all.

9. That On Appeal from W. Virginia Durkin Asked "Are you taking the Drugs?" I stated "Yeah" He Responded "because I Have never seen you Better." This was in MCC.

10. That, Durkin never Accused me of mental illness until I insisted on going to trial, And Asked him about the payments from my Father And the Courts - See the Record.

11. That This entire incompetency issue is Durkin only Defense and should not be allowed to stop any investigations or subpoenas of Records (payments) or court Appointed documents. If I am ruled to be incompetent it would mean that Durkin is innocent and I am crazy. The Question would then be why would Ash Shraf (Ashraf Al-Safoo) have the same exact Allegation - How many other Terrorist cases can be Reviewed to conclude the exact same thing - Durkins self-interest in profits as opposed to professional integrity.

12. That Dr Xenakis' last visit here at MCC stated that what I expressed to him was "Reasonable" and "understandable" Before making a false claim of my mental state not being as good as it was when I was in Butner medical facility. They were then setting the stage after Affiants motions were filed making the claims of Durkins Misappropriations of court funds and unlawfully taking legal fees from Affiants father that were not according to any legal or lawful process.

13. That On 10-26-21 Affiants father Admitted on a Jail House phone call that He continued to communicate with Dr Xenakis - NOTE: This Doctor works with Durkin - And is/was not supposed to be in any further contact with David's Father - He had been getting paid by the courts and by Affiants father.

(4)

14. That Doctor Dana Here at MCC stated and made it a part of my medical record that I feigned illness.

15. That Doctor Preston in Missouri Accused me of faking. Not sure of Her Report. Potential witness

16. That Doctor Karim - (Private Doctor) Found Affiant competent

17. That Doctor Goldstein Found Affiant competent

18. That Affiant will make it clear for the Record there is overwhelming evidence from professional Doctors that After Assessments it was concluded that I am not incompetent. None of the contrary became relevant until Durkin continued to push the envelope on this issue.

## VERIFICATION

It is with the record that will not only support fully Adel Daoud's position it will also prove through any Cart Hearing - The Truth that Daoud is not incompetent And Mr. Durkin simply need a Defense Due to Being Exposed for the truth of Its illegal Acts!

further This Affiant Saith not

Subscribed & Affirmed under Penalty of Perjury on this the Sixth day of January 2022 pursuant to the jurat found in Title 28 United States Code Section 1746

I Now Affix my signature to All of the Above Facts And this Affidavit, will stand As The Truth where it is not Rebutted.

I Affiant Adel Dacud Has Read this Affidavit and will submit the same for the purpose of Establishing the truth on the Record. This is THE TRUTH. Not misleading- This Court is requested to move on the legal proper investigation of this matter.

Respectfully Submitted

Adel Daoud

Adel Dacud 43222-424
MCC Chicago
71 West Van Buren
Chicago Illinois 60605

Adel Daoud #43222-424
Metropolitan Correctional Center
71 West Van Buren
Chicago Illinois 60605

01/12/2022-15

LEGAL MAIL

Thomas G. Bruton
Clerk of Court U.S. District Court
Northern District of Illinois
219 South Dearborn
Chicago, Illinois 60604

2022 JAN 12 AM 8:52

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605