U.S. District Court
Northern District of Illinois

U.S
v.
Adel Daoud

Case #: 1:12-CR-00723-1
Judge John Z. Lee

I do not want Quinn Michaelis as my attorney any longer. Prior to today's phone court 4-28-22, I wasn't sure if she was even alive or existing on this earth at all. I have been trying to communicate with her through the jail phone, the legal jail phone, email, mail, & I had my father call her & I got no word from her at all for no less than a month. While I'm glad she was alive & well enough to tell Barry Jonas she's out of town she can no longer be my council. Please do not appoint me another Attorney unless I say otherwise. I am looking for another one!

**FILED**

MAY 03 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that I have sent this Request to the Clerk of Court for the Northern District of Illinois for Service of process. It is requested that all parties at interest are served Notice of said Document.

Respectfully,

[signature]

4-28-22

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago IL 60605

Legal Mail

Thomas G. Bruton
Clerk of Court
219 South Dearborn
Chicago IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed has processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

APR 29 2022

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

RECEIVED
MAY 03 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT