United S. District Court
Northern District of Illinois
Eastern Division

USA
  Plaintiff

vs

ADEL DAOUD

Case # 1:12-CR-00723-1
1:13-CR-00703-1

Judge John Lee

FILED
JUL 18 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

I have not heard from Ms Michaelis in over a month, by any means of communication. To my knowledge she has done nothing, nor accomplished anything since I gave her another chance to work for me. Please remove her from all my cases immediately, & do <u>not</u> appoint me new council. I am looking for one!

## Certificate of Service

I hereby certify that I have caused a copy of this request to be served upon all parties of interest through the Clerk of Court by placing same in jail legal mail system. This is being submitted under the penalty of perjury - 7/12/22

[signature]

Joel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Legal Mail

Clerk of Court
Northern District of IL
219 South Dearborn
Chicago, IL 60604

07/18/2022-35

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUL 13 2022

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.