U.S. District Court
Northern District of IL
Eastern Division

USA
  Plaintiff
V.
Adel Daoud

Case # 1:12-CR-00723-1
       1:13-CR-00703-1

Today is 7-15-22 Friday. Ms. Michaelis took initiative today to contact me through a legal call. My main issue last time I wrote the court was for, again, lack of communication. We're working on this now. Previously she informed me she'd give me my discovery, but she now worked this out w/ the prosecutor. As of now, she should stay on my case.

**FILED**

AUG 03 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that I have caused a copy of this Notice to be served through the clerk of court to all parties of interest by placing same in the MCC prison legal mail system Monday 7-18-22. This is being submitted under the penalty of perjury

Respectfully Submitted,

Adel Daoud

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Clerk of Court
Northern District of IL
219 South Dearborn

Legal Mail

RECEIVED
2022 AUG -3 AM 8:53



METROPOLITAN CORRECTIONAL
71 W VAN BUREN ST

08/03/2022-18