**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

      The Honorable John Z. Lee having been confirmed for a seat on the Court of Appeals for the Seventh Circuit,

      It is hereby ordered that the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 8th day of September 2022

1

**Civil Cases Reassigned from Judge Lee to Judge Alonso**

| | |
|---|---|
| 1:19-cv-05859 | Evolve BioSystems, Inc. et al v. Abbott Laboratories |
| 1:20-cv-00173 | Bell v. Torres et al |
| 1:20-cv-04558 | Willis v. Walmart Inc. |
| 1:21-cv-01005 | Fitzgerald v. County of Cook |
| 1:21-cv-05867 | Turner et al v. GAC Star Quality, Inc et al |
| 1:22-cv-00075 | Giron v. Subaru of America, Inc |
| 1:22-cv-01554 | Smith v. Amnad Inc. et al |

**Civil Cases Reassigned from Judge Lee to Judge Aspen**

| | |
|---|---|
| 1:18-cv-03029 | Sierra v. Guevara et al |
| 1:20-cv-07093 | Whitley v. City of Chicago et al |
| 1:21-cv-03157 | Dernis et al v. Federal Deposit Insurance Company |
| 1:22-cv-01536 | The Driscoll Firm, P.C. v. Federal City Law Group, PLLC et al |

**Civil Cases Reassigned from Judge Lee to Judge Blakey**

| | |
|---|---|
| 1:19-cv-02699 | Caramel Crisp LLC v. Putnam |
| 1:19-cv-06814 | Williams v. Nodine et al |
| 1:20-cv-05607 | Organica, Inc. V. Powerhouse Global, Inc. |
| 1:20-cv-06188 | Moravick v. Temperature Equipment Corporation et al |
| 1:21-cv-01964 | Williams v. Woodland Park Chicago LLC |
| 1:21-cv-06490 | Quality Plastic Products, Inc. v. PuffCuff, LLC |
| 1:22-cv-00717 | Forrest v. Lee |
| 1:22-cv-00910 | Hill et al v. Cargo Runner Co. |

**Civil Cases Reassigned from Judge Lee to Bucklo**

| | |
|---|---|
| 1:18-cv-03154 | Tucker et al v. Baldwin |
| 1:19-cv-02762 | Love v. Dart et al |
| 1:20-cv-01833 | Illinois Tool Works, Inc. v. Chicago Laminating, Inc. |
| 1:20-cv-06437 | Holmes v. Salinas et al |
| 1:21-cv-02116 | Snapper v. UNUM Life Insurance Company of America |
| 1:21-cv-06591 | Baerresen v. United States Of America |
| 1:22-cv-00741 | Rimini Street, Inc. v. Axis Insurance Company et al |

**Civil Cases Reassigned from Judge Lee to Judge Chang**

| | |
|---|---|
| 1:17-cv-02246 | Forth et al v. Walgreen Co. et al |
| 1:18-cv-08176 | Golbert et al v. Walker et al |
| 1:19-cv-08404 | Eby v. Okezie et al |
| 1:20-cv-04124 | Fisher v. Takeda Pharmaceuticals USA, INC et al |
| 1:21-cv-01101 | Azroui v. Walega et al |
| 1:22-cv-00046 | Burden v. City of Chicago, et al. |
| 1:22-cv-01530 | K2 Group Hospitality USA, Inc v. Chicago ORD Hotel Partners, LLC |

**Civil Cases Reassigned from Judge Lee to Judge Coleman**

| | |
|---|---|
| 1:14-cv-01850 | Sgouros v. TransUnion Corp. et al |
|     1:19-cv-00266 | Sporn v. TransUnion Interactive, Inc. |
| 1:18-cv-05214 | Silva v. Pfister et al |
| 1:19-cv-07190 | Craigville Telephone Co. et al v. T-Mobile USA, Inc. et al |
|     1:21-cv-04569 | Craigville Telephone Co v. Wilkinson Barker Knauer LLP |
|     1:22-cv-01595 | Craigville Telephone Co. v. Ericsson, Inc. |
| 1:20-cv-07832 | Peterson v. IKEA US Retail LLC |
| 1:21-cv-05502 | Union Pacific Railroad Company v. International Association of Sheet Metal, Air, Rail & Transportation Workers, Transportation Division et al |
| 1:21-cv-06732 | Tatum v. 10 Roads Express |
| 1:22-cv-01305 | Huang v. NuWave, LLC |

