SM

①

US District Court

USA

V.

Adel Daoud

**FILED**

DEC 2 8 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12-CR-723
13-CR-703
15-CR-487

Judge Matthew F.
Kennelly

Please I need my discovery. This is a follow up to what you told me, namely, requesting to you what discovery it was I needed As soon as possible.

1. The USBs I have do not work properly. Most files in 2 of them don't work, & 2 of them take 2 hours to open because it's zipped. The computers here have a time limit before shutting down. I could use USBS that work quickly

2. There's a Blu Ray player in library now, & it would help to have the 8 Blu Ray Discs in my case

3. I want all FBI interviews & warrants

4. I want hardcopies of all emails, text messages, OCE, UCE transcripts

5. I want hardcopies of the Issues of Inspire, Book of Jihad, Constants of Jihad, Battles for Hearts & Minds, Jihad According to Quran & Sunnah, Defense of Muslim Lands, 44 ways to support Jihad, Let's Continue Our Jihad & sacrifice, & Sunan At-tirmidhi from my Kindle

6. I want Hardcopies of the Grand Jury testimone of CHS & his phone-calls with his handler

7. Enjoin Right & Forbidding Wrong, Non-combat Final, Signs of Ir Rahman in Jihad & AF, Bin Laden I Know (Hard-copy, Kindle)

8. On my laptop I had a "Madinah" fold included copies in English & Arabic of my school Diploma, my physical, recommendation



etc. I need hard copies of this stuff
9. I need the transcript of the court date I changed my plea ~~& when judge~~
10. I need the transcript of the court date/s I missed with you
11. I need the transcript of the phone court ~~1/27/22~~ 1/27/22
12. I need the transcript when the judge accepted Motion to allow Alford plea
13. Hancock's interview with police at MCC
14. Durkin ~~said~~ & herman said they had 17 boxes on my case, & Ms. Michaelis told me she had one. I want all 17 boxes sent to MCC where I can see them
15. Hard ~~FBI~~ copies of all F.B.I Reports on my case
If I think of anything else, I'll make sure to tell you!



## Certificate of Service

I hereby certify that I have caused a copy of this Request to be served to all parties of interests through the clerk by sending same through inmate legal Mail on the 20th December 2022. This being under the penalty of perjury

Adil Daoud

✳ HAPPY ✳ DAYS

S SUBURBAN IL 604

21 DEC 2022 PM 2 L

12/28/2022-37

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

Legal Mail

Clerk of Court
Northern Dis. of IL
219 South Dear born
Chicago, Ill. 60604

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

DEC 21 2022

If the sender raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification,
if the sender encloses correspondence for forwarding to another addressee,
please return to the enclosure to the above address.