UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos. 12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge Matthew F. Kennelly |

GOVERNMENT'S REPONSE TO DEFENDANT'S
DISCOVERY REQUEST LETTER

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submit this Response to the Defendant's Discovery Letter (R. #427). [1]

Prior Discovery Productions

On or about April 26, 2022, the government provided the defendant's now stand-by counsel with a complete set of discovery in electronic form. On or about July 26, 2022, after the government learned that the defendant no longer possessed any of the discovery, the government provided the defendant with a set of discovery that he would be able to maintain at the Metropolitan Correctional Center. The discovery was produced on four USB drives, as follows:

1) 1 USB key containing all Media discs;
2) 1 USB key containing the Relativity database marked Sensitive;
3) 1 USB key containing the RCFL Media discs; and
4) 1 USB key containing the Sentencing exhibits.

---

[1] All record citations are to 12 CR 723.

1

The government also produced an index of everything on the discs and a copy of the discovery protective order. Due to the volume of material on each USB key, the files on the USB keys were zipped. In addition, to access the files on the USB keys, the defendant had to enter a password. The government's discovery cover letter included the password.

Current Discovery Production

It is the government's understanding that the cause of the defendant's inability to access the files on the USB keys may be due to the files being zipped. To address the issue, on January 6, 2023, the government delivered to the defendant at the MCC a hard drive containing all the material on the four USB keys, unzipped. There is a password that is prompted by the McAfee security program required (which has also been provided to the defendant). The McAfee password should not require any additional programs or applications to view the material.

The government has confirmed with the MCC that the defendant will be able to utilize the hard drive on the MCC discovery computers.

Defendant's Demands for Particular Items

The defendant is demanding paper copies of books, emails, FBI reports, and other items. To the extent the government possesses the material he has asked for, that material will be on the hard drive. The government is aware that many, if not all of the books identified in his letter, were found on his Kindle, a copy of which is on the hard drive.

The defendant is also asking for specific court transcripts. Of those requests, the government is in possession of only the change of plea transcript. We have included a paper copy of that transcript in the January 6th production.

Finally, the defendant states that his original counsel had 17 boxes of material and he is asking for the 17 boxes. His original counsel returned to the government one box. The government has no information on how many boxes in total they possessed.

                                    Respectfully submitted,

                                    JOHN R. LAUSCH, JR.
                                    United States Attorney

By:   */s/ Barry Jonas*
       BARRY JONAS
       TIFFANY ARDAM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

January 6, 2023