FILED

JAN 04 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

US District Court
Northern District of IL
Eastern Division

USA
v.
Adel Daoud

No.12 CR723
Judge Matthew F. Kennelly

## Motion to Dismiss Indictment due to Plain error

Now comes, Adel Daoud, sui juris, to move the court for an order dismissing the complaint in this case because it is invalid. It's insufficient. It doesn't contain all essential elements of the charges it alleges [Rule[c][1]]. And for that reason it doesn't charge me for a crime 12[b][2]. It prejudiced any attempts for me to make an effective Entrapment defense by portraying to show guilt, intent, and predisposition solely by what was supposedly protected by the first amendment. [Rule 52].

**Summary**

I'm charged with attempting to use a weapon of mass destruction and attempting to destroy a building by means of explosives. The summary of this accusation is that on 9/14/2012, the FBI stopped me from carrying out my plan to blow up a bar downtown chicago using a 1000 pound car-bomb. Hundreds of people were going to be killed , and Al Qaeda would announce that if Americans wouldn't stop killing Muslims in Afghanistan, and elsewhere, more attacks would come. If the FBI agents were not Daoud's co-conspirators, 9/14 would be only 2nd to 9/11/2001 due to the destruction. And there is plenty of proof that Daoud is a Muslim, that he believes in jihad, and that he supports the goals, and strategems of Al Qaeda.

Technically the bomb was fake, so I didn't actually attempt to

to use a weapon of mass destruction because... there was no weapon.
If I can stop there I would, and I think that would make sense.
The prosecutor might say, "Well he pushed the button, he thought
the bomb was real, and he wanted to see it explode, and kill
people!" To others this makes sense too, but both former and
latter arguments are insufficient. Why's that? 2 words. Due process.

They have to explain what it is that I did and why what I did
was a crime. If they cannot adequately do this, they don't have
a case. It's thrown out.

In my own words, if Congress said possessing a PB and J sandwich
was a crime, what would this look like? Peanut Butter would be
defined, Jelly would be defined, sandwich would be defined, possession,
etc and then the facts of the FBI's case would have to fit the
accusation. We saw Daoud eating a PB and J sandwich. It was a
slice of bread with peanut butter on top!!

If this is their complaint can I be convicted for possessing
a PB and J sandwich? Well no, because even though they charged
me and accused me of having one, by their own story, I never
committed a crime. Jelly and the 2nd slice of bread were essential
to charging me...

In the same way, they cannot charge me with attempting to blow
up a building in the US because a key part to their accusation
is that I already had the intent to do this but that they stopped
me. I didn't have the intent to do this before the agents came
to me,and this makes me entrapped as a matter of law.

The fact I didn't have intent prior to the FBI encountering
me, is evident from the complaint itself. The Complaint itself

holds no water. Feel free to rush to the end of this document to see this illustrated before you. Below breaks down why this is so in case law.

**Why an Indictment must have all essential elements of the crime in question**

" Test to be applied to sufficiency of indictment is not to look for mere formal defects in academic distinctions; test is whether it contains necessary elements of offense intended to be charged." Hagner v. US, 285 U.S. 427, 52 S. Ct. 417, 76 L. Ed. 861 [1932]; US v. Bryson, 27 Lab Cas. [CCH] ¶90 54 16 E.R.D. 477, 27 Lab case. [CCH] P 69054 [D. Cal 1953]

" Although after verdict every intendment should be indulged in support of count of indictment, neither verdict nor evidence supporting verdict can be used as basis for dispensing with rule that indictment must state all essential ingredients of crime." Hagner v US, 285 US 427, 52 S. Ct. 417, 76 L Ed.861 [1932]; US v. Debrow 346 US 374, 74 S. Ct. 113, 98 L Ed. 92 1953; Us v. Amorosa, 167 F. 2d 873 [3d Cir. 1955]; US v. Manuszak, 234 F. 2d 421 [3d Cir. 1956]

" Indictment for conspiracy to districute heroin was sufficient because it contained each required element; it was not required to allege facts addressing any particular drug transaction." US. Vaughn, 722 F. 3d 918 [7th Cir] Cert. denied, 571 US 1001, 134 S. Ct. 541, 18. 7 L. Ed. 2d 388 [2013]

**Why failure to assert all essential elements is failure to state an offense**

"Federal Rule of criminal Procedure 12[b][2] [2013 U.S. Dist. LEXIS 99]

