US District Court
Northern District of IL
Eastern Division

| USA | No. 12 CR 723 |
| v. | No. 13-CR-703 |
| Adel Daoud | No. 13-CR-487 |

FILED
JAN 13 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I just received the harddrive today from the prosecutor. The 2 zipped USBs are now openable without me waiting 2 hours. This is good.

The RCFL stuff still doesn't work because the RCFL software to organize & view the files is not functioning.

The transcripts of the court dates I asked for besides the change of plea, although not possessed by prosecutors, exist, & I need them please.

Durkin & Herman said in court in front of Lee that they had 17 boxes, & Ms Michaelis even said they have 22 boxes. I need the one box the prosecutors have & I need the other boxes

There are many files in my possession that are not viewable at all due to missing or blocked softwares

Adel Daoud

## Certificate of Service

I hereby certify that I have caused a copy of this follow up request of discovery & court transcripts to be served to all parties of interest through the clerk by placing same in legal mail 1/9/23. This being submitted under the penalty of perjury.

Respectfully submitted,

Adel Daoud

Adel Daoud
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

LEGAL MAIL

Dirksen Federal Courthouse
Clerk of Court
219 South Dearborn St
Chicago, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JAN 10 2023

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.



01/13/2023-1