```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

UNITED STATES OF AMERICA,        )  No. 12 CR 723-1
                                 )
               Plaintiff,        )
                                 )
          v.                     )  Chicago, Illinois
                                 )  November 16, 2018
ADEL DAOUD,                      )  1:40 p.m.
                                 )       Final
               Defendant.        )  Pretrial Conference

              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Government:     HON. JOHN R. LAUSCH, JR.
                        United States Attorney, by
                        MR. BARRY JONAS
                        MR. BOLLING W. HAXALL
                        MS. TIFFANY ARDAM,
                        Assistant United States Attorneys
                        219 South Dearborn Street
                        Suite 500
                        Chicago, Illinois  60604

For the Defendant:      DURKIN & ROBERTS
                        2446 North Clark Street
                        Chicago, Illinois  60614
                        BY:  MR. THOMAS A. DURKIN
                             MS. ANDREA D. LYON
                             MS. ROBIN WATERS

                        LAW OFFICE OF JOSHUA G. HERMAN
                        53 West Jackson Boulevard
                        Suite 1650
                        Chicago, Illinois  60604
                        BY:  MR. JOSHUA G. HERMAN

         TRACEY DANA McCULLOUGH, CSR, RPR
              Official Court Reporter
            219 South Dearborn Street
                    Room 1426
              Chicago, Illinois  60604
                  (312) 435-5570
```

1    THE CLERK:  12 CR 723, USA versus Adel Daoud.
2    MR. JONAS:  Good afternoon, Your Honor.  Barry Jonas,
3  Bolling Haxall, and Tiffany Ardam for the United States.
4    THE COURT:  Good afternoon.
5    MR. DURKIN:  Good afternoon, Judge.  Tom Durkin,
6  Joshua Henry, Andrea Lyon, and Robin Waters for Mr. Daoud,
7  who's present and in custody.
8    THE COURT:  Good afternoon, sir.
9    DEFENDANT DAOUD:  Good afternoon.
10   THE COURT:  All right.  So everybody's received my
11 order, is that correct?
12   MR. DURKIN:  Yes, Judge, we have.  We did not get a
13 chance to tell Mr. Daoud other than that you granted it.  We
14 haven't shown him the order, but if we could maybe just have
15 two minutes to talk to him.
16   THE COURT:  That's what I was expecting before I came
17 out.  I don't know why as soon as he came up through here you
18 all didn't do it.
19   MR. DURKIN:  Well, I was looking for his parents.
20 But we can --
21   THE COURT:  Well, no.  The Court will give you the
22 time.  We'll take a few more minutes.
23   MR. DURKIN:  Just two minutes.  I'm sorry.
24   THE COURT:  That's okay.  Go ahead.
25     (Short break taken.)

1  THE COURT: All right. Counsel, you can step up
2 again. Your client can be seated, if he wishes. There's no
3 need to have him here. He can stay there.
4  MR. DURKIN: That's fine.
5  THE COURT: All right. All right. Everybody's
6 already stated their names for the record. So the question is
7 based on my order and the order of the Executive Committee, the
8 Court is assuming that we are no longer on trial on
9 November 26th, is that correct? Government.
10  MR. JONAS: I think that's a decision to be made by
11 the defense.
12  THE COURT: Both sides, is that what both sides are
13 thinking?
14  MR. DURKIN: That's what I'm thinking.
15  THE COURT: All right. So the Court is asking. I'm
16 going to strike that trial date.
17  MR. DURKIN: Yes.
18  THE COURT: Yes?
19  MR. JONAS: Yes.
20  THE COURT: All right.
21  MR. JONAS: Over our objection, of course. But yes.
22  THE COURT: Over your objection of me striking the
23 trial date.
24  MR. JONAS: Over our objection on the Alford plea.
25 The trial date will be stricken --

1  THE COURT: Oh.

2  MR. JONAS: -- because you're taking --

3  THE COURT: No, the Alford plea is, the Alford plea
4  is -- has to be presented. And I hope, if it wasn't clear, the
5  Court is making clear that they have a right to present their
6  plea. I don't take any plea until I believe there's a basis,
7  until I believe that the plea is knowing and voluntary. And
8  there's no difference with that, other than some of the bases
9  on which he's going to make the plea.

10  MR. JONAS: So to your question, Your Honor, then I
11  think asking whether the trial date should be stricken may be
12  premature, and to ask it after the Alford plea, if it goes
13  through.

