US District Court
Northern District of IL
Eastern Division

USA
v.
Adel Daoud

No. 12 CR 723
Judge Matthew F. Kennelly

FILED
JAN 30 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AK

---

I received the docket entry today. I thank you for trying to fix the RCFL problem, & when they fix it, I'll let you know!

I sent a Motion to Reconsider last week; what happened with this?

I still never received your first denial of my Motion to Dismiss, which you send you were sending me 1-11-23.

Whatever was put in these 17 boxes was relevant to my case. Discovery from the prosecutors is only one of those things. Ms. Michaelis said she had a box. Jonas said he has a box. I need those boxes & whatever Durkin & Roberts still has [whether 17 or 22 boxes].

It is taking too long to get updates on simple things. Ms. Michaelis does not email (send or respond). I would like an email of someone who will send me prompt updates. Thank you!

## Certificate of Service

I hereby certify that I have caused a copy of this Notice to be served upon all parties of interest through the clerk, by placing same in the inmate legal mail system 24th day of January 2023. This being submitted under the penalty of perjury.

Respectfully submitted

[signature]

Abdel Daoud - 43224242
Metropolitan Correctional Center
1 W Van Buren
Chicago, IL 60605

S SUBURBAN IL 604
25 JAN 2023 PM 1 L

Legal MAIL

Clerk of Court
219 S Dearborn
Chicago, IL 60604

01/30/2023-14

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

JAN 24 2023

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.