US District Court
Northern District of IL
Eastern Division

USA

v.

Adel Daoud

12 CR 723

---

Please, this is a request for either bond or compassionate release. My mom expressed to me signs of mental illness, & is afraid of dying. She had breast cancer, & is afraid of getting sick again. I want to take care of her and work on my case from home. She has nobody else to take care of her.

Sincerely,
Adel Daoud

FILED SH
3/3/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## Certificate of Service

I hereby certify that I have caused a copy of this requestion to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 27 day of Febuary, 2023. This being submitted under the penalty of perjury

Adel Daoud

Adel Daoud 43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

03/03/2023-6

Clerk of Court
219 S Dearborn
Chicago, IL 60604

Legal
MAIL

