## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Adel Daoud

Defendant.

Case No.: 1:12−cr−00723

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

     MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Mr. Daoud has filed a request for release on bond or for "compassionate release." Compassionate release applies only to persons already serving a sentence. For this reason the Court reads Mr. Daoud's motion as seeking release on bond. The family circumstances that Mr. Daoud cites are very unfortunate. However they do not impact prior judicial determinations that there are no release conditions that would satisfy the criteria in 18 USC 3143(a). The Court therefore respectfully denies Mr. Daoud's motion [446]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.