UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Nos. 12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge Matthew F. Kennelly |

GOVERNMENT'S MOTION TO DIRECT THE RCFL TO
COPY DEFENDANT'S ELECTRONIC DEVICES

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this Motion requesting the Court order the Regional Computer Forensic Lab ("RCFL") to create full logical copies and full data extractions of the defendant's electronic devices in the government's possession.

1.  On or about September 15, 2012, the defendant was arrested on a criminal complaint that charged him with attempting to use a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a)(2)(D) and attempting to damage and destroy a building by means of an explosive, in violation of Title 18, United States Code, Section 844(i). On the same day, the FBI executed a search warrant on the defendant's home which yielded the seizure of multiple electronic devices to include, among other items, a phone, computer, Kindle and video gaming player.

2.  The electronic devices were reviewed by government agents and the relevant items found on the electronic devices were processed by the RCFL into

1

reports. Multiple copies of the RCFL reports have previously been provided to the defendant and his counsels. On January 31, 2023, accessible copies of the reports were provided directly to defendant at the MCC.

3. During the status conference on February 2, 2023, the defendant inquired about the complete image of the electronic devices. On February 23, the defendant's stand by counsel confirmed that the reports did not contain the complete images and requested, on the defendant's behalf, that the government provide the complete images of the electronic devices.

4. The government has conferred with the FBI and the RCFL regarding the defendant's request. The RCFL has informed the government that, under their policy, they cannot make an image without a Court order.

WHEREFORE, the government respectfully requests that the Court enter an order directing the RCFL to create full logical copies and full data extractions of all of the defendant's electronic devices currently in the possession of the government.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   */s/ Barry Jonas*
    BARRY JONAS
    TIFFANY ARDAM
    Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 353-5300

Date: March 7, 2023