# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                                 Case No.: 1:12–cr–00723

                                                                        Honorable Matthew F. Kennelly

Adel Daoud

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: At request of defendant's standby counsel, the in−person status hearing set for 1:15 p.m. on 5/4/2023 is moved up to 12:45 p.m. on that date. This is a time change only. Standby counsel is also granted leave to appear by phone for the hearing. Government counsel and the defendant are to appear in person for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.