# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                         Case No.: 1:12–cr–00723
                                                               Honorable Matthew F. Kennelly

Adel Daoud

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: In person status hearing held on 5/4/2023. Sentencing hearing date of 6/20/2023 is vacated. Sentencing hearing is reset to 6/22/2023 and 6/23/2023 at 9:30 a.m. The Government is to provide a copy of the applicable Touhy regulations to Mr. Daoud by 5/9/2023. The defendant is directed to file a list of his sentencing witnesses plus a summary for each witness by 5/26/2023. The defendant has leave to file the list under seal. In person status hearing is set for 6/2/2023 at 1:15 p.m. The Court will make the necessary arrangements to have the appear for the status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.