# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:12–cr–00723
                                                    Honorable Matthew F. Kennelly

Adel Daoud

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 23, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Sentencing hearing held on 6/23/2023. The parties are directed to file a joint status report regarding any issues on the calling of defense witnesses on 7/10/2023. A telephonic status hearing is set for 7/17/2023 at 1:00 p.m. The following call–in number will be used for the hearing: 888–684–8852; access code 746–1053. The Court will make the necessary arrangements to have the defendant appear for the status hearing. Continued sentencing hearing remains set for 8/1/2023 at 9:30 a.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.