# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                                  Plaintiff,

v.                                                                                  Case No.: 1:12−cr−00723
                                                                                  Honorable Matthew F. Kennelly

Adel Daoud

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Case called for a telephonic status hearing on 7/17/2023. The MCC did not make the defendant available for the telephonic status hearing. Case is set for an in−person status hearing on 7/24/2023 at 10:30 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.