UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEL DAOUD | No. 12 CR 723<br>    13 CR 703<br>    15 CR 487<br><br>Judge Matthew F. Kennelly<br><br>FILED *EX PARTE*, *IN CAMERA*, AND <u>UNDER SEAL</u> THROUGH THE CLASSIFIED INFORMATION SECURITY OFFICER |

**(U) GOVERNMENT'S FOURTH *EX PARTE*, *IN CAMERA* MOTION FOR A PROTECTIVE ORDER PURSUANT TO <u>CIPA SECTIONS 4 AND 6(c) AND FED. R. CRIM. P. 16(d)(1)</u>**