US District Court

Northern District of Illinois

Eastern Division

USA                       12 CR 723

v.                         13 CR 703

Adel Daoud              15 CR 487

Judge Matthew F. Kennelly

**\*Response to Government's "Status Report"**

I wish to call the bomb technicians AND the Bomb. They made the bomb, they should testify. I did not help with any parts of the bomb including UCE's testimony about connecting "the wires". I did not connect the wires. I also want confirmation that you received the Memo I submitted Last week. I also want to know what happened in the status I missed, if anything. I missed it because the Co's weren't sure which phone or device I would use. I got on the phone and missed it.

Harner Swore to the complaint and went to Grand Jury about the first 2 cases. She knows so much and shouldn't be banned from testifying. The Government should call William Paschal, the Gangster Snitch in the second case, AKA Vino, if Ms. Michaelis fails to for whatever reason. Jonas had the audacity to tell me Vino is not "Federal" and therefore not "his problem."

If the FBI Agents are on the Moon, they should be brought down here to Chicago on the interest of Justice.

Sincerely,

Adel Daoud

Certificate of Service

I hereby certify that I have caused a copy of this Response to Government's "Status" to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 20th day of July 2023. This being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud

Adel Daoud - 43224-424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

Clerk of Court
219 S Dearborn
Chicago, IL 60604

Legal Mail



07/25/2023-27

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

JUL 2 / 2023

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.