**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **No. 12 CR 723, 13 CR 703, 15 CR 487** |
| | ) | |
| **v.** | ) | **Hon. Matthew F. Kennelly** |
| | ) | |
| **ADEL DAOUD** | ) | |

## <u>ORDER</u>

On petition of Defendant, Adel Daoud and it appearing to the Court that:

> Name: WILLIAM PASCHAL
> Date of Birth: **/**/1978
> Sex: Male
> Race: African American
> Prisoner Number: #K71048

now is incarcerated in the following institution:

> Pinkneyville Department of Corrections
> 5835 State Route 154
> Pinkneyville, IL 62274

And that said inmate should be produced on August 8, 2023 at 9:00 a.m. at the U.S. Marshal's lockup 24th Floor, in the United States District Court for the Northern District of Illinois, Dirksen Federal Courthouse 219 S. Dearborn Street, Illinois 60604, to appear at 9:30 am, to give testimony in the above captioned matter before the Honorable Judge Matthew F. Kennelly.

IT IS THEREFORE ORDERED that the following person:

David Mitchell, Warden
Pinkneyville Department of Corrections
5835 State Route 154
Pinkneyville, IL 62274

bring or cause to be brought before this Court, at said time on said date, before the Honorable Judge Matthew F. Kennelly in the United States Courthouse in Chicago, Illinois, the body of the said inmate; and that a *Writ of Habeas Corpus Ad Testificandum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

IT IS SO ORDERED.

_____
Hon. Matthew F. Kennelly
United States District Court Judge

DATED at Chicago, Illinois
this 3 day of August, 2023