UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Nos.  12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge Matthew F. Kennelly |

GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this Supplemental Sentencing Memorandum to provide the Court with dates of certain sentencing exhibits.

On or about June 22, 2023, FBI Special Agent Jeffrey Parsons testified during the sentencing hearing as a summary witness. Agent Parsons provided the court with a narrative of the sentencing exhibits that the government has relied upon in support of its sentencing recommendation. During his testimony Agent Parsons was unable to provide dates for some of the Deen Haqq communications to include those between the defendant and the Online Covert Employees (OCEs).[1] The dates of those communications are below:

| EXHIBIT NUMBER | DATE |
|---|---|
| OCE ONE DH 1 | 09/03/2012 |
| OCE ONE DH 2 | 08/20/2012 |

---

[1] The dates of other exhibits that Agent Parsons was unable to identify, to include Broadband Exhibits as well as other Deen Haqq communications, are identified on the government's sentencing exhibit list.

1

| OCE ONE DH 3 | 08/20/2012 |
| OCE ONE DH 4 | 06/30/2012 |
| OCE ONE DH 5 | 06/30/2012 |
| OCE ONE DH 6 | 08/20/2012 |
| OCE ONE DH 7 | 09/08/2012 |
| OCE ONE DH 8 | 09/12/2012 |
| OCE ONE DH 9 | 09/07/2012 |
|  |  |
| OCE TWO DH 1 | 08/16/2012 |
| OCE TWO DH 2 | 08/16/2012 |
| OCE TWO DH 3 | 08/15/2012 |
|  |  |
| DEEN HAQQ 5 | 06/17/2012 |
| DEEN HAQQ 6 | 07/08/2012 |

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/ Barry Jonas*
       BARRY JONAS
       TIFFANY ARDAM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

Date: August 16, 2023