# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                              Case No.: 1:12–cr–00723

                                                       Honorable Matthew F. Kennelly

Adel Daoud

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Defendant's motion for appointment of an expert to conduct a mental health evaluation is granted. Defense standby counsel should submit the appropriate CJA paperwork via eVoucher and should include in that paperwork the motion; the supporting materials attached to the motion; and this order. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.