US District Court
For the Northern District of IL
Eastern Division

USA
v.
Adel Daoud

No. 12 CR 723
    13 CR 703
    15 CR 457

## Motion to Compel (2)

Here comes, Adel Daoud, sui juris, asking for the following

1. The Rest of the CHS recording
2. The Rest of the Audio meetings with UCE before 9/13/12, in a format I can listen to
3. The unaltered recording of 9/14/12

Best Regards,
Adel Daoud

Certificate of Service

I hereby certify that I have caused a copy of this Motion to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 11th day of October 2023. This being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud

Adel Daoud - 45220-424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

10/17/2023-11

Clerk of Court
219 S Dearborn
Chicago, IL 60604

RECEIVED
OCT 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal Mail

60604-170299

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, Chicago 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

OCT 12 2023

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.