# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:12−cr−00723
Honorable Matthew F. Kennelly

Adel Daoud

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Telephonic status hearing held on 11/21/2023. Standby counsel is directed to file a status report that provides an update regarding the status of the mental evaluation by 12/15/2023. Case is set for a telephonic status hearing on 12/22/2023 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The Court will make the necessary arrangements to have the defendant appear for the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.