US District Court
Northern District of IL
Eastern Division

USA
v.
Daoud

No. 12 CR 723
13 CR 703
15 CR 487

Judge Matthew F Kennelly

FILED
NOV 14 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SM

## Motion For Discovery

Thank you for responding. Logically, if Paschal cooperated, agreed to ~~cooperate~~ record conversations & the FBI successfully charged me, albeit falsely, for Murder for Hire attempt, then it begs the question: why he only got a bond, but then got 30 years in his case? This case must have been brought up at his sentencing hearing. What did they say? However I can, I want that transcript. An Investigator, or my side bar counsel, or whoever can provide this.

I also want a record of all my legal visits that I did (or didn't) receive at the Federal Medical prison in Springfied, Missouri.

I asked the prosecutors for my Kankakee calls, which they never gave me, nor respond to. When I asked Quinn prior to my own letter, I got a CD but not the phone calls. Vino used my phone and stole my password for it. I want to listen to those calls.

sincerely,
Adel Daoud

Certificate of Service

I hereby certify that I have caused a copy of this Motion For Discovery to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 7th day of November, 2023. This being submitted until the penalty of perjury.

Respectfully submitted,

Adel Daoud

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

Clerk of Court
219 S Dearborn
Chicago, IL 60604

Legal Mail

S SUBURBAN IL 604
8 NOV 2023 PM 6 L

11/14/2023-13

METROPOLITAN CORREC...
71 W. VAN BU... ST, C...AGO, IL 60...
The enclosed letter was processed through... mailing procedures for forwarding to...
This letter has neither been opened nor inspected...
If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

NOV 08 2023