FILED
DEC 01 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

US District Court
Northern District of IL
Eastern Divillion

~~USA~~
v.
Daoud

No. 12 CR 723
13 CR 703
15 CR 487
Judge Matthew F. Kennelly

Response to Government's response to Defendant's Second Motion to
<u>Compel</u>

The prosecutors stated, "The FBI only turned on the recording device when both the CHS and the defendant were present in the cell and were engaged in conversation."
pg. 2 of their response

This simply isn't true. And click any of the files and see. There are plenty of hours that do not consist of any conversation.

In the audio that is available, Vino says it perfectly,

Vino: ... I don't really talk to you when we out there right?

Daoud: yeah

Vino: and we only get out of our cells 4 hours out of the day. Some days, some days, we don't get all our hours out, right?

Daoud: yeah

Vino: So that mean 20 hours a day for the past like month and a half or something right? I've been around you all day constantly

See 11/27/12 of the recordings, file .... 407-001 at 8:20

Their ~~There~~ own FBI document contradicts itself,

"Based upon information provided by Assistant Cheif of Corrections Chad Kolitwenzew of the Kanakakee County Sheriff's Office regarding the in-cell schedule of the captioned subject, ADEL DAOUD, and CHS S-0022589, a monitoring schedule was established. Agents monitored live, with recording, from 8am-10am, 1pm-3pm and 6pm-8pm." [& we're in our cells more than 6 hours]

See FBIEC_001-000001

Then see,

"As explained by Kolitwenzew, the above schedule would apply to DAOUD and CHS one day, but the next day they would be out of the cell from 10am-12pm, 3pm-5pm and 8pm-10pm." [6+6 = 12 hours]

See FBIEC_001-000002.pdf

Even according to this schedule, these were the times we were out of our cells, not inside our cells, every other day. And that schedule again, was not strictly adhered to.

See also FBIEC_001-000003. In the picture, the "schedule" is actually when we were supposed to come out every other day. And "Out of cell" is the schedule each other day.

Even then, the recording would have been 6 hours, and again, there is plenty of dead recordings ie. there are pleny of hours where neither of us were saying anything. William Vincent Paschal aka Vino testified,

"To the best of my knowledge once Daoud and I were moved to the cell with the recording equipment all of our conversations were recorded, including all of our conversations about having the FBI agent killed..."

See Vino's grand jury testimony, GB_002-000112.pdf, pg. 24

Vino even told his wife on the phone,

Vino: they move me to a good deck that be out all day and then don't let them out all day cuz I'm over here" See file 2F1C90770A3 from 12:30-12:58

Vino: Last deck I was just on they were letting me out a little bit more and you know what I mean then like 3 hours at the time, but now I'm back to two."

See 12:58- at ID

So according to what Vino said to the Grand Jury and the phone and the audio recordings, the recordings should be 22 hours per day. . OR 20-24 hours per day

And it's easy to see which recordings are missing too, by the

last numbers identifying the audio. For example for 11/23/12 you see last the first file ends with "001-001" next file is "003-001" next file is "004-001" next file is "005-001" later you see "013-001" next file is "017-001".... etc!

Second, the audio 9/14/12 was tampered/altered with. I swore to this in my affidavit, and the UCE swore to this. This "Audio 9" was the only audio that I had for 9/14/12. The other copies they said are complete Jail's owned do not work on my computer, saying "Windows can't play this file" and the same things that didn't work in MCC didn't work on the prosecutor's laptop when he provided me with one. Which simply means:

Either

A: the Files don't work, anywhere, or

B: He never intended for me to see it

The 9/14/12 audio i played was tampered with and was the only one I ever listened to. It was used to prejudice my defense. It was not a "confusion", it was intentional.

Stuff missing on the audio of that day, was also missing on the transcript provided to me. For example, after the button was pushed the first time, the UCE then stated to me, "Push the button again brother." This is not on the transcript, but I swore to it and the UCE swore to it. Then when "we" got arrested, he screamed ," HOW DID THEY KNOW???!" I swore to it and the UCE swore to it. But it's not on the transcript, or the audio that I can listen to . See Memo Affidavit #18-22

Why did he tell me to push the button again? UCE read & confirmed on the stand the transcripts where he explains that pressing the button once would detonate the device. So why did he tell me to press it again, if once was enough for it to explode? Because I told the truth. We both held the remote and pushed it together, according to what I said.

(3)

I stated that I thought the audio works. I assumed that because I had the 9/14/12 audio and 9/13/12 audio, that the rest of them work. They didn't, and now when 9/14/12 is altered with, the government screams: That's not the complete audio! The complete one was the one you couldn't listen to!

I never got access to the complete audio OR the complete transcript to the audio of the day of my arrest. I assumed I had all of them, just like I assumed for over 10 years that they had the button pushing video.

I assumed this entire time, even if the FBI entrapped me, that at some level they were still professionals and wouldn't fabricate, tamper or destroy evidence.

Evidently, I was wrong. I was very wrong. I've never been locked up before, and I never knew how crooked the police really are until I went to prison and until I defended myself in court.

On 9/14/12 I was entrapped and then framed to commit a terrorist attack I was never planning. I was manipulated by the FBI/FIB when they used my religious beliefs to set me up. "Only come if you believe in Jihad." It's in the audio, and the UCE swore to saying that. It's also on the transcript of the audio.

The prosecutors are saying the same lies over and over hoping for them to stick. This response to theirs was due over 2 weeks ago, but I just got this today on 11-7-12 and they said they sent it 5 days ago. No body told me about an extension even though I am representing myself. The prosecutors arguments are too little too late.

(4)

Justice for all includes yours truly,

Adel Daoud

Certificate of Service

I hereby certify that I have caused this second copy of my "Response to Government's response to Defendant's second Motion to Compel" after learning that it was not received when I sent it last time, to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 27th day of November, 2023. This being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud


Adel Daoud 43222424
Metropolitan Correctional Center
71 W Van Buren st
Chicago IL, 60605

Clerk of Court
219 S Dearborn
Chicago IL 60604

Legal Mail

12/01/2023-17

S SUBURBAN IL 604
28 NOV 2023 PM 6 L

60604-170259

RECEIVED
DEC 01 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NOV 28 2023

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.