(34)

US District Court
Northern District of IL
Eastern Division

FILED
JAN 10 2024 KL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

USA
v.
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

Judge Matthew F. Kennelly

---

## Affidavit in Support to Attached Motions

I hereby affirm that the following facts are true, correct, and complete. That I am of majority age, and competent to state the matters herein. In support, Affiant, Adel Daoud, will state the following:

1. I asked OCE a "Iyad Hasan" the meaning of "Dawah", and he testified that it meant propagating Islam. I asked about what the FBI meant when they said they wanted to ~~and~~ stop me from further "Radicalizing" people. Hasan testified, "Dawah." The prosecutor, ~~Ardam~~ Tiffany Ardam, asked the meaning of "brainwa-shing" and Hasan again said, "Dawah".

2. I asked UCE if he saw the button pushing video. He said no. I did not find that in the transcript. Nor did I find the part when "Hasan" defined "Radicalizing" as "Dawah", although I found the related parts surrounding these statements.

3. I did not read all of the transcript yet. The above is not exhaustive of what I found inaccurate from the transcript. I read the "Hasan" testimony a couple times, parts of UCE's testimony, and other



portions

4. IF UCE refused to hold the remote with me, I would have refused to press the button, at all, because my intention at the time, was <u>not</u> to press the button <u>if</u> he refused to hold the remote with me, because his refusing to hold the remote with me would be my confirmation that he was, in fact, a spy. I thought that in the event this was fake, and I really was arrested, that us both holding the remote together would be sufficient proof that I was <u>not</u> acting independantly.

(41)

## Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached Motions to Compel, Impeach UCE and CHS, and Dismiss-continued, is true and that I have written and read this Affidavit and submit the same with purpose. That this is being submitted under the penalty of perjury pursuant to 28 USC Sec 1746 on the 1st day of January 2024

Respectfully Submitted,
Adel Daoud

Notary_____ Date_____

My Commission Ends _____

(42)

## Certificate of Service

I hereby certify that I have caused a copy of this "Motions to Compel, Impeach UCE and CHS, and Dismiss - continued" to be served to all parties of interest through the Clerk by placing same in Inmate Legal Mail on this the 3rd day of January, 2024 this being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud

(43)



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** DAOUD, ADEL | **Facility** MCC Chicago |
| **Reg #** 43222-424 | **Order Unit** E03-018U |
| **DOB** 09/21/1993 | **Provider** Brij Mohan, MD, Clinical Director |
| **Sex** M | |

**Collected** 01/31/2023 12:06 CST
**Received** 02/01/2023 12:39 CST
**Reported** 02/01/2023 14:09 CST
**LIS ID** 231223393

### CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 138 | 136-145 | mmol/L |
| Potassium | | 4.8 | 3.5-5.1 | mmol/L |
| Chloride | | 102 | 98-107 | mmol/L |
| Carbon Dioxide | | 25 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 8 | 6-20 | mg/dL |
| Creatinine | | 0.86 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.6-10.0 | mg/dL |
| Glucose | | 88 | 74-109 | mg/dL |
| AST | | 31 | 10-50 | U/L |
| ALT | | 27 | 10-50 | U/L |
| Alkaline Phosphatase | | 82 | 49-126 | U/L |
| Bilirubin, Total | | 0.3 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.4 | 6.6-8.7 | g/dL |
| Albumin | | 4.7 | 3.5-5.2 | g/dL |
| Globulin | | 2.7 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.74 | 1.00-2.30 | |
| Anion Gap | | 11.3 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 9.5 | 5.0-30.0 | |
| Cholesterol, Total | | 154 | <200 | mg/dL |
| Triglycerides | H | 180 | <150 | mg/dL |
| HDL Cholesterol | | 46 | 40-60 | mg/dL |
| LDL-Cholesterol | | 72 | <130 | mg/dL |
| Chol/HDLC Ratio | | 3.3 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| TSH | | 0.99 | 0.27-4.20 | uIU/mL |

### HEMATOLOGY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| White Blood Cell Count | | 4.9 | 3.5-10.5 | K/uL |
| Red Blood Cell Count | | 5.56 | 4.10-6.00 | M/uL |
| Hemoglobin | | 14.5 | 12.0-17.5 | g/dL |
| Hematocrit | | 45.6 | 38.8-50.0 | % |
| MCV | | 82.0 | 76.0-100.0 | fL |
| MCH | L | 26.1 | 27.0-33.0 | pg |
| MCHC | | 31.8 | 28.0-36.0 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical