# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                        Case No.: 1:12–cr–00723

                                                                             Honorable Matthew F. Kennelly

Adel Daoud

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: This order concerns defendant Adel Daoud's "motion to compel (2)." In this motion Mr. Daoud requests production of three items or sets of materials: (1) "the rest of the CHS recordings"; (2) "the rest of the audio meetings with the UCE before 9/13/12 in a format I can listen to": and (3) "the unaltered recording of 9/14/12." Request (1) is moot; the government reported at a telephonic hearing on 12/15/2023 that it has now produced to Mr. Daoud what it understands to be the entirety of the Kankakee Jail recordings (a number of which the government concedes it had not previously produced). The government says that request (2) is moot because Mr. Daoud has represented on multiple occasions that he is able to listen to all of the recordings with the undercover agent. The government contends that request (3) is moot as well because it has produced the entirety of the 9/14/2012 recordings. In reply Mr. Daoud appears to contend that the 9/14/2012 audio recording was tampered with in some way; he does not directly address the government's mootness arguments regarding the pre−9/13/2012 recordings. The Court denies request (2) on the basis of mootness and also denies request (3) but directs the government to respond in writing by 1/19/2024 to the contention regarding alteration or tampering set out in Mr. Daoud's reply. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.