UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos. 12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge Matthew F. Kennelly |

## STATUS REPORT

QUINN A. MICHAELIS, standby counsel for defendant ADEL DAOUD, respectfully submit this Status Report.

On January 23, 2024, the Court directed the undersigned to obtain an estimated completion date for appointed expert Dr. Erin Conway's evaluation of Mr. Daoud. Dr. Conway reported that although she completed a second day of testing at the MCC on January 22, 2024, the process for getting into the MCC has significantly diminished the time she has with Mr. Daoud to perform her testing. She further reported that she will require at least one more day of in-person testing, as the MCC no longer performs video visits. She anticipates returning to the MCC for that continued testing on either February 19th or 26th, 2024. Dr. Conway estimated that her final report would be completed by March 31, 2024.

Respectfully Submitted,

s/ Quinn A. Michaelis
Quinn A. Michaelis
Standby Attorney for Adel Daoud
73 W. Monroe, Suite 106
Chicago, IL 60603
312-714-6920

## CERTIFICATE OF SERVICE

I, Quinn A. Michaelis, an attorney, certify that in accordance with Fed. R. Crim. P. 49, Fed R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filings (ECF), the following document:

## STATUS REPORT

was served on January 30, 2024 to all parties of record via the CM/ECF system.

s/ Quinn A. Michaelis
Quinn A. Michaelis
Standby Attorney for Adel Daoud
73 W. Monroe, Suite 106
Chicago, IL 60603
312-714-6920