**FILED**
FEB 06 2024 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of IL
Eastern Division

USA
v.
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

Motions to Compel, Impeach UCE & CHS, & Dismiss - continued - continued

This is Adel Daoud, coming sui juris, on the latest update concerning the evidence.

The prosecutors provided with 100 more CHS files (Audio). It doesn't fix the problem. These are only 11/29 and 11/30/2012. They are still 14 minutes and 59 seconds and other altered lengths. Example 566-001 is 4:58, 602-001 is 49 seconds, etc.

It doesn't fix how, again, there's a day over 24 hours long, and days under. I want all 672 files being recorded for the 7 days we were & the remainder files for the last day (11/30). I expect each file to be its full 15 minutes and working and not altered. No body decided after 10 seconds [like in newly provided 663-001] to turn off the Audio, but decide to listen to ~~~~ hours of Uino snoring. That did not happen.

While preparing another document, noticed the Resentencing transcript was altered, again. I still didn't sit and read the whole thing. I want the whole transcript - complete & unabridged.

I still want the Audio for the rest of the UCE meetings, including the true copy of 9/14.

I still want the post that started the case. You said you will make an order for me to have it 11-21-23, and I still don't have it.

If you don't have <u>any</u> of the above mentioned items, if means they never existed or are now destroyed

Justice for all includes yours truly,

Adel Daoud

US District Court
Northern District of IL
Eastern Division

USA
v
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

<u>Affidavit in Support to the attached Motion</u>

I hereby affirm that the following facts are true, correct, and complete. That I am of majority age, and competent to state the matters herein. In Support Affiant, Adel Daoud, will state the following:

1. That I crossed examined UCE or my first case

2. That I showed UCE the Audio of 9/14/12 being 49 minutes, and he confirmed it on the stand

3. That I showed him this after he swore that the Audio was an hour an 19 minutes based on the times he gave while beginning and ending the recording

4. That I showed him that the Audio started the second half of the second page of the 9/14/12 transcript, and he confirmed on the stand

5. That I stated: The Audio. It was altered with. Don't you see?! The Judge stated: Are you asking him if it was altered with? I said: No. It was altered with. I'm asking; Don't you see?! UCE confirmed: "Yes"

6. That the above conversation was omitted from the transcript. ~~of that~~ ~~this a~~ The abridged version is on pages 433-438 of the transcript

7. That I still did not read the whole transcript and the above ommission is not exhaustive

## Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached Motions to Compel, Impeach, UCE & CHS, & Dismiss continued - continued, is true and that I have written and read this Affidavit and submit the same with purpose. That this is being submitted for the reasons requested within the body of these documents. Affiant declares under the penalty of perjury pursuant to 28 USC Sec 1746 on the 31st day of January 2024.

Respectfully submitted,

Adel Daoud

Notary _____ Date _____
My Commission Ends

## Certificate of Service

I hereby certify that I have caused a copy of this Motions to Compel, Impeach UCE & CHS, & Dismiss continued-continued, to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 31st day of January 2024. This being submitted under the penalty of perjury.

Respectfully submitted,

Adil Davon

Adel Daoud - 43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

Legal Mail

Clerk of Court
219 S Dearborn
Chicago IL 60604

THOMAS G. BRUTON
FILED 06 2024

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

FEB 01 2024

02/06/2024-35

...system over which this facility has jurisdiction,
...the material for further information or clarification.
...encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.