# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                           Case No.: 1:12–cr–00723
                                                                          Honorable Matthew F. Kennelly

Adel Daoud

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Telephonic status hearing held on 2/23/2024. Government counsel is directed to provide the recording of AZ004 to the Court for its review (Room 2188). The MCC is directed to produce to standby defense counsel Quinn Michaelis the defendant's 2023 medical records. Standby counsel is directed to promptly follow up on this with the MCC. Defendant's motion to compel, impeach UCE and CHS and dismiss–continued [515] is denied for the reasons stated on the record. The government's response to the defendant's motion to compel, impeach UCE and CHS Dismiss–continued–continued [523] is due 3/8/2024; defendant's reply is due 3/18/2024. Government's filing under the CIPA relating to the "initial post" is due 4/5/2024. Standby counsel is directed to print a copy of the docket sheet and provide it to the defendant so that he can verify if the materials he has sent to the Clerk have been filed. In person status hearing is set for 4/12/2024 at 9:00 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.