US District Court
Northern District of IL
Eastern Division

USA
v.
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

Judge Matthew F. Kennelly

FILED SMB 3/7/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

## Motion For Explanation

Here is Adel Daoud, sui juris. I sent "A supplement to my Sentencing Memorandum/Motion to Squash Arrest or Dismiss Indictment/Motion to Impeach UCE & CHS in the Fake bombing & Murder for Hire Cases." It was 143 pages. What's your response to this?

You recently in court denied my "Motions to Compel, Impeach UCE & CHS, & Dismiss-continued." My understanding for why you denied me is that,

1. you said I'm trying to take back my plea
2. that the stuff I cited was "not grounds for relief."

I proved, factually, that UCE and CHS, the main witnesses of my first 2 cases lied about all the major elements of the cases, namely about the plotting to blow up Cactus Bar, or trying to hire CHS to kill UCE for $20,000. CHS showed other obvious ways he was never credible.

Even if I'm asking to invalidate my plea along with their respective cases, legally and factually, I'm innocent. I need to understand. Are you saying

1. Being Innocent cannot invalidate my Alford plea? Even when I proved this?
2. OR you don't believe I proved my innocence? If so please explain.

sincerely,
Adel Daoud

## Certificate of Service

I hereby certify that I have caused a copy of this "Motion for Explanation" to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 29th of Febuary 2024. This being submitted under the penalty of perjury

Respectfully submitted,

Adil Daoud

Adel Daoud -43222424
Metropolitan Correctional Center
71 W Van Buren
Chicago, IL 60605

Clerk of Court
219 S Dearborn
Chicago, IL 60604

Legal Mail



METROPOLITAN CORRECTIONAL CENTER

FEB 29 2024

If the sender has not proper authority over which this facility has jurisdiction, you may wish to return the item or for further information or clarification, if the sender encloses correspondence pertaining to another addressee, please return the enclosure to the above address.