# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Adel Daoud

Defendant.

Case No.: 1:12–cr–00723
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: The government is directed to file a response to defendant's "Motion to compel all my posts from ansarl.info" (No. 12 CR 723 dkt. 525) by no later than 3/22/2024. The defendant's "motion for audio expert" (No. 12 CR 723 dkt. 526; No. 13 CR 703 dkt. 209 No. 15 CR 487 dkt. 218) is denied because the defendant has not made a showing of a legitimate need for an audio expert regarding any issue legitimately before the Court in this case. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.