# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                     Case No.: 1:12–cr–00723
                                                     Honorable Matthew F. Kennelly

Adel Daoud

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Defendant has filed a motion for production of transcript of certain court hearings. Standby counsel is directed to prepare and submit the appropriate CJA form to obtain those transcripts. The motion [531] is terminated as moot. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.