# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Adel Daoud

Defendant.

Case No.: 1:12–cr–00723
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: The Court previously authorized a psychological examination and report of the defendant for potential use in mitigation at sentencing. Because the purpose of the examination and report is for mitigation purposes it is the Court's view that the defendant (in consultation with standby counsel) should have the ability to determine whether to submit the report to the Court or not. For this reason the Court directs the examiner Dr. Conway to submit her report first to standby counsel and to standby counsel only. Standby counsel should promptly communicate this to Dr. Conway. Upon receiving the report standby counsel should provide it to the defendant. The defendant and standby counsel should then consult regarding whether to offer the report to the Court for mitigation purposes. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.