

MCP  MR
FILED
4/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

```
                    U.S. District Court
                   Northern District of IL
                       Eastern Division
USA                                      12 CR 723
                                         13 CR 703
v.                                       15 CR 487
Adel Daoud
                             Judge Matthew F. Kennelly
```

My Response to Government's Response to My Motion to Compel posts from ansar1.info

Here is Adel Daoud, sui juris, moving this Court to expose its government and compel them to spill the beans on their bogus investigation.

I don't <u>think</u> they claimed I posted "the post" on Ansar1. It's not conjecture at all. I read it. It was blacked out and they gave it to me on accident. Don't you remember my Affidavit from my sentencing Memo? I'll swear to it again. Besides that, what are the odds? The only post [This is] I ever posted online that was claimed to be classified [because it's fake] and now the government is claiming for the first time that <u>all</u> the ansar1 posts are classified. HMM!!! And no other website or forum I was on was deemed classified!

I just received today on 3/26/24, my dinhaqq and jhuf posts. Dinhaqq and Jhuf are pro Jihad forums just like ansar1. Why are suddenly ansar1 posts classified but not Dinhaqq or Jhuf? Like Agent Parsons said,

A Yes. So about this time, Ansar Al- Mujahideen [i.e.ansar1.info] was an online forum that was password protected. You had to obtain an account for it, pg. 46 LN4-6 RESENTENCING Transcript

and ,

Q Are you familar with Dinhaqq?

A Yes, sir, I am

Q What is your understanding of what Dinhaqq is?

A Much like Ansar Mujahideen we previously discussed, Dinhaqq was an online forum that was password protected and you had to

1

have an account and be invited to join it

pg. 102, LN 1-22 ID

and

the Jamia Hafsa forum which is similar to Deen Haqq or al - Ansar

pg. 133, LN16-17

The government does not have <u>classified</u> or <u>unclassified</u> <u>posts</u> from ansar1. Jeffery Parsons and OCEs from the FBI swore they couldn't see it because it's a private website. My cross with OCE 1:

Q I know. But they had -- I don't know which one it was because there was an OCE that posted like Deen Haqq posts. So you don't remember?

A That would have been me, yes

Q Okay. So you were able to take screen shots of the posts because you're a member of the site?

A Yes

Q It's your membership?

A Yes, yes.

Q So like if you didn't have membership, would you be able to take pictures of the site ?

A No. I actually -- no. You have to be a member to have access to the material.

Q Because you have to be invited only. It's an invite-only website?

A Yes, it is. It was

pg. 586 LN 6-21, AL Hani - direct [OCE1] RESENTENCING transcript

and OCE 2:

Q Okay. You tried to get me to invite you to Ansar Mujahideen forum?

A Yes

2

Q Was I successful in inviting you?

A No

Q From your recollection?

A Yeah, I don't think -- no. There was a misunderstanding and that's why I told you, just send my email because the invitation was by -- the membership was by invitation. And I don't remember you being successful inviting me there.

Q It's an invitation-only website, right?

A It was a forum, yes

Q Did this forum concern the FBI?

A No

Q It was not a concern to the FBI?

Q Yeah [i.e. site]

A Probably. This was one -- one side, like among many, probably. It was like something that has a content, extremism content, yes.

Q Can you give a summary as to why -- besides it being extremist, can you make any other summary as to why it would be a concern?

A Well, this forum, Ansar Mujahideen, was one of the al-Qaeda propagating machine used by extremists to post videos of al-Qaeda and propaganda for the group. So that's why it was a concern.

Q And could you see the posts if you're not a member?

A No.

pg. 642 LN 3-25, pg. 643 LN1-6, RESENTENCING transcript , Hasan - direct

They made up the post. No one swore to the existance of this post. But I swore that I never said it, and I swore that they blacked out ansar1.info from the FBI report, and they swore,

3

[i.e. the FBI swore] that they can't see the posts on ansar1.
The post is not in the complaint, and is no where to be found besides a summary in this report. When I ask for it, you say it's a secret.

Jhuf is public, that's why they didn't need to get my posts directly from my account. Dinhaqq was private, and they needed my invitation to become members and take screenshots of my posts, as cited above. Ansar was the same way, but they failed to get membership.

They made up the post <u>first</u> while launching their full investigation, and <u>then</u> they tried to find a match, but couldn't. Sort of like "guess and check" but more accurately I would describe as <u>Lying and Justifying</u>.

The closest post they could find was the one cited on the Complaint from Dinhaqq. Only problem is:
1. It's not the same forum
2. It's not the same date
3. It still doesn't say I would "make the bomb" from "the article" "if I could find the materials" Which by the way, is a good question. Which article ? Which bomb?

So OCEs, yes , talked to me <u>after</u> the lie about the post, to get an ansar account, and justify their lie, by trying to find a match after-the-fact.

Sincerely,
Adel Daoud

US District Court

Northern District of IL

Eastern Division

USA                                             12 CR 723

v.                                               13 CR 703

Adel Daoud                           15 CR 487

Judge Matthew F. Kennelly

Affidavit in Support to Attached Motion

I hereby affirm that the following facts are true, correct, and complete. That I am of majoirty age, and competent to state the matters herein. In support, Affiant, Adel Daoud, will state the following:

1. That the beginning of the Full Investigation by the FBI was summarized and given to me previously in paper and CD form

2. That the majority of that summary was blacked out, and this summary was repeated multiple times in various documents

3. That on the CD form I was able to remove the black highlighter that was used to redact that summary and whatever else was redacted from these documents, and that I read everything that was redacted

4. That in that summary including the first FBI report, in stated that I made "the post" about "the bomb" on ansar1.info.

5. That I never posted anything actually saying I would make a bomb if I could find the materials on any forum

Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached Response to Government's Response to My Motion to Compel posts from ansar1.info, is true and that I have written and read this affidavit and submit that same with purpose. That this is being submitted under the penalty of perjury pursuant to 28 USC Sec 1746 on the 27th day of March 2024

Respectfully submitted,

*Adel Daoud*

6

Certificate of Service

I hereby certify that I have caused a copy of this "My response to Government's Response to my Motion to Compel posts from ansar1.info" to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 27th day of March 2024 this being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud

7

Adel Daoud -43222-424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

2024 APR 18 AM 9:03

Clerk of Court
219 S Dearborn
Chicago, IL 60604

Legal Mail


