MR 

US District Court
Northern District of IL
Eastern Division

USA
v.
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

Judge Matthew F. Kennelly

FILED 5/14/2024 E.C
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>Motion to Renounce Citizenship</u>

Here comes, Adel Daoud, sui juris

I desire to make a formal renunciation of my American nationality, as provided by Section 401(F) of the Nationality Act of 1940, and pursuant thereto I hereby absolutely and entirely renounce my nationality in the United States and all rights and privileges thereunto pertaining and abjure all allegiance and Fidelity to the United States of America.

Usually renunciation is done at a consulate outside the country, but this isn't the only way, and the only condition set in stone is "the requisite voluntariness and intent" to renounce citizenship. See if you wish <u>Immigration Law and Procedure: Desk Edition's</u> procedure for Expatriation and/or INA § 349(a)(6), 8 U.S.C. § 1481(a)(6)

I'm ready to accept citizenship in any Muslim country. I'm not loyal to America. I'm only loyal to my Religion, and I am ashamed to tell people I'm an American citizen. Please do <u>not</u> refuse my request and forward this to whoever necessary to fulfill my wishes. Thank you

Sincerely,
Adel Daoud

<u>Certificate of Service</u>

I hereby certify that I have caused a copy of this "Motion to Renounce Citizenship" to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 8th day of May 2024. This being submitted under the penalty of perjury.

Respectfully submitted,

Adel Daoud

Axel Daoud -432224240
Metropolitan Correctional Center
W Van Buren
Chicago, IL 60605

Legal
Mail

Clerk of Court
219 S Dearborn
Chicago, IL 60604

S SUBURBAN IL 604
9 MAY 2024 PM 8 L



**RECEIVED**
MAY 14 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

METROPOLITAN CORRECTIONAL
1 W VAN BUREN ST

MAY 09 2024

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

05/14/2024-6