# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                       Case No.: 1:12–cr–00723

                                                                Honorable Matthew F. Kennelly

Adel Daoud

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Defendant has filed a "motion to renounce citizenship." He effectively asks the Court to determine how a person in custody can renounce U.S. citizenship and assist him in doing so. This is not the Court's responsibility. Defendant will have to figure this out for himself or by consultation with an immigration attorney or standby counsel. The Court therefore denies the defendant's motion [546]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.