# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                               Case No.: 1:12–cr–00723

                                                                              Honorable Matthew F. Kennelly

Adel Daoud

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: The Court has questions regarding the government's fifth ex parte in camera motion for protective order that it needs to address to government counsel. The hearing to address these questions will have to be conducted ex parte and in camera given the classified nature of the material involved and the requirements of the Classified Information Procedures Act. The Court will need to reference the contents of the fifth ex parte motion during the hearing. The Court proposes to conduct the hearing at either 11:00 AM on 6/6/2024 or at 10:30 AM or 1:00 PM on 6/7/2024. Government counsel are directed to file a status report by 5/31/2024 choosing one of those times and addressing where the hearing should be done (the Court SCIF is one possibility and the Court is inquiring whether that is doable) and the means for making a (presumably classified) record of the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.