UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos. 12 CR 723 |
| v. | ) | 13 CR 703 |
| | ) | 15 CR 487 |
| ADEL DAOUD | ) | |
| | ) | Judge Matthew F. Kennelly |

STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submit this Status Report regarding the *ex parte*, classified hearing to address the Court's questions pertaining to the Government's Fifth in Camera, *Ex Parte* Motion for a Protective Order pursuant to the Classified Information Procedures Act.

The Government is available on June 7th at 10:30 am. The government has a conflict with the other dates and times proposed by the Court. Specifically, the government will be returning on the evening of June 6th from a conference in the Washington D.C. area and the government has a hearing before Judge Blakey on June 7th at 1:00 pm.

If the Court wishes to address the 2013, Seventh Circuit opinion classified as Top Secret, then the hearing will have to take place in the Court's SCIF. If the Court wishes to address only the government's motion, which was classified as Secret, then the hearing can take place in the Court's chambers or jury room.

The government has notified the Classified Information Security Officers (CISO) assigned to the case who will make the appropriate arrangements for a

cleared court reporter to make a record of the hearing. The CISO will also ensure that the location of the hearing is appropriately secured to the level of the hearing classification.

                                              Respectfully submitted,

                                              MORRIS PASQUAL
                                              Acting United States Attorney

                                  By:    */s/ Barry Jonas*
                                              BARRY JONAS
                                              Assistant U.S. Attorney
                                              219 South Dearborn St., Rm. 500
                                              Chicago, Illinois 60604
Date: May 28, 2024                       (312) 353-5300