# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:12−cr−00723
Honorable Matthew F. Kennelly

Adel Daoud

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: The Court has reviewed the government's status report. The Court intends to primarily address the government's motion but may have to reference the Seventh Circuit 9;s classified opinion in this case. For this reason the in camera hearing will be held in the District Court's SCIF. The hearing is set for 6/7/2024 at 10:30 AM. The Court understands that the Classified Information Security Officer will make arrangements for an appropriately cleared court reporter to make a record of the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.