# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:12–cr–00723
                                            Honorable Matthew F. Kennelly

Adel Daoud

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Telephonic status hearing held on 6/10/2024. The completion of the sentencing hearing is set for 7/19/2024 at 9:30 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. The government's motion of appointment of an expert to perform mental health evaluation [492] is denied as moot for the reasons stated on the record. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.