# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:12−cr−00723
Honorable Matthew F. Kennelly

Adel Daoud

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: The government is directed to file by 6/17/2024 a reply to defendant's submission entitled "Response to Government's Response to Compel / Impeach UCE and CHS / and Dismiss / Continued Continued" (dkt. no. 536). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.