US District Court
Northern District of IL
Eastern Division

USA
v
Adel Daoud

12 CR 723
13 CR 703
15 CR 487

Judge Matthew F. Kennelly

## Motion to Review In Camera

Here is Adel Daoud, sui juris, motioning the Court to compel whatever notes were taken for 302-002-000001, the Inititial Report for the FBI's Full Investigation, any recording if taken for this interview. If these cannot be sent to me, please allow me to review them In Camera.

Sincerely,
Adel Daoud

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the above

**MOTION FOR REVIEW IN CAMERA**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on July 18, 2024

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Standby Attorney For Adel Daoud
73 W. Monroe, Suite 106
Chicago, Illinois 60601
312-714-6920