# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 9, 2024

**By the Court:**

| | |
|---|---|
| Nos. 24-2367, 24-2369 & 24-2370 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| UNITED STATES OF AMERICA, <br>     Plaintiff - Appellee, | |
| v. | Nos. 1:12-cr-00723-1, 1:13-cr-00703-1 & 1:15-cr-00487-1 |
| ADEL DAOUD, <br>     Defendant - Appellant. | Matthew F. Kennelly, <br> *Judge.* |

The court, on its own motion, orders these appeals CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellant shall file his consolidated brief and required short appendix on or before September 17, 2024.

2. The appellee shall file its consolidated brief on or before October 17, 2024.

3. The appellant shall file his consolidated reply briefs, if any, on or before November 7, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).