**Civil Cases Reassigned from Judge Lee to Dow**

| | |
|---|---|
| 1:16-cv-00748 | McKeown v. Sun Life Assurance Company of Canada |
| 1:18-cv-02523 | Amor v. Cross et al |
| 1:18-cv-06276 | David Callahan et al v. Cheryl York et al |
| 1:20-cv-05754 | Chitwood, Sr. v. Takeda Pharmaceuticals U.S.A. Inc. et al |
| 1:21-cv-01454 | Nicoletti v. Jones Lang Lasalle Americas, Inc. |
| 1:21-cv-05968 | Garcia v. Target Corporation |
| 1:22-cv-00649 | Matthews v. Polar Corp. |
| 1:22-cv-01756 | Cortes-Rangel v. Schindler Elevator Corporation |

**Civil Cases Reassigned from Judge Lee to Judge Durkin**

| | |
|---|---|
| 1:15-cv-11180 | Riley El v. Godinez et al |
|     1:19-cv-02002 | Riley El v. Rauner et al |
|     1:20-cv-02856 | Riley El v. Jeffreys et al |
|     1:20-cv-02857 | Riley-El v. Jeffreys et al |
|     1:20-cv-02975 | Riley El v. Wexford Health Sources, Inc. et al |
| 1:18-cv-06563 | Beckman Coulter Inc. v. Sysmex America Inc. et al |
| 1:19-cv-07886 | Stosur v. Abbott Molecular, Inc. |
| 1:21-cv-00788 | Thermoflex Waukegan LLC v. Mitsui Sumitomo Insurance USA, Inc. |
| 1:21-cv-05600 | Troogstad et al v. City of Chicago et al |
| 1:21-cv-06820 | Montador v. National Hockey League et al |

**Civil Cases Reassigned from Judge Lee to Judge Ellis**

| | |
|---|---|
| 1:19-cv-01091 | Wise v. City Of Chicago et al |
| 1:20-cv-00797 | Hague v. Board of Education of the City of Chicago, The |
| 1:20-cv-04966 | Conway v. City Of Chicago et al |
| 1:21-cv-01183 | Firestone Financial, LLC v. WA Gym Naperville North, LLC et al |
| 1:21-cv-05915 | Burke v. City of Chicago, The et al |
| 1:22-cv-00475 | Kilborn v. Amiridis et al |

**Civil Cases Reassigned from Judge Lee to Judge Feinerman**

| | |
|---|---|
| 1:18-cv-02624 | Gray v. City Of Chicago et al |
| 1:18-cv-03872 | Hayes v. White et al |
| 1:19-cv-02504 | Moore v. Club Exploria, LLC et al |
| 1:20-cv-01444 | Amor v. John Reid & Associates, Inc. et al |
| 1:20-cv-06054 | Adebowale v. City of Chicago et al |
| 1:21-cv-01929 | Wilson v. AIM Specialty Health |
| 1:22-cv-01769 | Rucker Holdings, Inc v. Village of Dolton et al |
| 1:22-cv-01800 | King, Jr. v. Yuhas et al |

**Civil Cases Reassigned from Judge Lee to Judge Gettleman**

| | |
|---|---|
| 1:17-cv-07697 | Nelson et al v. Pace Suburan Bus et al |
| 1:19-cv-00775 | Gaines v. Chicago Board Of Education et al |
| 1:20-cv-00606 | McCoy v. Brookhart |
| 1:20-cv-04939 | Sifuentes v. Ahmed et al |
| 1:21-cv-01176 | Perales v. United States of America |
| 1:21-cv-05871 | Garrett v. United States Of America(FTCA) et al |
| 1:22-cv-00140 | Wolfinger v. Skokie et al |