③

authorizes dismissal of an indictment if its allegation do not suffice to charge an offense, but such dismissals may not be predicated upon the insufficiency of the evidence to prove the indictment's charges." Holloway, 74 F. 3d at 253... that proof that it was so stolen or taken from the mail is a prerequisite to defendant's conviction of the 'unlawful possession' offense defined and proscribed in §1708... But the evidence although viewed in a light most favorable to the government, merely shows that the defendant stole the license after the letter from which he abstracted it had been delivered to his mother the landlady... We conclude that defendant's conviction must be reversed for failure of the evidence to establish the violation charged" - from US v. Carol Logwood 360 F. 2d 905, 1966 U.S. App. LEXIS 6043

"[2007 U.S. Dist. LEXIS 18] The sufficiency of the mail and wire fraud counts: We think it is obvious enough that to be guilty of a violation of §1341 Hurtgen would have had to know that a kickback of money to Levine was expected from Kiferbaum. Nothing by way of a factual allegation in the indictment states that he had such knowledge. The government argues that it is no problem because an indictment is sufficient if it alleges the offenses in the language of the statute... even if there were any merit to the government's argument that it is sufficient simply to parrot the language of the statute, these references to 'executing the above-described scheme' do not incorporate any allegation about Hurtgen's knowledge because there is no such allegation. But the difficulty with the government's argument goes beyond this deficiency. The law is that whether the language is included

this deficiency. The law is that whether the language is included or not, if, the facts alleged int the indictment do not constitute an offense, the indictment is subject to dismissal. This was explained in US v. Risk... the indictment ordinarily should be tested solely by its sufficiency  to charge an offense, regardless of the strength or weakness of the government's case. The government however mistakenly reads the district court's opinion because the government could not prove its case. Rather the District court found the allegations in the indictment insufficient to state a claim... Specifically the indictment alleged [2007 U.S. Dist. LEXIS 20] that on Dec. 5 and 24, 1985 Risk knowingly and willingly failed to file a CTR... the government's own facts proffered to the defendant and the district court simply did not conform to the allegations in the indictment. The district court found no violation and correctly dismissed the indictment, not because the government could not prove its case, but because there was no case to prove. 843 F. 2d 1061 [7th Cir. 1988]... See also US v. Gimbel, 830 F.2d 621, 624 [7th Cir. 1987]... in order to be valid, an indictment must allege, that the defendant performed acts which, if proven constituted a violation of the law that he or she is charged with violating [pg. 5-6 of US v. Hurtgen, 2007 U.S. Dist. LEXIS 24375 No. 05 CR 408

**Why Failure to state an offense is plain error, needs no good cause to bring up a Motion to Dismiss, even after there's already a verdict, and can be brought up any time**

Indictment which omits element of offense is defective and conviction will be reversed,,notwithstanding failure to challenge indictment at trial level."

US v. Calhoun, 257 F. 2d 673 [7th Cir. 1958].

Reversal of a judgment of conviction by reason of a defect in the indictment must be done where there is more than an obvious technicality, and one which cannot be disregarded under Fed. R. Crim. P. 52[a] as a harmless error. Id.

**Predisposition is the Intent to do the charged acts before encountering goveernment agents**

"Adefendant is predisposed to commit the charged crime if he was ready and willing to do so and likely would have committed it without the government's intervention, or actively wanted to but hadn't ~~dadn't~~ yet found the means. [U.S. v. Leslie C. Mayfield. 771 F. 3d 417; 2014 U.S. App. LEXIS 21525, pg. 4 - criminal Law and procedure > defenses > entrapment]

"... whether Sherman was 'ready and willing' to sell narcotics, the court concluded that there is no evidence that petitioner himself was 'in the trade' 356 US at 375... the principal element in the defense of entrapment is the defendant's predisposition to commit the crime not just any crime." Russell, 411 US at 433," pg. 20-21 Id.

" Predisposition is chiefly probabilistic, not psychological." See US v. Hollingsworth, 27 F. 3d 1196, 1203 [7th Cir. 1994] [ en banc] [explaining 771 F. 3d 429] pg. 12 Id.

"For the majority however, the relevant question was whether the defendant was predisposed prior to the government's initial contact." pg. 13 Id, quoting Jacobson.