14  THE COURT: Well, there's one problem with that. Are
15  you all thinking you're going to do a plea today?

16  MS. LYON: Yes.

17  MR. JONAS: That was our understanding, yes.

18  THE COURT: Really?

19  MR. JONAS: I think from our conversation earlier in
20  the week, yes.

21  THE COURT: Well, the more the Court read your very
22  extensive briefs and pleadings on how uncommon this is and how,
23  how much attention needs to be given to the factual basis and
24  how this Court needs to make sure that Mr. Daoud has plenty of
25  time to be advised of this plea and what's involved, this Court

1  was actually thinking it might be better for all sides to wait
2  until the 26th to take such a plea.
3          MR. JONAS:  Your Honor, if that's the case, then yes,
4  we would agree to strike the trial date.  But we were
5  expecting -- I think everybody thought it would be today,
6  but ...
7          THE COURT:  But again, I didn't know I was going to
8  get the volumes that I got from all of you all, and even a
9  reply that I wasn't expecting and did not give permission to
10 file in the meantime.  And I just think when I read everything,
11 it appears to be, and everybody agrees this is uncommon, and
12 the Court should make sure that all the I's are dotted and T's
13 are crossed.
14         MR. DURKIN:  But weren't you --
15         THE COURT:  Any problem with that, Mr. Durkin?
16         MR. DURKIN:  Weren't you proud of how calm the reply
17 was?
18         THE COURT:  Anyway.
19         MR. DURKIN:  I'm just kidding.
20         THE COURT:  That is my -- the Court would feel
21 comfortable in not rushing this.  There's no reason to rush it.
22 Based on my order, there's no reason to rush it, and there's no
23 reason to -- based on everything that I have read and my
24 decisions thus far to keep the trial date hanging out there.
25 Or at the very least we put it over till Monday, the 19th, and

1  you can do it then.  But there's got to be some time and
2  attention given to this by both sides.  That's my position.
3              MR. DURKIN:  Judge, let me ask this:  I had discussed
4  this with Mr. Jonas.  We were prepared to go ahead today, and
5  I'm not complaining.  I think it's not a bad idea to take more
6  time.  But what I was going to do was just simply make an oral
7  motion consistent with our pleading.  And it was my
8  understanding that the government is prepared to elicit -- to
9  present to you the factual basis.
10             THE COURT:  I got that impression.
11             MR. DURKIN:  Okay.  So I mean, I --
12             THE COURT:  And I think my order stated that, but I
13 still want to make sure that everybody has reread and reread
14 and double checked, and that your client is very aware,
15 especially based on his history, of what's happening here.
16             MR. DURKIN:  What, what I would prefer would probably
17 be the 19th rather than the 26th.  Oh, that's right.  I'm
18 sorry.  I have a case in Washington on the 19th.
19             MS. LYON:  Or the 20th we could do it.
20             THE COURT:  No, you can't.
21             MS. LYON:  Oh.
22             THE COURT:  I'm not in session that day.
23             MS. LYON:  Well, then I guess we can't.
24             MR. DURKIN:  The 26th would work.
25             THE COURT:  We're going to be here anyway.  That was

1  my thought.
2          MR. DURKIN: Right. That's fine.
3          THE COURT: All right. With bells on. All right.
4  So the 26th.
5          MS. LYON: What time would you like us here?
6          THE COURT: Wait one second. One second.
7          MR. JONAS: Obviously the 26th works for the
8  government. And if the trial date is struck, then that's fine.
9          THE COURT: And we'll have time to go through without
10 rushing it. I think that is best. All right. And I'm
11 thinking -- you all tell me. We can do it in the afternoon.
12         MR. DURKIN: I think the afternoon would be best.
13         THE COURT: How is that for all your schedules?
14         MR. JONAS: Our schedule was to be here all day, Your
15 Honor, so whatever time works.
16         THE COURT: All right. 1:30. If you want to do 11,
17 we can do that. We can start then.
18         MR. DURKIN: I think 1:30 gives us more time in the
19 lockup.
20         THE COURT: There you go. 1:30. And time has
21 already been excluded until that date anyway because that was
22 the trial date. So we don't have to do anything with that. Is
23 there anything else from the government?
24         MR. JONAS: No, Your Honor.
25         THE COURT: All right. Anything else from defense?

1      MR. DURKIN:  No.

2      THE COURT:  Since you have that additional time, or
3 if you're all ready, if you want to even go ahead and submit a
4 courtesy copy to the Court of the factual basis unless you're
5 not done with it, you can do so before.  You do not have to.
6 All right.  That morning would be nice to have it before we
7 come down at 1:30.  All right.

8      MR. JONAS:  Yes, Your Honor.

9      THE COURT:  Anything else?

10     MR. DURKIN:  No, Judge.  Thank you.

11     THE COURT:  Mr. Daoud, are there any questions about
12 what's going on here today?

13     DEFENDANT DAOUD:  No.

14     THE COURT:  All right.  Good.  All right.  We'll see
15 you all on the 26th at 1:30.  Thank you for all your
16 submissions and your information to the Court.

17     MR. JONAS:  Thank you, Judge.

18                       CERTIFICATE

19     I HEREBY CERTIFY that the foregoing is a true,
20 correct and complete transcript of the proceedings had at the
21 hearing of the aforementioned cause on the day and date hereof.

22

23 /s/TRACEY D. McCULLOUGH                         January 24, 2023
24 Official Court Reporter                                     Date
   United States District Court
25 Northern District of Illinois
   Eastern Division