**Civil Cases Reassigned from Judge Lee to Judge Gottschall**

| | |
|---|---|
| 1:19-cv-06014 | Vasquez v. City Of Chicago |
| 1:21-cv-05303 | Berkley Assurance Company v. Associated Industries Insurance Company, Inc. |
| 1:22-cv-01205 | Paz y Paz v. Oasis Madison Inc. dba Sumu Tokyo Ramen and Sushi et al |

**Civil Cases Reassigned from Judge Lee to Judge Guzman**

| | |
|---|---|
| 1:18-cv-06614 | Banks v. Jackson Park Hospital |
| 1:19-cv-05957 | U.S. Securities and Exchange Commission v. Northridge Holdings, Ltd. et al |
| 1:19-cv-06942 | Kerr Machine Co. v. Li Gear, Inc. |
| 1:20-cv-07322 | McAuliffe v. Microport Orthopedics, Inc. et al |

**Civil Cases Reassigned from Judge Lee to Judge Johnston**

| | |
|---|---|
| 3:22-cv-50027 | United States Of America v. Kotlienthong |

**Civil Cases Reassigned from Judge Lee to Judge Kendall**

| | |
|---|---|
| 1:10-cv-06139 | Equal Employment Opportunity Commission et al v. DHL Express (USA), Inc. |
| 1:18-cv-03842 | Sims v. Pfister et al |
| 1:18-cv-05125 | Saunders v. City of Chicago et al |
| 1:21-cv-05419 | PNC Bank, National Association et al v. Five-Star Audiovisual, Inc. |
| 1:21-cv-06720 | Fox et al v. DuPage Township et al |
| 1:22-cv-01297 | Jackson v. Wexford Health Sources, Inc. et al |

**Civil Cases Reassigned from Judge Lee to Judge Kennelly**

| | |
|---|---|
| 1:07-cv-02680 | Chicago Joe's Tea Room, LLC et al v. The Village of Broadview |
| 1:18-cv-04476 | Artis v. Wexford Health Sources, Inc. |
|     1:19-cv-05959 | Artis v. Wexford Health Source, Inc.  et al |
|     1:20-cv-02673 | Artis v. Nickolson et al |
|     1:20-cv-07770 | Artis Jr.  v. Rabideau et al |
|     1:21-cv-05779 | Artis v. Tanner et al |
|     1:22-cv-02385 | Artis v. Wexford Health Source, Inc.  et al |
| 1:19-cv-06771 | Dumanian et al v. Schwartz |
| 1:20-cv-02562 | Mundo v. City Of Chicago et al |
| 1:20-cv-07758 | Gonzalez v. Dollar Tree Stores, Inc. d/b/a Dollar Tree |
| 1:21-cv-05329 | Assoodee v. Total Airport Services, LLC et al |

**Civil Cases Reassigned from Judge Lee to Judge Kness**

| | |
|---|---|
| 1:18-cv-00573 | Garrick v. Moody Bible Institute et al |
| 1:19-cv-07549 | Borizov v. Olsen-Foxon |
| 1:21-cv-00194 | Pugh v. City of Chicago |
| 1:21-cv-06711 | Robinson v.  City of Chicago et al |
| 1:22-cv-01488 | Virginelli v. Armor Correctional Health Services, Inc. |
| 1:22-cv-01741 | The Mountain Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Association Identified on Schedule A Hereto |
| 1:22-cv-01598 | Johnson et al v. People of the State of Illinois ex rel Illinois Department of Human Services |

**Civil Cases Reassigned from Judge Lee to Judge Kocoras**

| | |
|---|---|
| 1:18-cv-07512 | Akpa v. Northwestern Memorial Healthcare et al |
| 1:19-cv-03329 | Gold Coast Motor Cars, Inc. v. Gold Coast Motors, Inc. |
| 1:20-cv-01967 | Urlacher v. Weldeslasie et al |
| 1:20-cv-06636 | Blakely v. Norwegian American Hospital, Inc. et al |
| 1:21-cv-02128 | Ingram v. Vogiatzis et al |
| 1:22-cv-00774 | J.T.M. et al v. Mayorkas et al |
| 1:22-cv-01210 | Gutierrez et al v. Sammy & Company Corp.  et al |