"The fact that Mayfield, once ensnared actively participated in it doesn't tell us much about his predisposition. See Evans, 924 F. 2d at 716 [explaining that if the defendant 'was indeed

⑥

entrapped, it is irrelevant that the entrapment was so effective as to make him not only a willing but an eager participant." pg. 24 Id.

"[explaining that because 'there is little direct evidence of the defendant's state of mind prior to interaction with government agents... we must instead rely upon indirect proof available through examination [2014 U.S. App. LEXIS 50] of the defendant's conduct after contact with the agents']." Kaminski, 703 F. 2d at 1008" pg. 20 Id

**Predisposition is an essential element in this case**

"Entrapment is a defense to criminal liability when the defendant was not predisposed to commit the charged crime before the intervention of the governement's agents and the government's conduct induced him to commit it. The 2 elements of the defense - lack of predisposition and government inducement - are conceptually related but formally and temporally distinct." Criminal law and procedure > Entrapment, from Id. pg. 1-2

The point of the Entrapment test is to determine whether agents caught somone doing a crime, or instead enticed him to do one to prosecute him in court. If a defendant was barred from bringing up an entrapment defense it was because they said he was predisposed, and therefore he legally cannot bring up that defense [2014 U.S. App. LEXIS 39, pg. 16 Id]. For the same reason, some of the main cases used to explain entrapment including supreme court case Jacobson and another Sherman, were found to be entrapped as a matter of law; because they were <u>not</u> predisposed.

The point of the entrapment test is to determine whether or not the accused was predisposed. Intent, scienter, mens rea,

⑦

is the same concept, a knowing and willing state of mind. When intent is an essential element, and that's **missing**, then it's dismissed. Predisposition is intent, but before the agents encounter you.

Defendants who were allowed, or who should have been allowed to go to trial, like Mayfield, were allowed on the basis that there was evidence of inducement, i.e. solicitation, enticement, or other means of persuasion from government agents, [771 F. 3d. 431] [pg. 14 Id]. If you were induced, you were not predisposed. If it's a debatable issue, it's considered a matter of fact and has to go to trial. Because now you're saying he was predisposed but he's saying you induced me. But that's when it's a debatable issue. If he's not predisposed, and that's clear from the complaint then there is no trial. There is no further testing.
**The Criminal Complaint for this case does not and cannot show predisposition**

Pg. 6 of the complaint declares, "Evidence from Daoud Account 1, Bearing on Daoud's Intnet to engage in the subject offenses." THe evidence cited is between October 2011 and May 2012 before FBI agents first contact me. It's always cited this way. Does this prove intent for **subject offenses**? Look.

Evidence 1: Articles about Anwar al Awlaki
Evidence 2: Jihadi related photographs and pictures [eg titled "Jihad is our way" "Taliban" and "mujahideen"] i.e. protesters with a big sign saying "jihad is our way" and pictures of the Taliban , Ash-Shabab, Hamas, and similar groups. These were google images.
Evidence 3: A powerpoint presentation for high school book

report, "the Osama bin Laden I know," saying Osama wasn't crazy

Evidence 4: Receiving an email from a jihad related social internet forum

Evidence 5: comments criticizing Israel and its supporters

Evidence 6: comments defending Anwar al Awlaki

Evidence 7: Terrorist magazines

Evidence 8: sending people The Book of Jihad "written by a 14th century Islamic scholar and warrior, Ibn Nuhaas"

Evidence 9: Sending someone "the Hereafter" lecture series by Imam Anwar al Awlaki explaining the Afterlife in Islamic texts

Evidence 10: comments against sufis and saying that jihad means fighting

Evidence 11: sending a friend a viodeo of a American Muslim sharing what he learned fighting a war in Somalia

Evidence 12: Sending someone The Book of Jihad

Evidence 13: sending people the terrorist magazine he found online

Evidence 14: sending somone 44 ways to support jihad by Awlaki.

Show me how any combination of the 14 evidences the FBI listed could ever amount to show my intent to blow up a building in the US

But the title said it does show intent. You know it doesn't because of the title on pg. 12, "Daoud seeks guidance regarding whether and How to carry out an attack in the U.S"

If I am asking "whether" I should carry out an attack while I was in contact with the FBI, then how did I have the established intent before they met me?

If I am asking "how" I should do such an attack then how did I already intend to use a weapon of mass destruction? See Exibits A, B, and C.