**Civil Cases Reassigned from Judge Lee to Judge Lefkow**

| | |
|---|---|
| 1:21-cv-00824 | U.S. Bank National Association, as Trustee for the Benefit of the Holders of Comm 2014-CCRE17 Mortgage Trust Commercial Mortgage Pass Through Certificates v. 225 E. Deerpath, LLC et al |
| 1:21-cv-05269 | Atkielski v. CBS Enterprise Services, LLC |
| 1:22-cv-01105 | Clark v. United States of America |

**Civil Cases Reassigned from Judge Lee to Judge Leinenweber**

| | |
|---|---|
| 1:18-cv-05142 | Clark v. Tremmell et al |
|     1:19-cv-07131 | Clark v. Barksdale et al |
| 1:19-cv-06072 | Walker v. Gatsios et al |
| 1:20-cv-07616 | Halperin v. Drawn to Discover, LLC et al |
| 1:22-cv-01151 | Rodriguez v. Corelle Brands, LLC |

**Civil Cases Reassigned from Judge Lee to Judge Pacold**

| | |
|---|---|
| 1:18-cv-04756 | Smith v. Davis et al |
| 1:19-cv-03373 | Smith v. Cook County, Illinois et al |
|     1:21-cv-06245 | Smith v. Cook County IL et al |
| 1:19-cv-08017 | Jenkins v. Unknown Party |
| 1:21-cv-04835 | Craig v. Dart et al |
| 1:21-cv-05709 | Dussias v. Gleckler et al |
| 1:21-cv-06900 | Chavez v. Del-Luna et al |
| 1:22-cv-01462 | Patrick v. Dejoy |

**Civil Cases Reassigned from Judge Lee to Judge Pallmeyer**

| | |
|---|---|
| 1:18-cv-05520 | Continental Indemnity Company v. BII, Inc. |
| 1:20-cv-07377 | Thorn v. Hammers |
| 1:20-cv-07497 | Gordon v. Ideal et al |
| 1:21-cv-03311 | Kahn v. The Northwestern Mutual Life Insurance Company |
| 1:22-cv-00927 | Dewaal v. TransUnion, LLC et al |

**Civil Cases Reassigned from Judge Lee to Judge Rowland**

| | |
|---|---|
| 1:17-cv-00184 | Brinson v. Obaisi et al |
| 1:16-cv-10599 | Gevas v. Obaisi et al |
|     1:18-cv-04984 | Gevas v. Pork et al |
|     1:20-cv-03667 | Gevas v. Sheehy et al |
| 1:18-cv-07565 | United States of America v. Sargent |
| 1:19-cv-08169 | Lee v. Takeda Pharmaceutical Company Limited et al |
| 1:21-cv-00991 | Oil-Dri Corporation of America v. AMCOL International Corp. |
| 1:21-cv-05738 | Zamora v. Home Depot U.S.A., Inc. |
| 1:22-cv-00019 | Albrecht v. Walmart Inc. et al |

**Civil Cases Reassigned from Judge Lee to Judge Seeger**

| | |
|---|---|
| 1:11-cv-06356 | Arrington v. National Collegiate Athletic Association |
| 1:15-cv-08895 | Kyles v. Beaugard et al |
| 1:18-cv-05560 | Mendez et al v. The City of Chicago |
| 1:19-cv-07404 | Spencer et al v. Austin et al |
| 1:20-cv-07084 | Wolf v. Riverport Insurance Company |
| 1:21-cv-05537 | Simon v. BorgWarner Inc. et al |
| 1:21-cv-06748 | Chacon v. Cro-Magnon, Inc. |

**Civil Cases Reassigned from Judge Lee to Judge Shah**

| | |
|---|---|
| 1:14-cv-03618 | Medline Industries, LP.  v. C.R. Bard, Inc. |
| 1:18-cv-05587 | United States Securities and Exchange Commission v. Equitybuild, Inc. et al |
| 1:20-cv-02946 | Glucksmann v. Clarke |
| 1:21-cv-00203 | Weaver v. Kelley et al |
| 1:21-cv-05588 | Coyote Logistics, LLC v. Sea Star Intermodal, Inc. |
| 1:21-cv-06802 | Hollywood Bed & Spring Mfg. Co., Inc. v. Werner Media Partners, LLC |
| 1:22-cv-01461 | Naliwajko v. Advocate Health Care |