The fact that I had the intent in the complaint only after communicating with the FBI makes me entrapped as a matter of law.

**Standard set out under Rule 52**

"52[b]'s plain error test, where there is an '[1] error, [2] that is plain, and [3] that affects substantial rights... but only if [4] the error seriously affects the fairness, integrity, or public reputation of judicial proceedings," Johnson v. US, 520 US 461, 466-467, 137 L Ed 718, 117 S ct 154, taken form 84 L Ed 2d 876

"affected substantial rights" This usually means that the error "must have affected the outcome of the district court proceedings. " Olaho , supra, at 734, 123l Ed 2d 508, 113 S CT 1770, from Id

"Indictment is subject to dismissal if the requirements of 7[c] are not satisfied and the defendant suffered prejudice ," taken from US v. Wanda Shorter, 874 F. 3d 969; 2017 US App LEXIS 21768 No. 16-2053

"However the prejudice inquiry concerns whether the defendant was able to prepare a defense at trial. " See US v. Kimberlin, 781 F. 2d 1247, 1250 [7th Cir. 1985], from Id

Although these rules apply in different circumstances, with the plain error rule pertaining only to errors to which the injured party failed to make a timely objection, both rules reflect the basic principle that courts should be greatly concerned with preseving

basic principle that courts should be more concerned with preserving the rights of the parties than with legal technicalities. In each case the central question is whether a given error affect-ed the substantial rights of the parties: the harmless error rule bids the courts to disregard technical defects in the proceedings that do not have such an effect, while the plain error rule allows the courts to consider errors which do affect substantial rights even if the injured party has, technically, waived the error... errors which affect key issues in a case, particularly where the evidence is closely divided, have been treated as prejudicial error which required the reversal of any conviction resulting from that proceeding , or as plain error which could be reviewed despite the lack of a timely objection." [See §§ 3, 4, 5, 6, 7, 8, and 9, infra] from pg. 5-6 in 84 L Ed 2d 876

**Conclusion**

This is an error. It's not harmless. It is plain. It affected my substantial rights. This error seriously affecting the fairness of my case, or causing me prejudice is something easy to see. The prosecutors are lax when it comes to defining predisposition. I could never go to trial, and use entrapment as a defense if all you need to show intent are things like Taliban pictures and terrorist magazines!

There are a million things like that in my case. No wonder this would scare a lawyer. Wow. That's all you need for intent? This can be copy and pasted to justify anything - as long as it's for Jihad, right?

Jacobson was entrapped as a matter of law, and as a matter of law he wasn't predisposed. He was charged with child porn

magazines, and they knew he liked boys because he bought a similar
magazines when it was legal. He did the offense, and he still
wasn't predisposed because they enticed him. I didn't blow up
buildings before, but if I did, and I showed entrapment for <u>this</u>
case, I'm supposed to walk free. And having terrorist magazines
is not in itself a criminal offense.

Sherman was entrapped as a matter of law because he wasn't
predisposed to distribute drugs despite his own craving for them.

So if I'm a Muslim who believes in Jihad - a religious belief
- And I call myself a terrorist and cheer for terrorist groups-
that by itself can make me guilty of predispostion?

"The more important thing is to try to find the principle of
law seperating ocnduct that is a Federal crime from conduct
that is not. " pg. 3, US v. Hurtgen 2007 U.S. Dist. LEXIS 24375
No. 05 CR 408

"The US seeks to persuade us that Vrdolyak establishes a
much broader rule that aldermen and other public employees may
not do anything in their private lives that acts against the
city's interest..." pg. 3 Id.

"Hurtgen argues that this view of the statute would turn it
into a vehicle for arbitrary prosecutions of conduct that has
never been considered criminal..." pg. 7 Id

"by Calhoun and Childress respectively are prime examples of
narcotic trafficking, abhorrent to all decent citizens, but improperly
handled at the accusatory and trial level..." US v. Calhoun 257
F. 2d 673, 1958 U.S App. LEXIS 4538 No. 12244-12246

Why can't I have equal protection of the law, the same way
the politicion, the drugdealer, and even the creep? Maybe you
should drop all my charges, and just keep me on an island, or

blacksite, and torture me indefinately so I don't get confused about the procedure.