**Civil Cases Reassigned from Judge Lee to Judge Tharp**

| | |
|---|---|
| 1:18-cv-00693 | Patton v. City Of Chicago et al |
| 1:19-cv-01561 | Hodo v. City Of Chicago et al |
| 1:20-cv-01196 | Blake v. Saffold et al |
| 1:20-cv-05663 | Hudson v. Martins |
| 1:21-cv-01361 | Rao v. JPMorgan Chase Bank, N.A. et al |
| 1:21-cv-05952 | Gibbs v. PODS Enterprises, LLC |
| 1:22-cv-00642 | Gibson v. Albertsons Companies, Inc. |

**Civil Cases Reassigned from Judge Lee to Judge Valderrama**

| | |
|---|---|
| 1:19-cv-04788 | Rico v. Kennedy |
| 1:20-cv-01989 | Rogers et al v. Hornsey et al |
| 1:20-cv-07036 | Fundarek v. Navistar, Inc. |
| 1:21-cv-02945 | Perez v. P.O. Carey et al |
| 1:21-cv-06611 | Banks v. Dart et al |
| 1:21-cv-06643 | Farlow v. Primerica Life Insurance Company |
| 1:22-cv-00864 | Cummings et al v. Knight et al |

**Civil Cases Reassigned from Judge Lee to Judge Wood**

| | |
|---|---|
| 1:15-cv-03208 | Clay v. White et al |
| 1:19-cv-01096 | Heth v. LaSalle County et al |
| 1:20-cv-01118 | Clary v. Takeda pharmaceuticals U.S.A., Inc. et al |
| 1:21-cv-01359 | Kutter, Sr.  v. McDonough |
| 1:21-cv-05917 | Goodrich Cicero Strip LLC v. PLS Financial Solutions of Illinois, Inc. |
| 1:22-cv-01687 | Mullen v. USAA Federal Savings Bank et al |

**Criminal Cases Reassigned from Judge Lee to Judge Alonso**

| | |
|---|---|
| 1:18-cr-00139 | USA v. Stanislawska et al |
| 1:19-cr-00048 | USA v. Dukes |
| 1:20-cr-00484 | USA v. Caudle |

**Criminal Cases Reassigned from Judge Lee to Judge Blakey**

| | |
|---|---|
| 1:18-cr-00743 | USA v. Pitts et al |
| 1:19-cr-00625 | USA v. Rocha, et al., |
| 1:20-cr-00650 | USA v. Storme |

**Criminal Cases Reassigned from Judge Lee to Judge Bucklo**

| | |
|---|---|
| 1:20-cr-00298 | USA v. Jackson |
| 1:20-cr-00332 | USA v. Moore et al |
| 1:20-cr-00824 | USA v. Torres |

**Criminal Cases Reassigned from Judge Lee to Judge Chang**

| | |
|---|---|
| 1:15-cr-00515 | USA v. Rossini et al |
| 1:18-cr-00638 | USA v. Leverston |
| 1:21-cr-00129 | USA v. Hines et al |

**Criminal Cases Reassigned from Judge Lee to Judge Coleman**

| | |
|---|---|
| 1:20-cr-00389 | USA v. Lawrence Walker |
| 1:21-cr-00297 | USA v. Eiland |
| 1:21-cr-00693 | USA v. Darrell Griffin |

**Criminal Cases Reassigned from Judge Lee to Judge Dow**

| | |
|---|---|
| 1:17-cr-00157 | USA v. Fawcett |
| 1:21-cr-00733 | USA v. Fuentes |
| 1:22-cr-00057 | USA v. Anthony Hurnes |

**Criminal Cases Reassigned from Judge Lee to Judge Durkin**

| | |
|---|---|
| 1:20-cr-00897 | USA v. Zhu |
| 1:21-cr-00002 | USA v. Calhoun |
| 1:21-cr-00074 | USA v. Scott |