"It seems to assume that the factual sutuations will always involve the extremes: the public official will always base his decisions strictly on the merits, in which he is not guilty of extortion; or he will intentionally ignore the merits and base his decision entirely on extraneous factors such as a desire to do a favor for a friend. But what of the official who has mixed motives..." pg. 8 Hurtgen.

Why should this change when talking about me?

⑬

Certificate of Service

I hereby certify that I have caused a copy of this Motion to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 29 day of December, 2022. This being submitted under the penalty of perjury

respectfully submitted

Adil Daoud

(14)

Case: 1:12-cr-00723 Document #: 1 Filed: 09/15/12 Page 1 of 36 PageID #:1

15

**FILED**

9-15-17 JF

SEP 15 2012

AO 91 (REV.5/85) Criminal Complaint

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Exibit A*
*the charged Act*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**MAGISTRATE JUDGE KEYS**

UNITED STATES OF AMERICA

v.

ADEL DAOUD

**CRIMINAL COMPLAINT**

CASE NUMBER **12 CR 723**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

## Count One -- Attempting to Use a Weapon of Mass Destruction

On or about September 14, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, ADEL DAOUD, defendant herein, attempted, without lawful authority, to use a weapon of mass destruction against people and property within the United States in a manner that would have affected interstate and foreign commerce; in violation of Title 18, United States Code, Section 2332a(a)(2)(D); and

## Count Two – Attempting to Destroy a Building By Means of an Explosive

On or about September 14, 2012, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, ADEL DAOUD, defendant herein, maliciously attempted to damage and destroy, by means of an explosive, a building used in an activity affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 844(i).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
Barbara J. Harner
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

September 15, 2012                    at    Chicago, Illinois
Date                                         City and State

ARLANDER KEYS, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

detonate the explosive device. After doing so, Daoud was arrested by FBI

agents.                *[handwritten: Exibit B - the 14 cited evidences of predisposition - pg 6-10]*

**Evidence from Daoud Account 1 Bearing on Daoud's Intent to Engage in the Subject Offenses**  *[handwritten: contradict "n whether?"]*

11.    Between in or about October 2011 and May 2012, Daoud used

Daoud Account 1,[3] among other accounts, to obtain and distribute material,

some of which he purported to author, relating to violent jihad and the killing

of Americans. For example:

   a.    On or about October 9, 2011, Daoud, using Daoud Account

1, sent an email to himself (at Daoud Account 1) with "anwar al awlaki

articles" along with jihadi-related photographs and pictures (e.g., titled

"Jihad is our way," "Taliban," and "mujahideen").[4]

   b.    In or about December 2011, Daoud, using Daoud Account 1,

emailed several individuals a lengthy powerpoint presentation titled "The

---

[3] I believe Adel Daoud is the user of Daoud Account 1 for the following reasons, among others: First, records from the company that provides Daoud Account 1 reflect that the account is subscribed to "Mr. Adel Daoud." Second, records also reflect that Daoud Account 1 has been accessed from IP addresses that, according to records from Comcast, were assigned to a Comcast subscriber at Daoud's residence. Third, the user of Daoud Account 1 directed the FBI undercover employees to communicate via an alternative communication service and, from that alternative communication service, provided a phone number as a point of contact. The subscriber for that phone number is Adel Daoud and the address is Daoud's residence. Moreover, as described in ¶20, the UCE used that phone number to coordinate and meet with Daoud, whose appearance matches his Illinois driver's license photograph.

[4] These photographs and pictures generally depict individuals with weapons with slogans or insignia, which appears to relate to violent jihad.

6

*[handwritten: Double-sided (16)]*

insulting awlaki can go kill themselves mashaAllah he is very knowledgable w. a decent character. inshaAllah[6] hes accepted as a shaheed.[7] people r quick to judge n insult including muslims. the truth is he was against america n becuz america is the superpower he is always going to be seen as wrong no matter wat he says or does."

    f.    On or about May 9, 2012, Daoud, using Daoud Account 1, sent himself (*i.e.*, to Daoud Account 1) a link for *Inspire* magazines, issues one through nine.[8]

    12.    Between in or about October 2011 and May 2012, Daoud also used Daoud Account 1 as part of his efforts to encourage others, including Individuals A, B, C, D, E, and F, to support violent jihad. For example:

    a.    On or about October 13, 2011, Daoud, using Daoud Account 1, sent an email to Individual B recommending that Individual B read "The Book of Jihad,"[9] a copy of which was attached in the email.