**Criminal Cases Reassigned from Judge Lee to Judge Ellis**

| | |
|---|---|
| 1:12-cr-00969 | USA v. Payne |
| 1:16-cr-00561 | USA v. Gonzalez-Munguia |

1:21-cr-00030 USA v. Ferrufino et al

**Criminal Cases Reassigned from Judge Lee to Judge Feinerman**

1:14-cr-00151 USA v. Pickett
1:18-cr-00058 USA v. Harris et al
1:21-cr-00105 USA v. Stewart et al

**Criminal Cases Reassigned from Judge Lee to Judge Gettleman**

1:14-cr-00465 USA v. Lemle
1:18-cr-00184 USA v. Lizak et al
1:20-cr-00425 USA v. Yampol

**Criminal Cases Reassigned from Judge Lee to Judge Guzman**

1:19-cr-00557 USA v. Mei
1:21-cr-00323 USA v. Ristik

**Criminal Cases Reassigned from Judge Lee to Judge Johnston**

3:17-cr-50085 USA v. Christmann
3:18-cr-50061 USA v. Wittwer
3:20-cr-50002 USA v. Lambert et al

**Criminal Cases Reassigned from Judge Lee to Judge Kendall**

1:15-cr-00226 USA v. Karczynski
1:20-cr-00376 USA v. Johnson et al
1:20-cr-00704 USA v. Blocker

**Criminal Cases Reassigned from Judge Lee to Judge Kennelly**

1:12-cr-00723 USA v. Daoud
    1:13-cr-00703, US v. Adel Daoud
    1:15-cr-00487 USA v. Daoud
1:20-cr-00706 USA v. Cirilo

**Criminal Cases Reassigned from Judge Lee to Judge Kness**

1:19-cr-00615 USA v. Morgan
1:21-cr-00345 USA v. Mapes
1:22-cr-00224 USA v. Hampton

**Criminal Cases Reassigned from Judge Lee to Judge Lefkow**

1:18-cr-00808 USA v. Miller

| | |
|---|---|
| 1:19-cr-00444 | USA v. Clark et al |

**Criminal Cases Reassigned from Judge Lee to Judge Leinenweber**

| | |
|---|---|
| 1:20-cr-00231 | USA v. Yung |

**Criminal Cases Reassigned from Judge Lee to Judge Pacold**

| | |
|---|---|
| 1:19-cr-00886 | USA v. Browder |
| 1:21-cr-00224 | USA v. Brown |
| 1:21-cr-00370 | USA v. Valera |

**Criminal Cases Reassigned from Judge Lee to Judge Rowland**

| | |
|---|---|
| 1:17-cr-00026 | USA v. Patino |
| 1:19-cr-00280 | USA v. Gordon |
| 1:19-cr-00754 | USA v. Jacquin et al |

**Criminal Cases Reassigned from Judge Lee to Judge Seeger**

| | |
|---|---|
| 1:18-cr-00667 | USA v. Howard et al |
| 1:19-cr-00863 | USA v. Rebolledo et al |
| 1:21-cr-00635 | USA v. Chavez |

**Criminal Cases Reassigned from Judge Lee to Judge Shah**

| | |
|---|---|
| 1:12-cr-00782 | USA v. Kolbusz |
| 1:13-cr-00365 | USA v. Booker |
| 1:20-cr-00158 | USA v. Khan |

**Criminal Cases Reassigned from Judge Lee to Judge Tharp**

| | |
|---|---|
| 1:20-cr-00930 | USA v. Millsapp |
| 1:22-cr-00050 | USA v. Boens |

**Criminal Cases Reassigned from Judge Lee to Judge Valderrama**

| | |
|---|---|
| 1:18-cr-00244 | USA v. Gomez |
| 1:19-cr-00762 | USA v. Perconti |

**Criminal Cases Reassigned from Judge Lee to Judge Wood**

| | |
|---|---|
| 1:18-cr-00157 | USA v. Mason et al |
| 1:20-cr-00438 | USA v. Beckwood |