---

[6] "Insha'Allah" is an Arabic phrase meaning "God willing."

[7] "Shaheed" is an Arabic term that, in this context, I believe to mean martyr.

[8] Based on my training and experience, I know that *Inspire* is an English language online magazine reported to be published by Al-Qaeda in the Arabian Peninsula ("AQAP"). Among other things, the magazine includes recruiting material for AQAP and provides information about how to carry out particular types of terrorist attacks. For example, one article titled "How to Make a Bomb in the Kitchen of Your Mom" describes how to construct a bomb using items found in a typical kitchen. As of the date of this affidavit, there have been nine issues of the magazine.

[9] It is my understanding that the *Book of Jihad*, also known as *Kitab al-Jihad*, was written by a fourteenth century Islamic scholar and warrior, Ibn Nuhaas. Anwar al-

Double-sided (17)

g.     On or about July 29, 2012, Daoud, using Daoud Account 1, sent an email to Individual D, attaching Awlaki's "44 Ways To Support Jihad" and writing that Individual D will "enjoy and benefit" from the document.

### Daoud Begins Communicating with two FBI Online Undercover Employees

13.     On or about May 17, 2012, an FBI online undercover employee ("OCE1") reached out to Daoud by sending a message to another account Daoud used to exchange electronic communications ("Daoud Account 2"). OCE1's message complimented Daoud on the material he had posted online, which was associated with Daoud Account 2. Daoud responded and the two exchanged dozens of communications until on or about August 19, 2012. In summary, OCE1 purported to be a Saudi Arabia-based person who had been invited to and was deciding whether to engage in violent jihad in Yemen or Syria. OCE1 and Daoud exchanged several communications relating to violent jihad and Daoud's intentions to engage in violent jihad. For example:

a.     On or about May 29, 2012, Daoud wrote that "even my sheikh[11] in my masjid[12] was talking to me about NOT talking about jihad." Daoud continued: "sometimes [my sheikh] even mentions verses of jihad

---

[11] I understand "sheikh" in this context to be a reference to a religious leader at Daoud's mosque.

[12] "Masjid" is an Arabic term referring to a mosque.

*[handwritten: Exibit C - No Intent before talking to FBI]*

Account 2, which continued until on or about September 12, 2012. In summary, OCE2 purported to be a 17 year-old, Australia-based person with a recently-developed interest in violent jihad. During their communications, Daoud recommended that OCE2 read *Inspire* magazine and sent OCE2 a website link to the publication, which OCE2 downloaded. Daoud characterized the magazine as "amazing" and remarked that he may use instructions from the magazine to carry out an attack. With respect to his future plans, Daoud wrote:

*[handwritten: Did I?]*

> i need people who are devoted if i don't start my own group (where i am from) then i will go over seas. in each case i will let you know. im trying to invite people to go with me to the cause of Allah. but man is hard to tell people to be terrorists.

**Daoud Seeks Guidance Regarding Whether and How to Carry Out an Attack in the United States**



15. On or about May 31, 2012, Daoud posted a comment to a jihad-related internet forum,[14] discussing his interest in carrying out an attack within the United States, modeled on instructions from *Inspire* magazine:

> I live in the United States of America/hypocrisy. I want to in the future insha'Allah go for jihad in the Cause of Allah but I wasn't sure where to go. I wanted to go to Yemen because of the hadith quoted by anwar al awlaki where the prophet (may Allah's peace and blessings be upon him) says that there will be 12,000 that were appear in Abyan [a region in Yemen] and they will be the best between me and them.

---

[14] Daoud characterized the forum as "a terrorist website" and "a good jihad source with real mujahideen on the site" in communications with OCE2 on or about June 4 and 5, 2012.

*[handwritten: 19]*

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Legal Mail

01/04/2023-22



Clerk of Court
Federal Court Building
219 S Dearborn
Chicago, IL 60604



METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

DEC 30 2022

If the sender raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the sender encloses correspondence for forwarding to another addressee,
**please return to the enclosure to the above address.**

METROPOLITAN CO

71 W VAN BUREN S

The enclosed letter was processed through s
This letter has neith

CTIONAL CENTER

IL 606005

DEC 30 2022

If the sender raises a question or prob em

you may wish to return the material for t

If the sender encloses correspondence for forwarding to another addressee,

**please return to the enclosure to the above address.**